IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30010 |
| | ) | (Chapter 11) |
| RED RIVER SUBS, INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF APPLICATION TO APPROVE EMPLOYMENT OF MAURICE B. VERSTANDIG, ESQ. AND THE DAKOTA BANKRUPTCY FIRM AS <u>GENERAL REORGANIZATION COUNSEL TO ABOVE-CAPTIONED DEBTOR</u>**

NOTICE IS HEREBY GIVEN that the above-referenced debtor has filed an application to employ Maurice B. VerStandig, Esq. and The Dakota Bankruptcy Firm as general reorganization counsel. A copy of the application is being filed of even date with this notice.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

*[Signature Block and Certificate of Service on Following Page]*

                                              Respectfully submitted,

Dated: January 13, 2024      By:    /s/ Maurice B. VerStandig
                                                 Maurice B. VerStandig, Esq.
                                                 The Dakota Bankruptcy Firm
                                                 1630 1st Avenue N
                                                 Suite B PMB 24
                                                 Fargo, North Dakota 58102-4246
                                                 Phone: (701) 394-3215
                                                 mac@dakotabankruptcy.com
                                                 *Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 13th day of January, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                 /s/ Maurice B. VerStandig
                                               Maurice B. VerStandig