UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| **Red River Subs, Inc** | **Bankr. No. 24-30010** |
| *dba* **Erbert and Gerbert's - Fargo** | **Chapter 11** |
| *dba* **Erbert and Gerbert's - Bismarck** | |
| *dba* **Erbert and Gerbert's - Moorhead** | |
| **Debtor.** | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

  PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010, Sarah J. Wencil hereby appears in this case on behalf of Mary R. Jensen, Acting United States Trustee Region 12, and requests, pursuant to Bankruptcy Rules 2002 & 3017(a), that notice of all matters arising in this case be duly served upon:

> Sarah J. Wencil
> Office of the U.S. Trustee
> Suite 1015 U.S. Courthouse
> 300 South Fourth St.
> Minneapolis, MN 55415
> Telephone: (612) 334-1366
> Email:  Sarah.J.Wencil@usdoj.gov

PLEASE TAKE FURTHER NOTICE that the foregoing requests, without limitation, all notices, pleadings, motions applications, complaints, demands, hearings, requests or petition, disclosure statements, objections or reply, memoranda and briefs and any other document brought before this Court with respect to these proceedings, whether formal or informal, wither written or oral, and whether transmitted or conveyed by mail, delivery, telephone, tax, email or otherwise.

Dated: January 14, 2024        MARY R. JENSEN
                    ACTING U.S. TRUSTEE REGION 12

                     /s/ Sarah J. Wencil
                    Sarah J. Wencil
                    Office of the U.S. Trustee
                    Suite 1015 U.S. Courthouse
                    300 South Fourth St.
                    Minneapolis, MN 55415
                    Telephone: (612) 334-1366
                    Sarah.J.Wencil@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| **Red River Subs, Inc** | **Bankr. No. 24-30010** |
| *dba* **Erbert and Gerbert's - Fargo**<br>*dba* **Erbert and Gerbert's - Bismarck**<br>*dba* **Erbert and Gerbert's - Moorhead** | **Chapter 11** |
| **Debtor.** | |

## CERTIFICATE OF SERVICE

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies that a true and correct copy of the Notice of Appearance of United States Trustee was electronically transmitted via CM/ECF.

Dated:  January 14, 2024

/s/ Sarah J. Wencil
Sarah J. Wencil