|                | 1/15-1/21   | 1/22-1/28   | 1/29-2/4    | 2/5-2/11    | 2/12-2/18   | 2/19-2/25   |
|----------------|-------------|-------------|-------------|-------------|-------------|-------------|
| Moorhead       | $12,048.31  | $13,088.54  | $12,342.39  | $12,257.19  | $11,572.32  | $11,319.02  |
| South          | $11,313.17  | $9,592.07   | $10,915.89  | $9,626.40   | $10,895.71  | $9,310.66   |
| Broadway       | $7,405.88   | $6,756.09   | $7,699.59   | $7,845.16   | $6,884.45   | $7,004.59   |
| Total Income   | $30,767.36  | $29,436.70  | $30,957.88  | $29,728.74  | $29,352.48  | $27,634.28  |
|                |             |             |             |             |             |             |
| Rent           | $0.00       | $0.00       | $9,790.19   | $0.00       | $0.00       | $0.00       |
| Sysco          | $6,000.00   | $10,000.00  | $10,000.00  | $10,000.00  | $10,000.00  | $1,000.00   |
| Coke           | $700.00     | $1,000.00   | $1,000.00   | $1,000.00   | $1,000.00   | $1,000.00   |
| Dacotah Paper  | $200.00     | $200.00     | $200.00     | $200.00     | $200.00     | $200.00     |
| Payroll        | $0.00       | $0.00       | $14,500.00  | $0.00       | $14,500.00  | $0.00       |
| Payroll Tax    | $0.00       | $0.00       | $4,000.00   | $0.00       | $4,000.00   | $0.00       |
| Utilities      | $0.00       | $800.00     | $0.00       | $0.00       | $1,800.00   | $0.00       |
| Phone          | $0.00       | $0.00       | $0.00       | $0.00       | $795.81     | $0.00       |
| Repairs        | $0.00       | $0.00       | $1,000.00   | $0.00       | $0.00       | $0.00       |
| POS Expense    | $0.00       | $0.00       | $1,500.00   | $0.00       | $0.00       | $0.00       |
| Itsacheckmate  | $0.00       | $0.00       | $255.00     | $0.00       | $0.00       | $0.00       |
| Punchh         | $0.00       | $0.00       | $390.00     | $0.00       | $0.00       | $0.00       |
| Insurance      | $325.60     | $0.00       | $0.00       | $0.00       | $325.60     | $0.00       |
| Life Insurance | $0.00       | $0.00       | $161.25     | $0.00       | $0.00       | $0.00       |
| Royalty        | $2,461.39   | $2,354.94   | $2,476.63   | $2,378.30   | $2,348.20   | $2,210.74   |
| CC Fees        | $0.00       | $0.00       | $4,000.00   | $0.00       | $0.00       | $3,000.00   |
| Sales Tax MN   | $4,097.00   | $0.00       | $0.00       | $0.00       | $0.00       | $3,500.00   |
| Sales Tax ND   | $0.00       | $0.00       | $9,636.48   | $0.00       | $0.00       | $0.00       |
| Trustee        | $0.00       | $0.00       | $1,000.00   | $0.00       | $0.00       | $0.00       |
| Total Expenses | $13,783.99  | $14,354.94  | $59,909.55  | $13,578.30  | $34,969.61  | $10,910.74  |
|                |             |             |             |             |             |             |
| Net            | $16,983.37  | $15,081.76  | ($28,951.67)| $16,150.44  | ($5,617.13) | $16,723.53  |

|                | 2/26-3/3     | 3/4-3/10    | 3/11-3/17   | 3/18-3/24   | 3/25-3/31    |
|----------------|--------------|-------------|-------------|-------------|--------------|
| Moorhead       | $12,069.24   | $12,471.67  | $10,613.38  | $12,118.33  | $12,296.72   |
| South          | $9,923.60    | $9,590.44   | $9,840.01   | $10,067.34  | $10,649.63   |
| Broadway       | $7,388.57    | $7,190.05   | $6,550.29   | $8,666.53   | $7,223.17    |
| Total Income   | $29,381.40   | $29,252.16  | $27,003.68  | $30,852.20  | $30,169.52   |
|                |              |             |             |             |              |
| Rent           | $9,790.19    | $0.00       | $0.00       | $0.00       | $9,790.19    |
| Sysco          | $10,000.00   | $10,000.00  | $8,500.00   | $10,000.00  | $9,500.00    |
| Coke           | $1,000.00    | $1,000.00   | $1,000.00   | $1,000.00   | $1,000.00    |
| Dacotah Paper  | $200.00      | $200.00     | $200.00     | $200.00     | $200.00      |
| Payroll        | $14,500.00   | $0.00       | $14,500.00  | $0.00       | $14,500.00   |
| Payroll Tax    | $4,000.00    | $0.00       | $4,000.00   | $0.00       | $4,000.00    |
| Utilities      | $800.00      | $0.00       | $1,800.00   | $0.00       | $800.00      |
| Phone          | $0.00        | $0.00       | $795.81     | $0.00       | $0.00        |
| Repairs        | $1,000.00    | $0.00       | $0.00       | $0.00       | $1,000.00    |
| POS Expense    | $1,500.00    | $0.00       | $0.00       | $0.00       | $1,500.00    |
| Itsacheckmate  | $255.00      | $0.00       | $0.00       | $0.00       | $255.00      |
| Punchh         | $390.00      | $0.00       | $0.00       | $0.00       | $390.00      |
| Insurance      | $0.00        | $0.00       | $325.60     | $0.00       | $0.00        |
| Life Insurance | $161.25      | $0.00       | $0.00       | $0.00       | $161.25      |
| Royalty        | $2,350.51    | $2,340.17   | $2,160.29   | $2,468.18   | $2,413.56    |
| CC Fees        | $0.00        | $0.00       | $0.00       | $3,000.00   | $0.00        |
| Sales Tax MN   | $0.00        | $0.00       | $0.00       | $3,500.00   | $0.00        |
| Sales Tax ND   | $6,500.00    | $0.00       | $0.00       | $0.00       | $6,000.00    |
| Trustee        | $1,000.00    | $0.00       | $0.00       | $0.00       | $1,000.00    |
| Total Expenses | $52,446.95   | $13,540.17  | $33,281.70  | $20,168.18  | $51,510.00   |
|                |              |             |             |             |              |
| Net            | ($23,065.55) | $15,711.99  | ($6,278.03) | $10,684.02  | ($21,340.48) |

|  | Total |
|---|---|
| Moorhead | $132,197.11 |
| South | $111,724.91 |
| Broadway | $80,614.37 |
| Total Income | $324,536.39 |
|  |  |
| Rent | $29,370.57 |
| Sysco | $95,000.00 |
| Coke | $10,700.00 |
| Dacotah Paper | $2,200.00 |
| Payroll | $72,500.00 |
| Payroll Tax | $20,000.00 |
| Utilities | $6,000.00 |
| Phone | $1,591.62 |
| Repairs | $3,000.00 |
| POS Expense | $4,500.00 |
| Itsacheckmate | $765.00 |
| Punchh | $1,170.00 |
| Insurance | $976.80 |
| Life Insurance | $483.75 |
| Royalty | $25,962.91 |
| CC Fees | $10,000.00 |
| Sales Tax MN | $11,097.00 |
| Sales Tax ND | $22,136.48 |
| Trustee | $3,000.00 |
| Total Expenses | $318,454.13 |
|  |  |
| Net | $6,082.26 |