|            | Moorhead     | South        | Broadway    | Total        |
|------------|--------------|--------------|-------------|--------------|
| 1/17-1/23  | $12,048.31   | $10,284.70   | $6,732.62   | $29,065.63   |
| 1/24-1/30  | $13,088.54   | $8,720.06    | $6,141.90   | $27,950.50   |
| 1/31-2/5   | $12,342.39   | $9,923.54    | $6,999.63   | $29,265.56   |
| 2/6-2/12   | $12,257.19   | $8,751.27    | $7,131.96   | $28,140.42   |
| 2/13-2/19  | $11,572.32   | $9,905.19    | $6,258.59   | $27,736.10   |
| 2/20-2/26  | $11,319.02   | $8,464.24    | $6,367.81   | $26,151.07   |
| 2/27-3/4   | $12,069.24   | $9,021.45    | $6,716.88   | $27,807.57   |
| 3/5-3/11   | $12,471.67   | $8,718.58    | $6,536.41   | $27,726.66   |
| 3/12-3/18  | $10,613.38   | $8,945.46    | $5,954.81   | $25,513.65   |
| 3/19-3/25  | $12,118.33   | $9,152.13    | $7,878.66   | $29,149.12   |
| 3/26-4/1   | $12,296.72   | $9,681.48    | $6,566.52   | $28,544.72   |
| Total      | $132,197.11  | $101,568.10  | $73,285.79  | $307,051.00  |