IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Case No. 24-30010 |
| ) | (Chapter 11) |
| RED RIVER SUBS, INC. ) | |
| ) | |
| Debtor. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that in addition to being served on all parties receiving notice through this Honorable Court's CM/ECF system, a copy of the Motion to Reject Lease Agreement By and Between Red River Subs, Inc. and 931 on 9th LLC (DE #6) was serviced via First Class Mail, postage prepaid, on this 16th day of January, 2024, upon:

> 931 ON 9TH, LLC
> 4007 STATE ST STE 10
> BISMARCK ND 58503
>
> and
>
> E & G FRANCHISE SYSTEMS, INC.
> 800 WISCONSIN ST. MAILBOX 74BDLG D2
> SUITE 315
> EAU CLAIRE WI 54703

                                                    Respectfully Submitted,

Dated: January 16, 2024          By:    /s/ Maurice B. VerStandig
                                                          Maurice B. VerStandig, Esq.
                                                          The Dakota Bankruptcy Firm
                                                          1630 1st Avenue N
                                                          Suite B PMB 24
                                                          Fargo, North Dakota 58102-4246
                                                          Phone: (701) 394-3215
                                                          mac@dakotabankruptcy.com
                                                          *Proposed Counsel for the Debtor*