```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

CASE INFO                              EXCLUDE                                EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING        RED RIVER SUBS  INC                    US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD                   300 BROADWAY N                         655 1ST AVENUE NORTH  SUITE 210
CASE 24-30010                           FARGO  ND 58102-4709                   FARGO  ND 58102-4932
DISTRICT OF NORTH DAKOTA
TUE JAN 16 12-12-4 PST 2024


931 ON 9TH  LLC                        ARAMARK SERVICES  INC                  ARAMARK SERVICES  INC
4007 STATE ST STE 10                   5880 NOLENSVILLE PIKE                  CO C T CORPORATION SYSTEM
BISMARCK  ND 58503-0689                NASHVILLE  TN 37211-6502               120 W SWEET AVE
                                                                              BISMARCK  ND 58504-5566


AVENUE RIGHT  INC                      AVENUE RIGHT  INC                      COCA COLA BOTTLING COMPANY HIGH COUNTR
15 BROADWAY N SUITE 301                CO KAREN WHITE                         2150 COCA COLA LANE
FARGO  ND 58102-4907                   15 BROADWAY N SUITE 301                RAPID CITY  SD 57702-9358
                                       FARGO  ND 58102-4907


DFI 300 BROADWAY LLC                   E  G FRANCHISE SYSTEMS  INC            FIRST COMMUNITY CREDIT UNION
210 BROADWAY N SUITE 300               800 WISCONSIN ST MAILBOX 74BDLG D2     310 10TH ST SE
FARGO  ND 58102-4771                   SUITE 315                              JAMESTOWN  ND 58401-5555
                                       EAU CLAIRE  WI 54703-3611


INSTANT CHECKMATE  LLC                 INTERNAL REVENUE SERVICE               MIDCO
3111 CAMINO DEL RIO N SUITE 400        PO BOX 7346                            ATTN LEGAL
SAN DIEGO  CA 92108-5724               PHILADELPHIA  PA 19101-7346            4020 CAYMAN ST
                                                                              SIOUX FALLS  SD 57107


MIDCONTINENT COMMUNICATIONS            MIDWEST COMMUNICATIONS  INC            MIDWEST COMMUNICATIONS  INC
3901 N LOUISE AVE                      904 GRAND AVE                          CO C T CORPORATION SYSTEM
SIOUX FALLS  SD 57107-0112             WAUSAU  WI 54403-6420                  120 W SWEET AVE
                                                                              BISMARCK  ND 58504-5566


MIKE ALLMENDINGER                      MINNESOTA DEPARTMENT OF REVENUE        MONTANA DAKOTA UTILITIES CO
210 BROADWAY N SUITE 300               600 ROBERT ST N                        CO C T CORPORATION SYSTEM
FARGO  ND 58102-4771                   SAINT PAUL  MN 55146-1176              120 W SWEET AVE
                                                                              BISMARCK  ND 58504-5566


(P)MONTANA DAKOTA UTILITIES CO         (P)MOORHEAD PUBLIC SERVICE             MR SQUEEGEE WINDOW CLEANING  INC
PO BOX 5600                            PO BOX 779                             3332 FRANKLIN AVE STE 3
BISMARK ND 58506-5600                  MOORHEAD MN 56561-0779                 BISMARCK  ND 58503-7503


MR SQUEEGEE WINDOW CLEANING  INC       NORTH DAKOTA OFFICE OF STATE TAX       NORTHSTAR PLUMBING LLC
CO MATTHEW LIUDAHL                     COMMISS                                3039 RIDGE DR E
5312 SHOAL DR PO BOX 49                600 E BOULEVARD AVE DEPT 127           WEST FARGO  ND 58078-7803
BISMARCK  ND 58502-0049                BISMARCK  ND 58505-0602
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

```
PLUNKETTS PEST CONTROL  INC         PLUNKETTS PEST CONTROL  INC         PROVIDENT PARTNERS  LLC
40 NE 52ND WAY                      CO C T CORPORATION SYSTEM           7226 MAPLE LANE
MINNEAPOLIS   MN 55421-1014         120 W SWEET AVE                     HORACE   ND 58047-4711
                                    BISMARCK   ND 58504-5566


PUNCHH                              RED RIVER REFRIGERATION  INC        REVEL SYSTEMS
1875 S GRANT ST 810                 160 8TH AVENUE NW                   88 1ST STREET 2ND FLOOR
SAN MATEO   CA 94402-7048           WEST FARGO   ND 58078-1048          SAN FRANCISCO   CA 94105-2506


SARAH J WENCIL                      SYSCO CORPORATION                   SYSCO CORPORATION
OFFICE OF THE US TRUSTEE            1390 ENCLAVE PKWY                   CO CORPORATION SERVICE COMPANY
SUITE 1015 US COURTHOUSE            HOUSTON   TX 77077-2099             418 N 2ND ST
300 SOUTH FOURTH ST                                                     BISMARCK   ND 58501-3826
MINNEAPOLIS   MN 55415-1320


TR LOCK LLC                         TR LOCK LLC                         TODD BEEDY
CO ANTHONY LYLE BUNNIS              DBA LYNN JOHNSON LOCK   KEY SERVICE 4434 4TH ST S
1001 23RD ST S STE D                1001 23RD ST S STE D                MOORHEAD   MN 56560-6750
FARGO   ND 58103-2952               FARGO   ND 58103-2952


TRITON IMAGING SYSTEMS              WEST CENTRAL INITIATIVE             WESTWOOD MANAGEMENT  LLC
175 SHORELINE CT                    1000 WESTERN AVENUE                 1022 VALLEY ST
RICHMOND   CA 94804-7434            FERGUS FALLS   MN 56537-4805        WAHPETON   ND 58075-3710


                                                                        CANADA
WILLIAMS  SCHILLER  PC              WILLIAMS  SCHILLER  PC              EMEDIA NETWORKS  INC
708 W SUPERIOR ST SUITE A           CO MARK SCHILLER  REGISTERED AGENT  1917 W 4TH AVE
SANDPOINT   ID 83864-1633           4631 40TH AVE S 150                 BOX 503 VANCOUVER  BC V6J 1M7   CANADA
                                    FARGO   ND 58104-4441


EXCLUDE

MAURICE VERSTANDIG                  ROBERT B RASCHKE                    THOMAS KAPUSTA
THE DAKOTA BANKRUPTCY FIRM          ASSISTANT US TRUSTEE                PO BOX 90624
1630 1ST AVENUE N                   SUITE 1015 US COURTHOUSE            SIOUX FALLS   SD 57109-0624
SUITE B PMB 24                      300 SOUTH FOURTH STREET
FARGO   ND 58102-4246               MINNEAPOLIS   MN 55415-1320
```