**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                                     Case No. 24-30010
                                                                           (Chapter 11)
RED RIVER SUBS, INC.

        Debtor.

_____

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO:   THE UNITED STATES BANKRUPTCY COURT CLERK:

      Please enter the appearance of John M. Krings, Jr. for E&G Franchise Systems Inc. in the above-referenced case. Pursuant to Federal Rules of Bankruptcy Procedure 9010(b), 2002 and Local Rule 2002-5, the undersigned, on behalf of E&G Franchise Systems Inc., requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following via ECF notification:

                John M. Krings, Jr.
                Kaler Doeling, PLLP
                PO Box 9231
                Fargo, ND  58106-9231
                john@kaler-doeling.com

PLEASE TAKE FURTHER NOTICE that pursuant to the foregoing Section 1109(b) of the Bankruptcy Code this request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also including, without limitation, notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests for petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before the Court with respect to this proceeding, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: January 16, 2024               */s/ John M. Krings, Jr.*
                                          John M. Krings, Jr. (ND Attorney #06845)
                                          Attorneys for E&G Franchise Systems Inc.
                                          KALER DOELING, PLLP
                                          PO Box 9231
                                          Fargo, ND  58106-9231
                                          (701) 232-8757
                                          john@kaler-doeling.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

RED RIVER SUBS, INC.

        Debtor.

Case No. 24-30010
(Chapter 11)

**AFFIDAVIT OF SERVICE**

      I, Janae R. Kragero, being first duly sworn and under oath, depose and say: I am of legal age, a citizen of the United States and not a party to the action herein; that on the 16th day of January, 2024, I served the following documents:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

on the persons listed below by placing a true and correct copy of said documents in an envelope addressed as follows:

- **Thomas Kapusta** — tkapusta@aol.com
- **Robert B. Raschke** — USTPRegion12.SX.ECF@usdoj.gov
- **Maurice VerStandig** — mac@mbvesq.com
  mac@dakotabankruptcy.com;
  verstandig.mauricer104982@notify.bestcase.com;
  verstandiglaw@recap.email
- **Sarah J. Wencil** — sarah.j.wencil@usdoj.gov

and deposited same, with postage fully prepaid thereon, in the United States mail at Fargo, North Dakota, for delivery by the United States Post Office Department as directed on the envelope; that there is regular mail service between the place of mailing and the address as directed on the envelope.

_____
Janae R. Kragero

Subscribed and sworn to before me this __16th__ day of January, 2024.

_____
NOTARY PUBLIC
Cass County, ND

CHARITY GRUENEICH
Notary Public
State of North Dakota
My Commission Expires Oct. 22, 2026