IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Case No. 24-30010 |
| ) | (Chapter 11) |
| RED RIVER SUBS, INC. ) | |
| ) | |
| Debtor. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Order Granting in Part and Denying in Part Debtor's Motion to Expedite Hearing on First Day Motions (DE #18) was served via First Class Mail, postage prepaid, on this 16th day of January, 2024, upon all parties on the attached mailing matrix.

                                                      Respectfully Submitted,

Dated: January 16, 2024        By:   /s/ Maurice B. VerStandig
                                                       Maurice B. VerStandig, Esq.
                                                       The Dakota Bankruptcy Firm
                                                       1630 1st Avenue N
                                                       Suite B PMB 24
                                                       Fargo, North Dakota 58102-4246
                                                       Phone: (701) 394-3215
                                                       mac@dakotabankruptcy.com
                                                       *Proposed Counsel for the Debtor*

1