```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.
```

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30010<br>DISTRICT OF NORTH DAKOTA<br>TUE JAN 16 14-18-35 PST 2024 | (U)EG FRANCHISE SYSTEMS INC | RED RIVER SUBS INC<br>300 BROADWAY N<br>FARGO ND 58102-4709 |
| EXCLUDE<br>US BANKRUPTCY COURT<br>655 1ST AVENUE NORTH SUITE 210<br>FARGO ND 58102-4932 | 931 ON 9TH LLC<br>4007 STATE ST STE 10<br>BISMARCK ND 58503-0689 | ARAMARK SERVICES INC<br>5880 NOLENSVILLE PIKE<br>NASHVILLE TN 37211-6502 |
| ARAMARK SERVICES INC<br>CO C T CORPORATION SYSTEM<br>120 W SWEET AVE<br>BISMARCK ND 58504-5566 | AVENUE RIGHT INC<br>15 BROADWAY N SUITE 301<br>FARGO ND 58102-4907 | AVENUE RIGHT INC<br>CO KAREN WHITE<br>15 BROADWAY N SUITE 301<br>FARGO ND 58102-4907 |
| COCA COLA BOTTLING COMPANY HIGH COUNTRY<br>2150 COCA COLA LANE<br>RAPID CITY SD 57702-9358 | DFI 300 BROADWAY LLC<br>210 BROADWAY N SUITE 300<br>FARGO ND 58102-4771 | E G FRANCHISE SYSTEMS INC<br>800 WISCONSIN ST MAILBOX 74BDLG D2<br>SUITE 315<br>EAU CLAIRE WI 54703-3611 |
| EG FRANCHISE SYSTEMS INC<br>CO JOHN M KRINGS JR<br>KALER DOELING PLLP<br>PO BOX 9231<br>FARGO ND 58106-9231 | FIRST COMMUNITY CREDIT UNION<br>310 10TH ST SE<br>JAMESTOWN ND 58401-5555 | INSTANT CHECKMATE LLC<br>3111 CAMINO DEL RIO N SUITE 400<br>SAN DIEGO CA 92108-5724 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MIDCO<br>ATTN LEGAL<br>4020 CAYMAN ST<br>SIOUX FALLS SD 57107 | MIDCONTINENT COMMUNICATIONS<br>3901 N LOUISE AVE<br>SIOUX FALLS SD 57107-0112 |
| MIDWEST COMMUNICATIONS INC<br>904 GRAND AVE<br>WAUSAU WI 54403-6420 | MIDWEST COMMUNICATIONS INC<br>CO C T CORPORATION SYSTEM<br>120 W SWEET AVE<br>BISMARCK ND 58504-5566 | MIKE ALLMENDINGER<br>210 BROADWAY N SUITE 300<br>FARGO ND 58102-4771 |
| MINNESOTA DEPARTMENT OF REVENUE<br>600 ROBERT ST N<br>SAINT PAUL MN 55146-1176 | MONTANA DAKOTA UTILITIES CO<br>CO C T CORPORATION SYSTEM<br>120 W SWEET AVE<br>BISMARCK ND 58504-5566 | (P)MONTANA DAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARK ND 58506-5600 |
| (P)MOORHEAD PUBLIC SERVICE<br>PO BOX 779<br>MOORHEAD MN 56561-0779 | MR SQUEEGEE WINDOW CLEANING INC<br>3332 FRANKLIN AVE STE 3<br>BISMARCK ND 58503-7503 | MR SQUEEGEE WINDOW CLEANING INC<br>CO MATTHEW LIUDAHL<br>5312 SHOAL DR PO BOX 49<br>BISMARCK ND 58502-0049 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| NORTH DAKOTA OFFICE OF STATE TAX COMMISS<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK ND 58505-0602 | NORTHSTAR PLUMBING LLC<br>3039 RIDGE DR E<br>WEST FARGO ND 58078-7803 | PLUNKETTS PEST CONTROL INC<br>40 NE 52ND WAY<br>MINNEAPOLIS MN 55421-1014 |
| PLUNKETTS PEST CONTROL INC<br>CO C T CORPORATION SYSTEM<br>120 W SWEET AVE<br>BISMARCK ND 58504-5566 | PROVIDENT PARTNERS LLC<br>7226 MAPLE LANE<br>HORACE ND 58047-4711 | PUNCHH<br>1875 S GRANT ST 810<br>SAN MATEO CA 94402-7048 |
| RED RIVER REFRIGERATION INC<br>160 8TH AVENUE NW<br>WEST FARGO ND 58078-1048 | REVEL SYSTEMS<br>88 1ST STREET 2ND FLOOR<br>SAN FRANCISCO CA 94105-2506 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH ST<br>MINNEAPOLIS MN 55415-1320 |
| SYSCO CORPORATION<br>1390 ENCLAVE PKWY<br>HOUSTON TX 77077-2099 | SYSCO CORPORATION<br>CO CORPORATION SERVICE COMPANY<br>418 N 2ND ST<br>BISMARCK ND 58501-3826 | TR LOCK LLC<br>CO ANTHONY LYLE BUNNIS<br>1001 23RD ST S STE D<br>FARGO ND 58103-2952 |
| TR LOCK LLC<br>DBA LYNN JOHNSON LOCK KEY SERVICE<br>1001 23RD ST S STE D<br>FARGO ND 58103-2952 | TODD BEEDY<br>4434 4TH ST S<br>MOORHEAD MN 56560-6750 | TRITON IMAGING SYSTEMS<br>175 SHORELINE CT<br>RICHMOND CA 94804-7434 |
| WEST CENTRAL INITIATIVE<br>1000 WESTERN AVENUE<br>FERGUS FALLS MN 56537-4805 | WESTWOOD MANAGEMENT LLC<br>1022 VALLEY ST<br>WAHPETON ND 58075-3710 | WILLIAMS SCHILLER PC<br>708 W SUPERIOR ST SUITE A<br>SANDPOINT ID 83864-1633 |
| WILLIAMS SCHILLER PC<br>CO MARK SCHILLER REGISTERED AGENT<br>4631 40TH AVE S 150<br>FARGO ND 58104-4441 | CANADA<br>EMEDIA NETWORKS INC<br>1917 W 4TH AVE<br>BOX 503 VANCOUVER BC V6J 1M7 CANADA | ~~EXCLUDE~~<br>~~MAURICE VERSTANDIG~~<br>~~THE DAKOTA BANKRUPTCY FIRM~~<br>~~1630 1ST AVENUE N~~<br>~~SUITE B PMB 24~~<br>~~FARGO ND 58102-4246~~ |
| ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 | THOMAS KAPUSTA<br>PO BOX 90624<br>SIOUX FALLS SD 57109-0624 | |