UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Red River Subs, Inc. | ) | Case No. 24-30010 |
| Dba Erbert and Gerbert's – Fargo, | ) | |
| Dba Erbert and Gerbert's – Bismarck, | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| | ) | |

MOTION TO APPEAR BY VIDEO

    Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5000-2 allowing him to appear by video conference Friday, January 19, 2024 at 2:00pm on the Interim First Day Motion Hearing and Wednesday, February 7, 2024 on the Final First Day Motion Hearing (related motion doc. 11).

The Subchapter V Trustee has no objections to the relief sought.  Travel to Fargo, North Dakota would be unduly burdensome and expensive.

    WHEREFORE, Trustee requests that he be allowed to appear by video.

Dated: January 16, 2024

    Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Red River Subs, Inc. ) | Case No. 24-30010 |
| Dba Erbert and Gerbert's – Fargo, ) | |
| Dba Erbert and Gerbert's – Bismarck, ) | Chapter 11 |
| ) | Subchapter V |
| ) | |
| ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: January 16, 2024

/s/ Thomas Kapusta
Thomas Kapusta