UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| **Red River Subs, Inc** | **Bankr. No. 24-30010** |
| *dba* **Erbert and Gerbert's - Fargo** | **Chapter 11** |
| *dba* **Erbert and Gerbert's - Bismarck** | |
| *dba* **Erbert and Gerbert's - Moorhead** | |
| **Debtor.** | |

**MOTION TO APPEAR BY TELEPHONE**

Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing Assistant U.S. Trustee Robert Raschke or his designated attorney to appear by telephone on Friday, January 19, 2024 at 2:00 p.m. on the "first day" interim hearings.

1. The U.S. Trustee has no substantive objections to interim relief. The U.S. Trustee does not anticipate submitting exhibits or examining witnesses.

2. Travel to Fargo, North Dakota would be unduly burdensome and expensive.

WHEREFORE, Counsel requests that the United States Trustee be allowed to appear by telephone.

Dated: January 17, 2024

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

/s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| Red River Subs, Inc | Bankr. No. 24-30010 |
| *dba* **Erbert and Gerbert's - Fargo** <br> *dba* **Erbert and Gerbert's - Bismarck** <br> *dba* **Erbert and Gerbert's - Moorhead** | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   January 17, 2024

/s/ Sarah J. Wencil
Sarah J. Wencil