IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30010 |
| | ) | (Chapter 11) |
| RED RIVER SUBS, INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## WITNESS AND EXHIBIT LIST FOR JANUARY 19, 2023

Comes now Red River Subs, Inc. and sets forth the following witness and exhibit list for the hearing on first day motions to be held on January 19, 2023:

**Witness**

a. Todd Beedy

**Exhibits**

1. Cash Collateral Budget

2. 2023 Revenues by Location

                                    Respectfully Submitted,

Dated: January 16, 2024        By:    /s/ Maurice B. VerStandig
                                                Maurice B. VerStandig, Esq.
                                                The Dakota Bankruptcy Firm
                                                1630 1st Avenue N
                                                Suite B PMB 24
                                                Fargo, North Dakota 58102-4246
                                                Phone: (701) 394-3215
                                                mac@dakotabankruptcy.com
                                                *Proposed Counsel for the Debtor*