United States Bankruptcy Court

District of North Dakota

In re:  Case No. 24-30010-skh

Red River Subs, Inc.  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 2

Date Rcvd: Jan 16, 2024     Form ID: 309F2     Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Red River Subs, Inc., 300 Broadway N., Fargo, ND 58102-4709 |
| tr | + | Thomas Kapusta, PO Box 90624, Sioux Falls, SD 57109-0624 |
| 1092607 | + | 931 on 9th, LLC, 4007 State St Ste 10, Bismarck, ND 58503-0689 |
| 1092608 | + | Aramark Services, Inc., 5880 Nolensville Pike, Nashville, TN 37211-6502 |
| 1092609 | + | Aramark Services, Inc., c/o C T Corporation System, 120 W Sweet Ave, Bismarck, ND 58504-5566 |
| 1092610 | + | Avenue Right, Inc., 15 Broadway N Suite 301, Fargo, ND 58102-4907 |
| 1092611 | + | Avenue Right, Inc., c/o Karen White, 15 Broadway N Suite 301, Fargo, ND 58102-4907 |
| 1092612 | + | Coca Cola Bottling Company High Country, 2150 Coca Cola Lane, Rapid City, SD 57702-9358 |
| 1092613 | + | DFI 300 Broadway LLC, 210 Broadway N Suite 300, Fargo, ND 58102-4771 |
| 1092614 | + | E & G Franchise Systems, Inc., 800 Wisconsin St. Mailbox 74Bldg D2, Suite 315, Eau Claire, WI 54703-3611 |
| 1092616 | + | First Community Credit Union, 310 10th St SE, Jamestown, ND 58401-5555 |
| 1092617 | + | Instant Checkmate, LLC, 3111 Camino Del Rio N Suite 400, San Diego, CA 92108-5724 |
| 1092627 | ++ | MOORHEAD PUBLIC SERVICE, PO BOX 779, MOORHEAD MN 56561-0779 address filed with court:, Moorhead Public Service, PO Box 779, Moorhead, MN 56561 |
| 1092619 | | Midco, Attn: Legal, 4020 Cayman St., Sioux Falls, SD 57107 |
| 1092620 | + | Midcontinent Communications, 3901 N Louise Ave, Sioux Falls, SD 57107-0112 |
| 1092621 | + | Midwest Communications, Inc., 904 Grand Ave, Wausau, WI 54403-6420 |
| 1092622 | + | Midwest Communications, Inc., c/o C T Corporation System, 120 W Sweet Ave, Bismarck, ND 58504-5566 |
| 1092623 | + | Mike Allmendinger, 210 Broadway N Suite 300, Fargo, ND 58102-4771 |
| 1092625 | + | Montana Dakota Utilities Co., c/o C T Corporation System, 120 W Sweet Ave., Bismarck, ND 58504-5566 |
| 1092628 | + | Mr. Squeegee Window Cleaning, Inc., 3332 Franklin Ave Ste 3, Bismarck, ND 58503-7503 |
| 1092630 | + | North Dakota Office of State Tax Commiss, 600 E. Boulevard Ave. Dept. 127, Bismarck, ND 58505-0602 |
| 1092631 | + | Northstar Plumbing LLC, 3039 Ridge Dr E, West Fargo, ND 58078-7803 |
| 1092633 | + | Plunkett's Pest Control, Inc., c/o C T Corporation System, 120 W Sweet Ave, Bismarck, ND 58504-5566 |
| 1092632 | + | Plunkett's Pest Control, Inc., 40 NE 52nd Way, Minneapolis, MN 55421-1014 |
| 1092634 | + | Provident Partners, L.L.C., 7226 Maple Lane, Horace, ND 58047-4711 |
| 1092636 | + | Red River Refrigeration, Inc., 160 8th Avenue NW, West Fargo, ND 58078-1048 |
| 1092637 | + | Revel Systems, 88 1st Street 2nd Floor, San Francisco, CA 94105-2506 |
| 1092707 | + | Sarah J. Wencil, Office of the U.S. Trustee, Suite 1015 U.S. Courthouse, 300 South Fourth St., Minneapolis, MN 55415-1320 |
| 1092638 | + | Sysco Corporation, 1390 Enclave Pkwy, Houston, TX 77077-2099 |
| 1092639 | + | Sysco Corporation, c/o Corporation Service Company, 418 N 2nd St., Bismarck, ND 58501-3826 |
| 1092640 | + | T&R Lock LLC, d/b/a Lynn Johnson Lock & Key Service, 1001 23rd St S Ste D, Fargo, ND 58103-2952 |
| 1092641 | + | T&R Lock LLC, c/o Anthony Lyle Bunnis, 1001 23rd St S Ste D, Fargo, ND 58103-2952 |
| 1092642 | + | Todd Beedy, 4434 4th St S, Moorhead, MN 56560-6750 |
