IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30010 |
| | ) | (Chapter 11) |
| RED RIVER SUBS, INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## MOTION TO APPEAR BY VIDEO

Comes now Red River Subs, Inc. (the "Debtor" or "Red River Subs"), by and through undersigned proposed counsel, and moves this Honorable Court for the Debtor's principal and counsel to appear at the first day hearing on January 19, 2024 via video, and in support thereof states as follows:

Undersigned counsel's flight to Minneapolis was been delayed on account of inclement weather in the greater Washington, DC region which, in turn, would have cause undersigned counsel to miss a connection to Fargo and leave time insufficient to drive to Fargo. Sincere best efforts were made to make it to court for the hearing (including leaving Maine yesterday morning), but those efforts have unfortunately come up short.

By way of a visual (because a last minute motion to appear by video really does call for a visual), the following photo was taken of a neighboring plane earlier this morning:



1

Respectfully Submitted,

Dated: January 19, 2024	By:	/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig