**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                    Case No. 24-30010
                                                          (Chapter 11)
RED RIVER SUBS, INC.

                    Debtor.

_____

**MOTION TO APPEAR BY RELIABLE ELECTRONIC MEANS**
_____

I am the attorney for E&G Franchise Systems Inc. and I make this motion to the court to appear at the hearing on January 19, 2024 via electronic means, and in support thereof state as follows:

In light of the fact that all parties attending the hearing on January 19, 2024 will be appearing via electronically, I would like to appear electronically also.

Dated this 19th day of January, 2024.

                                        */s/ John M. Krings, Jr.*
                                        John M. Krings, Jr. (ND Atty. #06845)
                                        Attorneys for E&G Franchise Systems Inc.
                                        KALER DOELING, PLLP
                                        PO Box 9231
                                        Fargo, ND  58106-9231
                                        (701) 232-8757
                                        john@kaler-doeling.com