UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                          Bankruptcy No. 24-30010
                                                               Chapter 11 – Subchapter V
Red River Subs, Inc.,
dba Erbert and Gerbert's – Fargo,
dba Erbert and Gerbert's – Bismarck,
dba Erbert and Gerbert's – Moorhead,

                              Debtor.
_____/

### ORDER GRANTING MOTION TO RETAIN EXISTING DEPOSITORY ACCOUNTS

Debtor Red River Subs, Inc. filed a Motion to Retain Existing Depository Accounts. Doc. 2.  In its motion, Debtor maintains that the Court should grant it authority to maintain its existing bank accounts consistent with equity and a plain language reading of the Bankruptcy Code.  The United States Trustee asserted no objection to the motion.  Doc. 27.

On January 19, 2024, the Court held a hearing on the motion.  Based on the record, the Court finds cause for granting Debtor the relief it seeks. Therefore,

**IT IS ORDERED** that Debtor's Motion to Retain Existing Depository Accounts is granted.  Debtor is authorized to retain its existing depository accounts provided it complies with 11 U.S.C. § 345.

Given that the United States Trustee did not assert an objection to the motion, the relief granted in this motion is final.  The hearing scheduled for February 7, 2024, is cancelled.

Dated:  January 19, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT