UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Red River Subs, Inc.,
dba Erbert and Gerbert's – Fargo,
dba Erbert and Gerbert's – Bismarck,
dba Erbert and Gerbert's – Moorhead,

                        Debtor.
_____/

Bankruptcy No. 24-30010
Chapter 11 – Subchapter V

## ORDER GRANTING INTERIM RELIEF ON
## MOTION FOR LEAVE TO USE CASH COLLATERAL

Debtor Red River Subs, Inc. filed a Motion for Leave to Use Cash Collateral. Doc. 10. On January 19, 2024, the Court held a preliminary hearing on the motion. The Court received no objections at or before the preliminary hearing. Based on the motion, exhibits and other evidence received during the January 19, 2024, hearing, the Court finds that use of cash collateral during the interim period is necessary to avoid immediate and irreparable harm. More specifically, the relief provided in this Order is necessary to maintain the Debtor's operations during the interim period. Accordingly,

**IT IS ORDERED:**

    1.    The Motion is granted on an interim basis.

    2.    Consistent with the proposed weekly budget, Debtor is authorized to use not more than $14,852.51 in cash collateral during the interim period, January 13, 2024, to February 9, 2024.

    3.    As adequate protection for Debtor's use of cash collateral, Debtor agreed to grant First Community Credit Union an automatically perfected replacement lien on Debtor's postpetition revenues and receivables (but not on any claims arising under

Chapter 5 of Title 11 of the United States Code), to the extent of any diminution of the cash collateral.

The final hearing on this matter will be held on February 9, 2024, at 10:00 a.m. The deadline to object to final relief is February 6, 2024.

Dated: January 19, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT