United States Bankruptcy Court

District of North Dakota

In re:  
Red River Subs, Inc.  
    Debtor

Case No. 24-30010-skh  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Red River Subs, Inc., 300 Broadway N., Fargo, ND 58102-4709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Caren W. Stanley | on behalf of Interested Party DFI 300 Broadway LLC cstanley@vogellaw.com, jnona@vogellaw.com;sthompson@vogellaw.com;kjohnson@vogellaw.com |
| John M Krings, Jr. | on behalf of Creditor E&G Franchise Systems Inc. john@kaler-doeling.com janae@kaler-doeling.com |
| Maurice VerStandig | on behalf of Debtor Red River Subs Inc. mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |

District/off: 0868-3          User: admin          Page 2 of 2
Date Rcvd: Jan 19, 2024          Form ID: pdf2some          Total Noticed: 1

Thomas Kapusta

tkapusta@aol.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Red River Subs, Inc.,
dba Erbert and Gerbert's – Fargo,
dba Erbert and Gerbert's – Bismarck,
dba Erbert and Gerbert's – Moorhead,

                             Debtor.
_____/

Bankruptcy No. 24-30010
Chapter 11 – Subchapter V

**ORDER GRANTING MOTION TO RETAIN EXISTING DEPOSITORY ACCOUNTS**

Debtor Red River Subs, Inc. filed a Motion to Retain Existing Depository Accounts. Doc. 2.  In its motion, Debtor maintains that the Court should grant it authority to maintain its existing bank accounts consistent with equity and a plain language reading of the Bankruptcy Code.  The United States Trustee asserted no objection to the motion.  Doc. 27.

On January 19, 2024, the Court held a hearing on the motion.  Based on the record, the Court finds cause for granting Debtor the relief it seeks. Therefore,

**IT IS ORDERED** that Debtor's Motion to Retain Existing Depository Accounts is granted.  Debtor is authorized to retain its existing depository accounts provided it complies with 11 U.S.C. § 345.

Given that the United States Trustee did not assert an objection to the motion, the relief granted in this motion is final.  The hearing scheduled for February 7, 2024, is cancelled.

Dated:  January 19, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT