United States Bankruptcy Court

District of North Dakota

In re:  
Red River Subs, Inc.  
    Debtor

Case No. 24-30010-skh  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 2  
Date Rcvd: Jan 19, 2024      Form ID: pdf2some      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Red River Subs, Inc., 300 Broadway N., Fargo, ND 58102-4709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Caren W. Stanley | on behalf of Interested Party DFI 300 Broadway LLC cstanley@vogellaw.com, jnona@vogellaw.com;sthompson@vogellaw.com;kjohnson@vogellaw.com |
| John M Krings, Jr. | on behalf of Creditor E&G Franchise Systems Inc. john@kaler-doeling.com  janae@kaler-doeling.com |
| Maurice VerStandig | on behalf of Debtor Red River Subs  Inc. mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |

District/off: 0868-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 19, 2024 | Form ID: pdf2some | Total Noticed: 1

Thomas Kapusta                  tkapusta@aol.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Red River Subs, Inc.,
dba Erbert and Gerbert's – Fargo,
dba Erbert and Gerbert's – Bismarck,
dba Erbert and Gerbert's – Moorhead,

                              Debtor.

Bankruptcy No. 24-30010
Chapter 11 – Subchapter V

**ORDER GRANTING INTERIM RELIEF ON MOTION FOR LEAVE TO PAY CLAIMS OF CRITICAL VENDORS**

Debtor Red River Subs, Inc. filed a Motion for Leave to Pay Claims of Critical Vendors. Doc. 9. In its motion, Debtor seeks Court authority to pay the prepetition claims of wholesale food and beverage vendors consistent with Debtor's normal practices. On January 19, 2024, the Court held a preliminary hearing on the motion. None of the interested parties who appeared at the hearing objected to the relief requested.

For the reasons stated on the record and based on the motion and evidence received at the hearing, the Court finds cause for granting interim relief. Specifically, the Court finds that paying the vendor claims listed below are necessary to protect and preserve the estate, critical to the continued operation of Debtor's businesses, and in the best interest of Debtor's estate, its creditors, and other parties in interest. The evidence suggests that disfavored creditors would be as well off with reorganization as with liquidation, and Debtor's principal, Todd Beedy, testified that he believed these vendors would likely cease doing business with Debtor if not paid in a timely manner.

The Court also finds that paying these prepetition vendor claims is necessary to avoid immediate and irreparable harm.

Therefore,

**IT IS ORDERED** that Debtor's Motion for Leave to Pay Claims of Critical Vendors is granted on an interim basis.

Upon entry of this Order, Debtors are authorized to pay the following prepetition claims:

| | |
|---|---|
| Sysco | $31,153.81 |
| Coca Cola | $7,689.56 |

The final hearing on this matter will be held on February 9, 2024, at 10:00 a.m. The deadline to object to final relief is February 6, 2024.

Dated: January 19, 2024.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT