United States Bankruptcy Court
District of North Dakota

In re:  Case No. 24-30010-skh
Red River Subs, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Red River Subs, Inc., 300 Broadway N., Fargo, ND 58102-4709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Caren W. Stanley | on behalf of Interested Party DFI 300 Broadway  LLC cstanley@vogellaw.com, jnona@vogellaw.com;sthompson@vogellaw.com;kjohnson@vogellaw.com |
| John M Krings, Jr. | on behalf of Creditor E&G Franchise Systems Inc. john@kaler-doeling.com  janae@kaler-doeling.com |
| Maurice VerStandig | on behalf of Debtor Red River Subs  Inc. mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |

District/off: 0868-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 19, 2024 | Form ID: pdf2some | Total Noticed: 1

Thomas Kapusta
    tkapusta@aol.com

TOTAL: 6

```
              UNITED STATES BANKRUPTCY COURT
                 DISTRICT OF NORTH DAKOTA
```

In Re:                                              Bankruptcy No. 24-30010
                                                    Chapter 11 – Subchapter V
Red River Subs, Inc.,
dba Erbert and Gerbert's – Fargo,
dba Erbert and Gerbert's – Bismarck,
dba Erbert and Gerbert's – Moorhead,

                         Debtor.
_____/

## ORDER GRANTING INTERIM RELIEF ON
## MOTION FOR LEAVE TO USE CASH COLLATERAL

Debtor Red River Subs, Inc. filed a Motion for Leave to Use Cash Collateral. Doc. 10. On January 19, 2024, the Court held a preliminary hearing on the motion. The Court received no objections at or before the preliminary hearing. Based on the motion, exhibits and other evidence received during the January 19, 2024, hearing, the Court finds that use of cash collateral during the interim period is necessary to avoid immediate and irreparable harm. More specifically, the relief provided in this Order is necessary to maintain the Debtor's operations during the interim period. Accordingly,

**IT IS ORDERED:**

1. The Motion is granted on an interim basis.

2. Consistent with the proposed weekly budget, Debtor is authorized to use not more than $14,852.51 in cash collateral during the interim period, January 13, 2024, to February 9, 2024.

3. As adequate protection for Debtor's use of cash collateral, Debtor agreed to grant First Community Credit Union an automatically perfected replacement lien on Debtor's postpetition revenues and receivables (but not on any claims arising under

Chapter 5 of Title 11 of the United States Code), to the extent of any diminution of the cash collateral.

The final hearing on this matter will be held on February 9, 2024, at 10:00 a.m. The deadline to object to final relief is February 6, 2024.

Dated: January 19, 2024.

*SHON HASTINGS, JUDGE*
*UNITED STATES BANKRUPTCY COURT*