**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

Red River Subs, Inc.,
dba Erbert and Gerbert's – Fargo,
dba Erbert and Gerbert's – Bismarck,
dba Erbert and Gerbert's – Moorhead,

                           Debtor.
_____/

Bankruptcy No. 24-30010
Chapter 11 – Subchapter V

**NOTICE RESCHEDULING FINAL HEARINGS**
**ON FIRST DAY MOTIONS**

A final hearing will be held at Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota on **Friday, February 9, 2024, at 10:00 A.M.** to consider and act upon the following matters:

**Final Hearing on Debtor's Motion for Leave to Pay Certain Pre-Petition Employee Wages filed January 14, 2024. (Doc. 5)**

**Final Hearing on Debtor's Motion to Reject Office Lease Agreement By and Between Red River Subs, Inc. and 931 on 9th LLC, filed January 14, 2024. (Doc. 6)**

**Final Hearing on Debtor's Motion to Stay Red River Refrigeration v Beedy filed January 14, 2024. (Doc. 7)**

**Final Hearing on Debtor's Motion for Leave to Pay Claims of Critical Vendors filed January 15, 2024. (Doc. 9)**

**Final Hearing on Debtor's Motion for Leave to Use Cash Collateral filed January 15, 2024. (Doc. 10)**

Additional objections to the motions, if any, must be filed not later than **February 6, 2024**. If the Court receives no objections, it may enter an order granting the relief requested and cancel the hearing on one or more of the motions.

1

All hearings are evidentiary unless, upon the Court's initiative or the written request of a party, the Court schedules a preliminary hearing to address scheduling, discovery, or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter unless the Court granted an expedited hearing.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the Court to consider your views, you should file a written response to the motion and attend the hearing. If you do not take these steps, the Court may assume that you do not oppose the motion and may enter an order approving the request.

Dated: January 22, 2024.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
U.S. BANKRUPTCY COURT

*All times referred to in this Order are Central Standard Time.
Copy served electronically January 22, 2024, to Electronic Mail Notice List for Case No. 24-30010.