**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bankruptcy No. 24-30010 |
| Red River Subs, Inc., <br> d/b/a Erbert and Gerbert's – Fargo, <br> d/b/a Erbert and Gerbert's – Bismarck, <br> d/b/a Erbert and Gerbert's – Moorhead, | Chapter 11 – Subchapter V |
| Debtor. <br> _____/ | |

**ORDER**

On January 15, 2024, Debtor filed a Motion to (I) Pay Retainer and Monthly Supplements to the Subchapter V Trustee, and (II) to Approve Agreement with the Subchapter V Trustee.  Doc. 8.  Debtor served notice of the motion pursuant to the Federal Rules of Bankruptcy Procedure. The Court received no objections. The Court finds cause for granting the motion. Therefore, **IT IS ORDERED** that the Motion to (I) Pay Retainer and Monthly Supplements to the Subchapter V Trustee, and (II) to Approve Agreement with the Subchapter V Trustee is **GRANTED**.

Debtor's proposed counsel is authorized to transfer $5,000.00 from his retainer to the Subchapter V Trustee, and Debtor is authorized to pay the Subchapter V Trustee $1,000.00 per month, commencing February 15, 2024, for the pre-confirmation duration of this Chapter 11 case. Debtor's agreement with the Subchapter V Trustee, obligating the Subchapter V Trustee to accept payment of any excess administrative fees and expenses within 45 days of the effective date of a plan of reorganization, is approved.

Dated this 1st day of February, 2024.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court