United States Bankruptcy Court

District of North Dakota

In re:                                                                      Case No. 24-30010-skh

Red River Subs, Inc.                                                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 01, 2024 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

**Recip ID              Recipient Name and Address**
db              + Red River Subs, Inc., 300 Broadway N., Fargo, ND 58102-4709

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2024                      Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:**

**Name                          Email Address**

Caren W. Stanley
                        on behalf of Interested Party DFI 300 Broadway  LLC cstanley@vogellaw.com,
                        jnona@vogellaw.com;sthompson@vogellaw.com;kjohnson@vogellaw.com

John M Krings, Jr.
                        on behalf of Creditor E&G Franchise Systems Inc. john@kaler-doeling.com  janae@kaler-doeling.com

Maurice VerStandig
                        on behalf of Debtor Red River Subs  Inc. mac@mbvesq.com,
                        mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Robert B. Raschke
                        USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
                        on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

District/off: 0868-3                          User: admin                                    Page 2 of 2
Date Rcvd: Feb 01, 2024                       Form ID: pdf2some                              Total Noticed: 1

Thomas Kapusta
                          tkapusta@aol.com


TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:                                                                    Bankruptcy No. 24-30010

Red River Subs, Inc.,                                          Chapter 11 – Subchapter V
d/b/a Erbert and Gerbert's – Fargo,
d/b/a Erbert and Gerbert's – Bismarck,
d/b/a Erbert and Gerbert's – Moorhead,

                                    Debtor.
_____/

**ORDER**

On January 15, 2024, Debtor filed a Motion to (I) Pay Retainer and Monthly

Supplements to the Subchapter V Trustee, and (II) to Approve Agreement with the

Subchapter V Trustee.  Doc. 8.  Debtor served notice of the motion pursuant to the

Federal Rules of Bankruptcy Procedure. The Court received no objections. The Court

finds cause for granting the motion. Therefore, **IT IS ORDERED** that the Motion to (I)

Pay Retainer and Monthly Supplements to the Subchapter V Trustee, and (II) to

Approve Agreement with the Subchapter V Trustee is **GRANTED**.

Debtor's proposed counsel is authorized to transfer $5,000.00 from his retainer to

the Subchapter V Trustee, and Debtor is authorized to pay the Subchapter V Trustee

$1,000.00 per month, commencing February 15, 2024, for the pre-confirmation duration

of this Chapter 11 case. Debtor's agreement with the Subchapter V Trustee, obligating

the Subchapter V Trustee to accept payment of any excess administrative fees and

expenses within 45 days of the effective date of a plan of reorganization, is approved.

Dated this 1st day of February, 2024.

                                                        /s/ Shon Hastings
                                                        Shon Hastings, Judge
                                                        United States Bankruptcy Court