# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| In re: | Case No. 24-30010 |
|---|---|
| RED RIVER SUBS, INC., | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Bankruptcy Rules, 931 on 9th, LLC is an interested party/creditor and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule and pursuant to Rule 9010 of the Bankruptcy Rules, and that all other notices given or required to be given in this case and all other papers served or required to be served, be served upon:

Alexander S. Kelsch
Kelsch Ruff Kranda Nagle & Ludwig
PO Box 1266
Mandan, ND 58554
alexk@kelschlaw.com

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, plans, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated this 6th day of February, 2024.

                                      /s/ Alexander S. Kelsch
                                      ALEXANDER S. KELSCH
                                      State Bar ID No. 07231
                                      KELSCH, RUFF, KRANDA, NAGLE & LUDWIG
                                      Attorneys for 931 on 9th, LLC
                                      103 Collins Avenue, P.O. Box 1266
                                      Mandan, North Dakota 58554-7266
                                      (701) 663-9818
                                      alexk@kelschlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In re: | Case No. 24-30010 |
|---|---|
| RED RIVER SUBS, INC., | Chapter 11 |
| Debtor. | |

### CERTIFICATE OF SERVICE

April Ruff, being first duly sworn, does depose and state that she is of legal age and not a party to, or interested in, the above-entitled matter.

That on February 6, 2024, this affiant caused the following document(s):

***NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS***

to be served electronically to the following:

*All CM/ECF participants*

Dated this 6th day of February, 2024.

_____
APRIL RUFF

Subscribed and sworn to before me on this 6th day of February, 2024.

Dated this 6th day of February, 2024.

_____
Notary Public, Morton County, North Dakota

EMILIE J SAYLER
Notary Public
State of North Dakota
My Commission Expires Nov. 3, 2024