**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

**Red River Subs, Inc**                                    **Bankr. No. 24-30010**

> **dba Erbert and Gerbert's - Fargo**          **Chapter 11**
> **dba Erbert and Gerbert's - Bismarck**
> **dba Erbert and Gerbert's - Moorhead**

**Debtor.**

---

### MOTION TO APPEAR BY TELEPHONE

---

Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing counsel to appear by telephone on Friday, February 9, 2024, at 10:00 a.m. on the final hearings:  Motion to Pay Certain Prepetition Employee Wages (Doc. 5); Motion to Reject Office Lease (Doc. 6); Motion to Pay Critical Vendors (Doc.9); Motion to Use Cash Collateral (Doc. 10).

1.      The U.S. Trustee has no objections to the relief requested.  The U.S. Trustee does not anticipate submitting exhibits or examining witnesses.

2.      Travel to Fargo, North Dakota would be unduly burdensome and expensive.

WHEREFORE, Counsel requests that the United States Trustee be allowed to

appear by telephone.

Dated: February 7, 2024                MARY R. JENSEN
                                       ACTING U.S. TRUSTEE REGION 12

                                       /s/ Sarah J. Wencil
                                       Sarah J. Wencil
                                       Office of the U.S. Trustee
                                       Suite 1015 U.S. Courthouse
                                       300 South Fourth St.
                                       Minneapolis, MN 55415
                                       Telephone: (612) 334-1366
                                       Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

**Red River Subs, Inc**　　　　　　　　　　　　**Bankr. No. 24-30010**

　　　　**dba Erbert and Gerbert's - Fargo**　　　**Chapter 11**
　　　　**dba Erbert and Gerbert's - Bismarck**
　　　　**dba Erbert and Gerbert's - Moorhead**

　　　　**Debtor.**

---

**CERTIFICATE OF SERVICE**

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:　February 7, 2024

　　　　　　　　　　　　　　　／s／ Sarah J. Wencil
　　　　　　　　　　　　　　　Sarah J. Wencil