UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Red River Subs, Inc.,
dba Erbert and Gerbert's – Fargo,
dba Erbert and Gerbert's – Bismarck,
dba Erbert and Gerbert's – Moorhead,

      Debtor.
_____/

Bankruptcy No. 24-30010
Chapter 11 – Subchapter V

## ORDER GRANTING
## MOTION FOR LEAVE TO USE CASH COLLATERAL

Debtor Red River Subs, Inc. filed a Motion for Leave to Use Cash Collateral. Doc. 10.  On January 19, 2024, the Court held a preliminary hearing on the motion.  The Court received no objections at or before the preliminary hearing.  The Court received no written objections to final relief during the time allowed.

Based on the motion, exhibits and other evidence received during the January 19, 2024, hearing, the Court finds that use of cash collateral during the term allowed is necessary to maintain the Debtor's operations.  Accordingly,

**IT IS ORDERED:**

  1. The Motion is granted.  The final hearing scheduled for February 9, 2024, is cancelled.

  2. Consistent with the proposed weekly budget, Debtor is authorized to use not more than $14,852.51 in cash collateral from January 13, 2024, to March 31, 2024.

  3. As adequate protection for Debtor's use of cash collateral, Debtor agreed to grant First Community Credit Union an automatically perfected replacement lien on Debtor's postpetition revenues and receivables (but not on any claims arising under

Chapter 5 of Title 11 of the United States Code), to the extent of any diminution of the cash collateral.

Dated: February 8, 2024.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT