United States Bankruptcy Court

District of North Dakota

In re: Case No. 24-30010-skh
Red River Subs, Inc. Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 2
Date Rcvd: Feb 08, 2024     Form ID: pdf2some     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Red River Subs, Inc., 300 Broadway N., Fargo, ND 58102-4709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander S. Kelsch | on behalf of Creditor 931 on 9th LLC alexk@kelschlaw.com, aruff@kelschlaw.com |
| Caren W. Stanley | on behalf of Interested Party DFI 300 Broadway LLC cstanley@vogellaw.com, jnona@vogellaw.com;sthompson@vogellaw.com;kjohnson@vogellaw.com |
| John M Krings, Jr. | on behalf of Creditor E&G Franchise Systems Inc. john@kaler-doeling.com janae@kaler-doeling.com |
| Maurice VerStandig | on behalf of Debtor Red River Subs Inc. mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |

District/off: 0868-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 08, 2024 | Form ID: pdf2some | Total Noticed: 1

Sarah J. Wencil
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Thomas Kapusta
    tkapusta@aol.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Red River Subs, Inc.,
dba Erbert and Gerbert's – Fargo,
dba Erbert and Gerbert's – Bismarck,
dba Erbert and Gerbert's – Moorhead,

        Debtor.
_____/

Bankruptcy No. 24-30010
Chapter 11 – Subchapter V

**ORDER GRANTING MOTION TO REJECT LEASE AGREEMENT
BY AND BETWEEN RED RIVER SUBS, INC. AND 931 ON 9TH LLC**

Debtor Red River Subs, Inc. filed a Motion to Reject Office Lease Agreement by and Between Red River Subs, Inc. and 931 on 9th LLC. Doc. 6. In its motion, Debtor seeks Court authority to reject a commercial lease agreement.

The Court held a preliminary hearing on the motion on January 19, 2024. Although none of the interested parties who appeared at the preliminary hearing objected to the motion, the Court declined to grant the relief Debtor seeks until Debtor provided notice to all interested parties.

Debtor served 931 On 9th, LLC, and E & G Franchise System, Inc. with notice of the motion and the motion. Doc. 16. The Court received no objections.

Based on the motion and evidence received at the hearing, the Court finds cause for granting the relief Debtor seeks. Specifically, the Court found no evidence of bad faith and received no evidence suggesting Debtor's decision was manifestly unreasonable. To the contrary, the Court finds Debtor exercised sound business judgment and demonstrated benefit to the estate by rejecting the lease. Therefore,

**IT IS ORDERED** that Debtor's Motion to Reject Lease Agreement by and Between Red River Subs, Inc. and 931 on 9th LLC is granted. Given Debtor's timely

notice of its intent to reject the lease and its efforts to promptly remove its property and vacate the leased premises, the Court finds it appropriate to order that the rejection is effective as of January 14, 2024, the date Debtor filed its motion.

The hearing scheduled for February 9, 2024, is cancelled.

Dated: February 8, 2024.

*[signature]*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT