United States Bankruptcy Court
District of North Dakota

| | |
|---|---|
| In re: | Case No. 24-30010-skh |
| Red River Subs, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 08, 2024 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Red River Subs, Inc., 300 Broadway N., Fargo, ND 58102-4709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024             Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander S. Kelsch | on behalf of Creditor 931 on 9th LLC alexk@kelschlaw.com, aruff@kelschlaw.com |
| Caren W. Stanley | on behalf of Interested Party DFI 300 Broadway LLC cstanley@vogellaw.com, jnona@vogellaw.com;sthompson@vogellaw.com;kjohnson@vogellaw.com |
| John M Krings, Jr. | on behalf of Creditor E&G Franchise Systems Inc. john@kaler-doeling.com janae@kaler-doeling.com |
| Maurice VerStandig | on behalf of Debtor Red River Subs Inc. mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |

District/off: 0868-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 08, 2024 | Form ID: pdf2some | Total Noticed: 1

Sarah J. Wencil
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Thomas Kapusta
    tkapusta@aol.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                                          Bankruptcy No. 24-30010
                                                                                                Chapter 11 – Subchapter V
Red River Subs, Inc.,
dba Erbert and Gerbert's – Fargo,
dba Erbert and Gerbert's – Bismarck,
dba Erbert and Gerbert's – Moorhead,

                            Debtor.
_____/

## ORDER GRANTING
## MOTION FOR LEAVE TO USE CASH COLLATERAL

Debtor Red River Subs, Inc. filed a Motion for Leave to Use Cash Collateral. Doc. 10.  On January 19, 2024, the Court held a preliminary hearing on the motion.  The Court received no objections at or before the preliminary hearing.  The Court received no written objections to final relief during the time allowed.

Based on the motion, exhibits and other evidence received during the January 19, 2024, hearing, the Court finds that use of cash collateral during the term allowed is necessary to maintain the Debtor's operations.  Accordingly,

**IT IS ORDERED:**

1.      The Motion is granted.  The final hearing scheduled for February 9, 2024, is cancelled.

2.      Consistent with the proposed weekly budget, Debtor is authorized to use not more than $14,852.51 in cash collateral from January 13, 2024, to March 31, 2024.

3.      As adequate protection for Debtor's use of cash collateral, Debtor agreed to grant First Community Credit Union an automatically perfected replacement lien on Debtor's postpetition revenues and receivables (but not on any claims arising under

Chapter 5 of Title 11 of the United States Code), to the extent of any diminution of the cash collateral.

Dated: February 8, 2024.

*Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT