UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Red River Subs, Inc.,                                   Court File No. 24-30010
                                                        Chapter 11
        Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Bankruptcy Rules, Provident Partners, LLC, a creditor of the Debtor, is a party in interest and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and pursuant to Rule 9010 of the Bankruptcy Rules, all other notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

> Michael L. Gust
> ABST Law, P.C.
> 4132 30th Avenue South, Suite 100
> P.O. Box 10247
> Fargo, ND  58106-0247
> (701) 235-3300
> *mgust@abstlaw.net*

The foregoing request includes, but is not limited to, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, and answering or reply papers, memorandums and briefs in support of the foregoing, and any other documents brought before the court with respect to these

proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, phone, telegraph, telex, or otherwise.

By putting in this Notice of Appearance, the undersigned, on behalf of the client, does not consent to the jurisdiction of the court.

Dated this 13th day of February, 2024.

/s/ Michael L. Gust
Michael L. Gust (ND #06468)
ABST Law, P.C.
4132 30th Avenue South, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247
(701) 235-3300
*mgust@abstlaw.net*
Attorneys for Provident Partners, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

Red River Subs, Inc.,                      Court File No. 24-30010
                                                                       Chapter 11
                         Debtor.

**CERTIFICATE OF SERVICE**

      The undersigned, being first sworn, says upon her oath that a copy of each of the following:

      1.    Notice of Appearance and Request for Service of Papers

was caused to be filed electronically with the Clerk and email notification pursuant to the Electronic Case Filing System constitutes service.

      Dated this 13th day of February, 2024.

                                                                          /s/ Jennifer A. Ernst
                                                                        Jennifer A. Ernst