| 1092643 | + | Triton Imaging Systems, 175 Shoreline Ct, Richmond, CA 94804-7434 |
| 1092644 | + | West Central Initiative, 1000 Western Avenue, Fergus Falls, MN 56537-4805 |
| 1092645 | + | Westwood Management, LLC, 1022 Valley St, Wahpeton, ND 58075-3710 |
| 1092647 | + | Williams & Schiller, PC, c/o Mark Schiller, Registered Agent, 4631 40th Ave S. 150, Fargo, ND 58104-4441 |
| 1092646 | + | Williams & Schiller, PC, 708 W. Superior St. Suite A, Sandpoint, ID 83864-1633 |
| 1092615 | | eMedia Networks, Inc., 1917 W 4th Ave., Box 503 Vancouver, BC V6J 1M7, Canada |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: 309F2 | Total Noticed: 43 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mac@mbvesq.com | Jan 16 2024 19:28:00 | Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND 58102 |
| 1092618 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 16 2024 19:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1092626 | Email/Text: MDUG.CustomerAccounting@mdu.com | Jan 16 2024 19:28:00 | Montana-Dakota Utilities Co., 400 N 4th St., Bismarck, ND 58501 |
| 1092624 | + Email/Text: mdor.bkysec@state.mn.us | Jan 16 2024 19:28:00 | Minnesota Department of Revenue, 600 Robert St N, Saint Paul, MN 55146-1176 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1092629 | ##+ | Mr. Squeegee Window Cleaning, Inc., c/o Matthew Liudahl, 5312 Shoal Dr PO Box 49, Bismarck, ND 58502-0049 |
| 1092635 | ##+ | Punchh, 1875 S Grant St #810, San Mateo, CA 94402-7048 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024      Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Maurice VerStandig | on behalf of Debtor Red River Subs Inc. mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |
| Thomas Kapusta | tkapusta@aol.com |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Red River Subs, Inc.<br>Name | EIN: | 20–1723772 |
| United States Bankruptcy Court | District of North Dakota | Date case filed for chapter: | 11   1/13/24 |
| Case number: | 24–30010 | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

## Notice of Chapter 11 Bankruptcy Case                                10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Red River Subs, Inc. | |
| 2. | **All other names used in the last 8 years** | dba Erbert and Gerbert's – Fargo, dba Erbert and Gerbert's – Bismarck, dba Erbert and Gerbert's – Moorhead | |
| 3. | **Address** | 300 Broadway N.<br>Fargo, ND 58102 | |
| 4. | **Debtor's attorney**<br>Name and address | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102 | Contact phone  701–394–3215<br><br>Email:  mac@mbvesq.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas Kapusta<br>PO Box 90624<br>Sioux Falls, SD 57109 | Contact phone  605–376–6715<br><br>Email:  tkapusta@aol.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102 | Hours open:<br>8:00am–4:30pm Mon–Fri<br><br>Contact phone  (701) 297–7100<br><br>Date: 1/16/24 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **February 15, 2024 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Teleconference *ONLY*, Toll Free: 866–821–5980, Participant# 9065076** |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | **For all creditors (except a governmental unit):** | 3/25/24 |
| | **For a governmental unit:** | 7/11/24 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless: <br> • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:** | <br><br><br><br><br> 4/15/24 |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |