**Fill in this information to identify the case:**

Debtor Name: Red River Subs, Inc.

United States Bankruptcy Court for the: District of North Dakota

Case number: 24-30010

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

| | | | |
|---|---|---|---|
| Month: | February 2024 | Date report filed: | 3/25/2024 (MM / DD / YYYY) |
| Line of business: | Restaurant | NAISC code: | 7225 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Todd Beedy

Original signature of responsible party: *Todd Beedy* (DocuSigned)

Printed name of responsible party: Todd Beedy

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Red River Subs, Inc.    Case number  24-30010

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☐ ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 18,077.22

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 139,280.78

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 127,070.07

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 12,210.71

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 30,287.93

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    (Exhibit E)

Debtor Name __Red River Subs, Inc.__                                Case number __24-30010__

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                           $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                         _____ 25
27. What is the number of employees as of the date of this monthly report?                                            _____ 25

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                           $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?             $ _____ 0.00
30. How much have you paid this month in other professional fees?                                                     $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?                                    $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | – | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 125,000.00 | – | $ 139,280.78 | = | $ -14,280.78 |
| 33. **Cash disbursements** | $ 125,000.00 | – | $ 127,070.07 | = | $ -2,070.07 |
| 34. **Net cash flow** | $ 0.00 | – | $ 12,210.71 | = | $ -12,210.71 |

35. Total projected cash receipts for the next month:                                                                 $ 125,000.00
36. Total projected cash disbursements for the next month:                                                          − $ 125,000.00
37. Total projected net cash flow for the next month:                                                               = $ 0.00

Debtor Name  Red River Subs, Inc.                                   Case number 24-30010

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30010 |
| | ) | (Chapter 11) |
| RED RIVER SUBS, INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### NOTE ACCOMPANYING FEBRUARY MONTHLY OPERATING REPORT

1. Concerning lines 5 and 10, not all monies have been deposited into a debtor in possession account because this Honorable Court has approved maintenance of pre-petition accounts. DE #42.

        Respectfully Submitted,

By:  /s/ Maurice B. VerStandig
      Maurice B. VerStandig, Esq.
      The Dakota Bankruptcy Firm
      1630 1st Avenue N
      Suite B PMB 24
      Fargo, North Dakota 58102-4246
      Phone: (701) 394-3215
      mac@dakotabankruptcy.com
      *Counsel for the Debtor*

DocuSign Envelope ID: 82B1021D-865D-4CDS-B2ED-A21B5527AD55

**FCCU — First Community Credit Union**
310 10th St SE | PO Box 2180
Jamestown, ND 58401-2180
myFCCU.com

Account Number: *****3552
Statement End Date: 02-29-24
Page: 1 of 2
MC: P

ADDRESS SERVICE REQUESTED

> Show your school spirit with our custom school debit cards. All across the state, FCCU has partnered with more than 40 local high schools and colleges, so you can cheer on your favorite team wherever you are! Contact your local branch for more details.

RED RIVER SUBS
300 BROADWAY
FARGO, ND 58102

## Account Summary

| Account | Description | Beginning Balance | Ending Balance | Account | Description | Beginning Balance | Ending Balance |
|---|---|---|---|---|---|---|---|
| 1 | PRIME SHARES | 0.20 | 0.20 | 2 | MOORHEAD | 60.96 | 91.11 |
| 3 | MEMBERSHIP SAVINGS | 5.00 | 5.00 | 121 | BUS EQUIP/75%SBA GUAR | 368822.29 | 368822.29 |

## Account Detail

**PRIME SHARES**  ACCT# 1     02-01-24 THRU 02-29-24             PREVIOUS BALANCE  **0.20**

ENDING BALANCE                                                                **0.20**

**MOORHEAD**  ACCT# 2     02-01-24 THRU 02-29-24            PREVIOUS BALANCE  **60.96**

| Date | Transaction Description | Amount | Balance |
|---|---|---|---|
| FEB 01 | DEPOSIT | 125.14 | 186.10 |
| FEB 01 | DEPOSIT | 37.33 | 223.43 |
| FEB 05 | DEPOSIT | 133.57 | 357.00 |
| FEB 05 | DEPOSIT | 218.20 | 575.20 |
| FEB 05 | DEPOSIT | 66.41 | 641.61 |
| FEB 06 | DEPOSIT | 117.83 | 759.44 |
| FEB 06 | DEPOSIT | 66.10 | 825.54 |
| FEB 08 | DEPOSIT | 45.54 | 871.08 |
| FEB 08 | DEPOSIT | 78.23 | 949.31 |
| FEB 12 | DEPOSIT | 78.98 | 1028.29 |
| FEB 12 | DEPOSIT | 39.06 | 1067.35 |
| FEB 12 | DEPOSIT | 63.30 | 1130.65 |
| FEB 13 | TRANSFER 2   Internet Access 02/13/2024 10:08 283586. | -1100.00 | 30.65 |
| FEB 13 | DEPOSIT | 117.68 | 148.33 |
| FEB 13 | DEPOSIT | 138.33 | 286.66 |
| FEB 15 | DEPOSIT | 197.32 | 483.98 |
| FEB 16 | DEPOSIT | 81.80 | 565.78 |
| FEB 20 | DEPOSIT | 62.63 | 628.41 |
| FEB 20 | DEPOSIT | 134.53 | 762.94 |
| FEB 20 | DEPOSIT | 49.30 | 812.24 |
| FEB 22 | DEPOSIT | 74.89 | 887.13 |
| FEB 22 | DEPOSIT | 253.73 | 1140.86 |
| FEB 27 | DEPOSIT | 62.78 | 1203.64 |
| FEB 27 | DEPOSIT | 162.99 | 1366.63 |
| FEB 27 | DEPOSIT | 65.51 | 1432.14 |
| FEB 27 | DEPOSIT | 258.97 | 1691.11 |
| FEB 28 | TRANSFER 2   Internet Access 02/28/2024 14:33 339333. | -1600.00 | 91.11 |

ENDING BALANCE                                                                **91.11**

- Continued -

DocuSign Envelope ID: 82B1021D-865D-4CDC-B2ED-A21B5527AD5F

**FCCU First Community Credit Union**

310 10th St SE | PO Box 2180
Jamestown, ND 58401-280
myFCCU.com

| Account Number: | *****3552 |
|---|---|
| **Statement End Date:** | 02-29-24 |
| **Page:** | 2 of 2 |

| Deposits, Dividends and Other Credits ||
|---|---|
| Date | Amount |
| 02-01-2024 | 125.14 |
| 02-01-2024 | 37.33 |
| 02-05-2024 | 133.57 |
| 02-05-2024 | 218.20 |
| 02-05-2024 | 66.41 |
| 02-06-2024 | 117.83 |
| 02-06-2024 | 66.10 |
| 02-08-2024 | 45.54 |
| 02-08-2024 | 78.23 |

| Deposits, Dividends and Other Credits ||
|---|---|
| Date | Amount |
| 02-12-2024 | 78.98 |
| 02-12-2024 | 39.06 |
| 02-12-2024 | 63.30 |
| 02-13-2024 | 117.68 |
| 02-13-2024 | 138.33 |
| 02-15-2024 | 197.32 |
| 02-16-2024 | 81.80 |
| 02-20-2024 | 62.63 |
| 02-20-2024 | 134.53 |

| Deposits, Dividends and Other Credits ||
|---|---|
| Date | Amount |
| 02-20-2024 | 49.30 |
| 02-22-2024 | 74.89 |
| 02-22-2024 | 253.73 |
| 02-27-2024 | 62.78 |
| 02-27-2024 | 162.99 |
| 02-27-2024 | 65.51 |
| 02-27-2024 | 258.97 |

| | | |
|---|---|---|
| **Total Dividends** | 0 | 0.00 |
| **Total Deposits and Other Credits** | 25 | 2730.15 |

| Withdrawals, Fees and Other Debits ||
|---|---|
| Date | Amount |
| 02-13-2024 | -1100.00 |

| Withdrawals, Fees and Other Debits ||
|---|---|
| Date | Amount |
| 02-28-2024 | -1600.00 |

| | | |
|---|---|---|
| **Total Fees** | 0 | 0.00 |
| **Total withdrawal and Other Debits** | 2 | -2700.00 |

| **MEMBERSHIP SAVINGS** | **ACCT# 3** | **02-01-24 THRU 02-29-24** | PREVIOUS BALANCE | **5.00** |
|---|---|---|---|---|
| ENDING BALANCE | | | | **5.00** |

| **BUS EQUIP/75%SBA GUAR** | **LOAN# 121** | **2024-02-01 THRU 2024-02-29** | PREVIOUS BALANCE | **368822.29** |
|---|---|---|---|---|
| Plan #  **0** | | Payment Due Date: **11-15-23** | New Balance: | **368822.29** |
| Note #  **0** | | Payment Due: **39028.72** | | |
| Annual Percentage Rate (APR): **5.550%** | | Past Due As Of: **11-15-23** | | |

**Interest Rate Detail**

| Effective Dates | Annual Percentage Rate | Balance Subject to Interest Rate |
|---|---|---|
| 02-01-2024 - 02-29-2024 | 5.550 | 368822.29 |

THE BALANCE USED TO COMPUTE INTEREST IS THE UNPAID BALANCE EACH DAY AFTER PAYMENTS AND CREDITS TO THAT BALANCE HAVE BEEN SUBTRACTED AND ANY ADDITIONS TO THE BALANCE HAVE BEEN MADE.

**Fees Charged**

| Total Fees For This Period | 0.00 |
|---|---|

**Interest Charged**

| Total Interest For This Period | 0.00 |
|---|---|

**Totals Year-To-Date**

| Totals Fees Charged In 2024 | 0.00 |
|---|---|
| Total Interest Charged In 2024 | 0.00 |

**Dividend Summary**

| Account Number | New Balance | Dividends YTD |
|---|---|---|
| 1 | 0.20 | 0.00 |
| 2 | 91.11 | 0.00 |
| 3 | 5.00 | 0.00 |
| | Total Dividends YTD: | **$0.00** |

*- End of Statement -*

DocuSign Envelope ID: 82B1021D-865D-4CDC-B2ED-A21B5527AD55

**FCCU First Community Credit Union**
310 10th St SE | PO Box 2180
Jamestown, ND 58401-2180
myFCCU.com

Account Number: *****5783
Statement End Date: 02-29-24
Page: 1 of 2
MC: P

ADDRESS SERVICE REQUESTED

> Show your school spirit with our custom school debit cards. All across the state, FCCU has partnered with more than 40 local high schools and colleges, so you can cheer on your favorite team wherever you are! Contact your local branch for more details.

RED RIVER SUBS
300 BROADWAY
FARGO, ND 58102

## Account Summary

| Account | Description | Beginning Balance | Ending Balance | Account | Description | Beginning Balance | Ending Balance |
|---|---|---|---|---|---|---|---|
| 1 | PRIME SHARES | 0.00 | 0.00 | 2 | FARGO BROADWAY | 23.70 | 30.44 |

## Account Detail

**PRIME SHARES**    ACCT# 1    02-01-24 THRU 02-29-24    PREVIOUS BALANCE  0.00
ENDING BALANCE                                                                         0.00

**FARGO BROADWAY**    ACCT# 2    02-01-24 THRU 02-29-24    PREVIOUS BALANCE  23.70

| Date | Transaction Description | Amount | Balance |
|---|---|---|---|
| FEB 01 | DEPOSIT | 111.93 | 135.63 |
| FEB 05 | DEPOSIT | 40.07 | 175.70 |
| FEB 06 | DEPOSIT | 157.57 | 333.27 |
| FEB 07 | DEPOSIT | 62.23 | 395.50 |
| FEB 08 | DEPOSIT | 24.54 | 420.04 |
| FEB 09 | DEPOSIT | 76.90 | 496.94 |
| FEB 11 | DEPOSIT | 185.11 | 682.05 |
| FEB 11 | DEPOSIT | 57.41 | 739.46 |
| FEB 13 | DEPOSIT | 21.08 | 760.54 |
| FEB 13 | TRANSFER 2   Internet Access 02/13/2024 10:09 283590. | -700.00 | 60.54 |
| FEB 15 | DEPOSIT | 18.22 | 78.76 |
| FEB 16 | DEPOSIT | 78.10 | 156.86 |
| FEB 20 | DEPOSIT | 75.20 | 232.06 |
| FEB 20 | DEPOSIT | 81.15 | 313.21 |
| FEB 21 | DEPOSIT | 88.42 | 401.63 |
| FEB 22 | DEPOSIT | 102.13 | 503.76 |
| FEB 23 | DEPOSIT | 57.13 | 560.89 |
| FEB 26 | DEPOSIT | 22.29 | 583.18 |
| FEB 26 | DEPOSIT | 64.68 | 647.86 |
| FEB 27 | DEPOSIT | 170.36 | 818.22 |
| FEB 28 | DEPOSIT | 12.12 | 830.34 |
| FEB 28 | DEPOSIT   EXTRA DIME IN BAG | 0.10 | 830.44 |
| FEB 28 | TRANSFER 2   Internet Access 02/28/2024 14:34 339347. | -800.00 | 30.44 |

ENDING BALANCE                                                                        30.44

| Deposits, Dividends and Other Credits | | Deposits, Dividends and Other Credits | | Deposits, Dividends and Other Credits | |
|---|---|---|---|---|---|
| Date | Amount | Date | Amount | Date | Amount |
| 02-01-2024 | 111.93 | 02-07-2024 | 62.23 | 02-11-2024 | 185.11 |
| 02-05-2024 | 40.07 | 02-08-2024 | 24.54 | 02-11-2024 | 57.41 |
| 02-06-2024 | 157.57 | 02-09-2024 | 76.90 | 02-13-2024 | 21.08 |

- Continued -

DocuSign Envelope ID: 82B1021D-865D-4CDC-B2ED-A21B5527AD5E

**First Community Credit Union**

310 10th St SE | PO Box 2180
Jamestown, ND 58401-280
*myFCCU.com*

**Account Number:** *****5783
**Statement End Date:** 02-29-24
**Page:** 2 of 2

| Deposits, Dividends and Other Credits | |
|---|---|
| Date | Amount |
| 02-15-2024 | 18.22 |
| 02-16-2024 | 78.10 |
| 02-20-2024 | 75.20 |
| 02-20-2024 | 81.15 |

| Deposits, Dividends and Other Credits | |
|---|---|
| Date | Amount |
| 02-21-2024 | 88.42 |
| 02-22-2024 | 102.13 |
| 02-23-2024 | 57.13 |
| 02-26-2024 | 22.29 |

| Deposits, Dividends and Other Credits | |
|---|---|
| Date | Amount |
| 02-26-2024 | 64.68 |
| 02-27-2024 | 170.36 |
| 02-28-2024 | 12.12 |
| 02-28-2024 | 0.10 |

| | | |
|---|---|---|
| **Total Dividends** | 0 | 0.00 |
| **Total Deposits and Other Credits** | 21 | 1506.74 |

| Withdrawals, Fees and Other Debits | |
|---|---|
| Date | Amount |
| 02-13-2024 | -700.00 |

| Withdrawals, Fees and Other Debits | |
|---|---|
| Date | Amount |
| 02-28-2024 | -800.00 |

| | | |
|---|---|---|
| **Total Fees** | 0 | 0.00 |
| **Total withdrawal and Other Debits** | 2 | -1500.00 |

**Dividend Summary**

| Account Number | New Balance | Dividends YTD |
|---|---|---|
| 1 | 0.00 | 0.00 |
| 2 | 30.44 | 0.00 |
| Total Dividends YTD: | **$0.00** | |

*- End of Statement -*

**First Community Credit Union**
310 10th St SE | PO Box 2180
Jamestown, ND 58401-2180
myFCCU.com

| | |
|---|---|
| Account Number: | *****5797 |
| Statement End Date: | 02-29-24 |
| Page: | 1 of 8 |
| MC: | P |

ADDRESS SERVICE REQUESTED

Show your school spirit with our custom school debit cards. All across the state, FCCU has partnered with more than 40 local high schools and colleges, so you can cheer on your favorite team wherever you are! Contact your local branch for more details.

RED RIVER SUBS
300 BROADWAY
FARGO, ND 58102

## Account Summary

| Account | Description | Beginning Balance | Ending Balance | Account | Description | Beginning Balance | Ending Balance |
|---|---|---|---|---|---|---|---|
| 1 | PRIME SHARES | 0.00 | 0.00 | 2 | OPERATING ACCOUNT | 17,762.07 | 29,935.89 |

## Account Detail

**PRIME SHARES**    ACCT# 1        02-01-24 THRU 02-29-24                    PREVIOUS BALANCE  0.00
ENDING BALANCE                                                                              0.00

**OPERATING ACCOUNT**    ACCT# 2        02-01-24 THRU 02-29-24                PREVIOUS BALANCE  17,762.07

| Date | Transaction Description | Amount | Balance |
|---|---|---|---|
| FEB 01 | SERVICE CHARGE   RED RIVER SUBS. TOTAL NON COMPENSABLE CHARGE | -15.00 | 17747.07 |
| FEB 01 | EFT ACH Master  ERBERT AND GERBEACH 240201 | -929.53 | 16817.54 |
| FEB 01 | EFT ACH Master  ERBERT AND GERBEACH 240201 | -993.24 | 15824.30 |
| FEB 01 | EFT ACH Master  ERBERT AND GERBEACH 240201 | -664.64 | 15159.66 |
| FEB 01 | EFT ACH Master  DoorDash, Inc. REd River | 101.69 | 15261.35 |
| FEB 01 | EFT JOB SERVICE ND  Job Service ND UI Tax Pmt | -283.62 | 14977.73 |
| FEB 01 | EFT MN UI FUND  MN UI Fund MN UI TAX | -100.00 | 14877.73 |
| FEB 01 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.013124 | 783.44 | 15661.17 |
| FEB 01 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.013124 | 807.70 | 16468.87 |
| FEB 01 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.013124 | 464.71 | 16933.58 |
| FEB 01 | EFT ACH Master  MerchPayout SV9e8662240369SD1400 | 1373.40 | 18306.98 |
| FEB 01 | EFT ACH Master  MerchPayout SV9e8662240369SD1400 | 1110.83 | 19417.81 |
| FEB 01 | EFT ACH Master  MerchPayout SV9e8662240369SD1400 | 807.05 | 20224.86 |
| FEB 02 | EFT ACH Master  GRUBHUB INC Jan Actvty | 67.14 | 20292.00 |
| FEB 02 | EFT ACH Master  GRUBHUB INC Jan Actvty | 92.46 | 20384.46 |
| FEB 02 | EFT XCEL ENERGY-MN  XCEL ENERGY-MN XCELENERGY | -906.80 | 19477.66 |
| FEB 02 | EFT IRS  IRS USATAXPYMT020224 | -4372.76 | 15104.90 |
| FEB 02 | EFT ACH Master  PAYROLL PRO - D PAYROLL PR240202 | -477.00 | 14627.90 |
| FEB 02 | EFT ACH Master  DoorDash, Inc. Red River | 995.14 | 15623.04 |
| FEB 02 | EFT ACH Master  DoorDash, Inc. Red River | 2469.59 | 18092.63 |
| FEB 02 | EFT ACH Master  itsacheckmate.coitsacheckm | -340.00 | 17752.63 |
| FEB 02 | EFT ACH Master  GRUBHUB INC Jan Actvty | 39.42 | 17792.05 |
| FEB 02 | EFT ACH Master  GRUBHUB INC Jan Actvty | 37.61 | 17829.66 |
| FEB 02 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020124 | 338.06 | 18167.72 |
| FEB 02 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020124 | 499.94 | 18667.66 |
| FEB 02 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020124 | 270.51 | 18938.17 |
| FEB 02 | EFT ACH Master  MerchPayout SV9T8662240369240201 | -534.51 | 18403.66 |
| FEB 02 | EFT ACH Master  MerchPayout SV9T8662240369240201 | -395.12 | 18008.54 |
| FEB 02 | EFT ACH Master  MerchPayout SV9T8662240369240201 | -753.48 | 17255.06 |
| FEB 02 | EFT ACH Master  MerchPayout SV9T8662240369240201 | -788.93 | 16466.13 |
| FEB 02 | EFT ACH Master  Punchh 4089401342240201 | -130.00 | 16336.13 |
| FEB 02 | EFT ACH Master  Punchh 4089401342240201 | -130.00 | 16206.13 |

*- Continued -*

DocuSign Envelope ID: 82B1021D-865D-4CDC-B2ED-A21B5527AD55

**First Community Credit Union**
310 10th St SE | PO BOX 2180
Jamestown, ND 58401-280
myFCCU.com

Account Number: *****5797
Statement End Date: 02-29-24
Page: 2 of 8

| Date | Transaction Description | Amount | Balance |
|---|---|---:|---:|
| FEB 02 | EFT ACH Master  Punchh 4089401342240201 | -130.00 | 16076.13 |
| FEB 02 | EFT ACH Master  Punchh 4089401342240201 | -130.00 | 15946.13 |
| FEB 02 | EFT ACH Master  MerchPayout SV968662240369SD1300 | 1474.92 | 17421.05 |
| FEB 02 | EFT ACH Master  MerchPayout SV968662240369SD1300 | 839.61 | 18260.66 |
| FEB 05 | EFT PENN MUTUAL LIFE  PENN MUTUAL LIFEINSPAYMENT240201 | -161.25 | 18099.41 |
| FEB 05 | EFT ACH Master  Sysco CorporatioPayment | -2.10 | 18097.31 |
| FEB 05 | EFT ACH Master  Sysco CorporatioPayment | -3169.66 | 14927.65 |
| FEB 05 | EFT ACH Master  MN DEPT OF REVENMN Rev pay240205 | -365.00 | 14562.65 |
| FEB 05 | EFT ACH Master  COKE HIGH COUNTRCOKE HIGH | -1397.41 | 13165.24 |
| FEB 05 | EFT ACH Master  DoorDash, Inc. REd River | 79.46 | 13244.70 |
| FEB 05 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020324 | 310.47 | 13555.17 |
| FEB 05 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020324 | 246.38 | 13801.55 |
| FEB 05 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020324 | 754.08 | 14555.63 |
| FEB 05 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020424 | 386.39 | 14942.02 |
| FEB 05 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020424 | 391.13 | 15333.15 |
| FEB 05 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020424 | 52.02 | 15385.17 |
| FEB 05 | EFT ACH Master  MerchPayout SV9T8662240369240204 | 1304.71 | 16689.88 |
| FEB 05 | EFT ACH Master  MerchPayout SV9T8662240369240204 | 1933.93 | 18623.81 |
| FEB 05 | EFT ACH Master  MerchPayout SV9T8662240369240204 | 744.13 | 19367.94 |
| FEB 05 | EFT ACH Master  MerchPayout SV9T8662240369240204 | 1367.93 | 20735.87 |
| FEB 05 | EFT ACH Master  MerchPayout SV9T8662240369240204 | 1376.53 | 22112.40 |
| FEB 05 | EFT ACH Master  MerchPayout SV9T8662240369240204 | 553.63 | 22666.03 |
| FEB 05 | EFT ACH Master  REVEL SYSTEMS, IPAYMENT 240204 | -488.00 | 22178.03 |
| FEB 05 | EFT ACH Master  REVEL SYSTEMS, IPAYMENT 240204 | -488.00 | 21690.03 |
| FEB 05 | EFT ACH Master  REVEL SYSTEMS, IPAYMENT 240204 | -488.00 | 21202.03 |
| FEB 05 | EFT ACH Master  REVEL SYSTEMS, IPAYMENT 240204 | -545.29 | 20656.74 |
| FEB 05 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020224 | 374.16 | 21030.90 |
| FEB 05 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020224 | 434.68 | 21465.58 |
| FEB 05 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020224 | 321.37 | 21786.95 |
| FEB 05 | EFT ACH Master  MerchPayout SV928662240369SD1300 | 911.75 | 22698.70 |
| FEB 05 | EFT ACH Master  MerchPayout SV928662240369SD1300 | 615.11 | 23313.81 |
| FEB 05 | EFT ACH Master  MerchPayout SV928662240369SD1300 | 215.26 | 23529.07 |
| FEB 05 | SHARE DRAFT 13148 TRACE#: 00200005 | -289.72 | 23239.35 |
| FEB 05 | SHARE DRAFT 13147 TRACE#: 00300155 | -2104.16 | 21135.19 |
| FEB 05 | SHARE DRAFT 13144 TRACE#: 00114040 | -3314.75 | 17820.44 |
| FEB 06 | EFT ACH Master  DoorDash, Inc. REd River | 206.92 | 18027.36 |
| FEB 06 | EFT ACH Master  VANTIV_INTG_PYMTBILLNG 240131 | -482.35 | 17545.01 |
| FEB 06 | EFT ACH Master  VANTIV_INTG_PYMTBILLNG 240131 | -423.18 | 17121.83 |
| FEB 06 | EFT ACH Master  VANTIV_INTG_PYMTBILLNG 240131 | -65.50 | 17056.33 |
| FEB 06 | EFT ACH Master  VANTIV_INTG_PYMTBILLNG 240131 | -190.68 | 16865.65 |
| FEB 06 | EFT ACH Master  VANTIV_INTG_PYMTBILLNG 240131 | -462.31 | 16403.34 |
| FEB 06 | EFT ACH Master  UBER USA 6787 EDI PAYMNTFEB 04 | 286.91 | 16690.25 |
| FEB 06 | EFT ACH Master  UBER USA 6787 EDI PAYMNTFEB 04 | 86.14 | 16776.39 |
| FEB 06 | EFT ACH Master  UBER USA 6787 EDI PAYMNTFEB 04 | 127.98 | 16904.37 |
| FEB 06 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020524 | 591.90 | 17496.27 |
| FEB 06 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020524 | 252.14 | 17748.41 |
| FEB 06 | EFT ACH Master  MerchPayout SV938662240369SD1300 | 755.68 | 18504.09 |
| FEB 06 | EFT ACH Master  MerchPayout SV938662240369SD1300 | 754.29 | 19258.38 |
| FEB 06 | SHARE DRAFT 13146 TRACE#: 00302695 | -4125.94 | 15132.44 |
| FEB 07 | EFT DACOTAH PAPER CO  DACOTAH PAPER CO2/6 ach 240207 | -328.86 | 14803.58 |
| FEB 07 | EFT ACH Master  DoorDash, Inc. REd River | 44.02 | 14847.60 |
| FEB 07 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020624 | 329.21 | 15176.81 |
| FEB 07 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020624 | 522.59 | 15699.40 |
| FEB 07 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020624 | 247.48 | 15946.88 |
| FEB 07 | EFT ACH Master  MerchPayout SV9d8662240369SD1400 | 780.34 | 16727.22 |
| FEB 07 | EFT ACH Master  MerchPayout SV9d8662240369SD1400 | 874.86 | 17602.08 |
| FEB 07 | EFT ACH Master  MerchPayout SV9d8662240369SD1400 | 691.73 | 18293.81 |
| FEB 08 | EFT ACH Master  DoorDash, Inc. REd River | 90.89 | 18384.70 |
| FEB 08 | EFT ACH Master  ERBERT AND GERBEACH 240208 | -1076.33 | 17308.37 |
| FEB 08 | EFT ACH Master  ERBERT AND GERBEACH 240208 | -1059.73 | 16248.64 |

*- Continued -*

**FCCU First Community Credit Union**

310 10th St SE | PO Box 2160
Jamestown, ND 58401-280
myFCCU.com

Account Number: *****5797
Statement End Date: 02-29-24
Page: 3 of 8

| Date | Transaction Description | Amount | Balance |
|---|---|---:|---:|
| FEB 08 | EFT ACH Master  ERBERT AND GERBEACH 240208 | -523.11 | 15725.53 |
| FEB 08 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020724 | 441.15 | 16166.68 |
| FEB 08 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020724 | 558.25 | 16724.93 |
| FEB 08 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020724 | 420.45 | 17145.38 |
| FEB 08 | EFT ACH Master  MerchPayout SV958662240369SD1300 | 687.82 | 17833.20 |
| FEB 08 | EFT ACH Master  MerchPayout SV958662240369SD1300 | 837.93 | 18671.13 |
| FEB 09 | EFT ACH Master  GRUBHUB INC Feb Actvty | 22.38 | 18693.51 |
| FEB 09 | EFT ACH Master  GRUBHUB INC Feb Actvty | 30.35 | 18723.86 |
| FEB 09 | EFT ACH Master  DoorDash, Inc. Red River | 2535.94 | 21259.80 |
| FEB 09 | EFT ACH Master  DoorDash, Inc. Red River | 1310.63 | 22570.43 |
| FEB 09 | EFT ACH Master  COKE HIGH COUNTRCOKE HIGH | -635.46 | 21934.97 |
| FEB 09 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020824 | 209.59 | 22144.56 |
| FEB 09 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020824 | 892.36 | 23036.92 |
| FEB 09 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020824 | 326.58 | 23363.50 |
| FEB 09 | EFT ACH Master  MerchPayout SV968662240369SD1300 | 703.52 | 24067.02 |
| FEB 09 | EFT ACH Master  MerchPayout SV968662240369SD1300 | 1367.69 | 25434.71 |
| FEB 09 | EFT ACH Master  MerchPayout SV968662240369SD1300 | 1654.51 | 27089.22 |
| FEB 09 | SHARE DRAFT 13145 TRACE#: 00105140 | -2350.00 | 24739.22 |
| FEB 11 | EFT ACH Master  DoorDash, Inc. REd River | 123.94 | 24863.16 |
| FEB 11 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021024 | 751.85 | 25615.01 |
| FEB 11 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021024 | 551.43 | 26166.44 |
| FEB 11 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021024 | 412.73 | 26579.17 |
| FEB 11 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021124 | 42.47 | 26621.64 |
| FEB 11 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021124 | 231.07 | 26852.71 |
| FEB 11 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021124 | 103.40 | 26956.11 |
| FEB 11 | EFT ACH Master  MerchPayout SV9T8662240369240211 | 1092.41 | 28048.52 |
| FEB 11 | EFT ACH Master  MerchPayout SV9T8662240369240211 | 856.86 | 28905.38 |
| FEB 11 | EFT ACH Master  MerchPayout SV9T8662240369240211 | 854.17 | 29759.55 |
| FEB 11 | EFT ACH Master  MerchPayout SV9T8662240369240211 | 1483.76 | 31243.31 |
| FEB 11 | EFT ACH Master  MerchPayout SV9T8662240369240211 | 1061.08 | 32304.39 |
| FEB 11 | EFT ACH Master  MerchPayout SV9T8662240369240211 | 499.31 | 32803.70 |
| FEB 11 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020924 | 459.30 | 33263.00 |
| FEB 11 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020924 | 660.83 | 33923.83 |
| FEB 11 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.020924 | 379.49 | 34303.32 |
| FEB 12 | EFT ACH Master  MerchPayout SV928662240369SD1300 | 1503.01 | 35806.33 |
| FEB 12 | EFT ACH Master  MerchPayout SV928662240369SD1300 | 177.61 | 35983.94 |
| FEB 13 | EFT ACH Master  DoorDash, Inc. REd River | 270.18 | 36254.12 |
| FEB 13 | EFT ACH Master  RED RIVER SUBS ACH Offset240212 | -14746.72 | 21507.40 |
| FEB 13 | EFT ACH Master  Sysco CorporatioPayment | -4100.53 | 17406.87 |
| FEB 13 | EFT ACH Master  Sysco CorporatioPayment | -6066.32 | 11340.55 |
| FEB 13 | EFT ACH Master  Sysco CorporatioPayment | -2005.17 | 9335.38 |
| FEB 13 | EFT ACH Master  Sysco CorporatioPayment | -3768.74 | 5566.64 |
| FEB 13 | EFT ACH Master  UBER USA 6787 EDI PAYMNTFEB 11 | 142.13 | 5708.77 |
| FEB 13 | EFT ACH Master  UBER USA 6787 EDI PAYMNTFEB 11 | 21.37 | 5730.14 |
| FEB 13 | EFT ACH Master  UBER USA 6787 EDI PAYMNTFEB 11 | 213.15 | 5943.29 |
| FEB 13 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021224 | 255.31 | 6198.60 |
| FEB 13 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021224 | 244.48 | 6443.08 |
| FEB 13 | TRANSFER 2   Internet Access 02/13/2024 10:08 283586. | 1100.00 | 7543.08 |
| FEB 13 | TRANSFER 2   Internet Access 02/13/2024 10:08 283588. | 2400.00 | 9943.08 |
| FEB 13 | TRANSFER 2   Internet Access 02/13/2024 10:09 283590. | 700.00 | 10643.08 |
| FEB 13 | EFT ACH Master  MerchPayout SV938662240369SD1300 | 447.42 | 11090.50 |
| FEB 13 | EFT ACH Master  MerchPayout SV938662240369SD1300 | 1373.58 | 12464.08 |
| FEB 14 | EFT ACH Master  DoorDash, Inc. REd River | 129.79 | 12593.87 |
| FEB 14 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021324 | 307.10 | 12900.97 |
| FEB 14 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021324 | 268.32 | 13169.29 |
| FEB 14 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021324 | 325.04 | 13494.33 |
| FEB 14 | EFT ACH Master  MerchPayout SV948662240369SD1300 | 625.42 | 14119.75 |
| FEB 14 | EFT ACH Master  MerchPayout SV948662240369SD1300 | 605.60 | 14725.35 |
| FEB 14 | EFT ACH Master  MerchPayout SV948662240369SD1300 | 650.09 | 15375.44 |
| FEB 15 | EFT ACH Master  DoorDash, Inc. REd River | 114.83 | 15490.27 |

- Continued -

**First Community Credit Union**

310 10th St SE | PO Box 2180
Jamestown, ND 58401-280
myFCCU.com

Account Number: *****5797
Statement End Date: 02-29-24
Page: 4 of 8

| Date | Transaction Description | Amount | Balance |
|---|---|---:|---:|
| FEB 15 | EFT ACH Master  COKE HIGH COUNTRCOKE HIGH | -750.07 | 14740.20 |
| FEB 15 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021424 | 286.65 | 15026.85 |
| FEB 15 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021424 | 539.41 | 15566.26 |
| FEB 15 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021424 | 471.12 | 16037.38 |
| FEB 15 | EFT ACH Master  MerchPayout SV958662240369SD1300 | 1067.95 | 17105.33 |
| FEB 15 | EFT ACH Master  MerchPayout SV958662240369SD1300 | 1109.49 | 18214.82 |
| FEB 15 | EFT ACH Master  MerchPayout SV958662240369SD1300 | 743.72 | 18958.54 |
| FEB 15 | SHARE DRAFT 13143 TRACE#: 00112845 | -799.07 | 18159.47 |
| FEB 16 | EFT ACH Master  GRUBHUB INC Feb Actvty | 25.06 | 18184.53 |
| FEB 16 | EFT ACH Master  GRUBHUB INC Feb Actvty | 8.86 | 18193.39 |
| FEB 16 | EFT ACH Master  GRUBHUB INC Feb Actvty | 9.12 | 18202.51 |
| FEB 16 | EFT ACH Master  XCEL ENERGY-MN XCELENERGY | -801.88 | 17400.63 |
| FEB 16 | EFT IRS  IRS USATAXPYMT021624 | -4044.51 | 13356.12 |
| FEB 16 | EFT 702COMMUNICATION  VAL ED JOINT VENTELE BILL | -266.42 | 13089.70 |
| FEB 16 | EFT 702COMMUNICATION  VAL ED JOINT VENTELE BILL | -339.58 | 12750.12 |
| FEB 16 | EFT 702COMMUNICATION  VAL ED JOINT VENTELE BILL | -191.60 | 12558.52 |
| FEB 16 | EFT ACH Master  DoorDash, Inc. Red River | 919.56 | 13478.08 |
| FEB 16 | EFT ACH Master  DoorDash, Inc. Red River | 1924.73 | 15402.81 |
| FEB 16 | EFT ACH Master  PAYROLL PRO - D PAYROLL PR240216 | -65.00 | 15337.81 |
| FEB 16 | EFT ACH Master  ERBERT AND GERBEACH 240216 | -1015.05 | 14322.76 |
| FEB 16 | EFT ACH Master  ERBERT AND GERBEACH 240216 | -953.12 | 13369.64 |
| FEB 16 | EFT ACH Master  ERBERT AND GERBEACH 240216 | -526.80 | 12842.84 |
| FEB 16 | EFT ACH Master  ZupplerOnlineFooPURCHASE 240216 | -363.32 | 12479.52 |
| FEB 16 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021524 | 478.16 | 12957.68 |
| FEB 16 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021524 | 579.78 | 13537.46 |
| FEB 16 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021524 | 310.47 | 13847.93 |
| FEB 16 | EFT ACH Master  MerchPayout SV968662240369SD1300 | 807.81 | 14655.74 |
| FEB 16 | EFT ACH Master  MerchPayout SV968662240369SD1300 | 654.71 | 15310.45 |
| FEB 16 | EFT ACH Master  MerchPayout SV968662240369SD1300 | 1228.51 | 16538.96 |
| FEB 20 | EFT ACH Master  Sysco CorporatioPayment | -2377.19 | 14161.77 |
| FEB 20 | EFT ACH Master  Sysco CorporatioPayment | -4620.50 | 9541.27 |
| FEB 20 | EFT ACH Master  Sysco CorporatioPayment | -3255.65 | 6285.62 |
| FEB 20 | EFT ACH Master  MN DEPT OF REVENMN Rev pay240220 | -423.00 | 5862.62 |
| FEB 20 | EFT ACH Master  DoorDash, Inc. REd River | 109.00 | 5971.62 |
| FEB 20 | EFT ACH Master  DoorDash, Inc. REd River | 457.41 | 6429.03 |
| FEB 20 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021724 | 562.45 | 6991.48 |
| FEB 20 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021724 | 471.75 | 7463.23 |
| FEB 20 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021724 | 403.02 | 7866.25 |
| FEB 20 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021824 | 109.36 | 7975.61 |
| FEB 20 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021824 | 340.55 | 8316.16 |
| FEB 20 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021824 | 303.36 | 8619.52 |
| FEB 20 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021924 | 224.24 | 8843.76 |
| FEB 20 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021924 | 320.89 | 9164.65 |
| FEB 20 | EFT ACH Master  MerchPayout SV9T8662240369240218 | 1305.95 | 10470.60 |
| FEB 20 | EFT ACH Master  MerchPayout SV9T8662240369240218 | 932.40 | 11403.00 |
| FEB 20 | EFT ACH Master  MerchPayout SV9T8662240369240218 | 554.84 | 11957.84 |
| FEB 20 | EFT ACH Master  MerchPayout SV9T8662240369240218 | 780.41 | 12738.25 |
| FEB 20 | EFT ACH Master  MerchPayout SV9T8662240369240218 | 727.92 | 13466.17 |
| FEB 20 | EFT ACH Master  MerchPayout SV9T8662240369240218 | 753.00 | 14219.17 |
| FEB 20 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021624 | 396.28 | 14615.45 |
| FEB 20 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021624 | 385.84 | 15001.29 |
| FEB 20 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.021624 | 386.87 | 15388.16 |
| FEB 20 | EFT ACH Master  MerchPayout SV938662240369SD1300 | 1608.05 | 16996.21 |
| FEB 20 | EFT ACH Master  MerchPayout SV938662240369SD1300 | 668.11 | 17664.32 |
| FEB 20 | EFT ACH Master  MerchPayout SV938662240369SD1300 | 1479.98 | 19144.30 |
| FEB 20 | EFT ACH Master  MerchPayout SV938662240369SD1300 | 1112.73 | 20257.03 |
| FEB 20 | EFT ACH Master  MerchPayout SV938662240369SD1300 | 670.18 | 20927.21 |
| FEB 21 | EFT ACH Master  DoorDash, Inc. REd River | 163.78 | 21090.99 |
| FEB 21 | EFT ACH Master  VALUTEC CARD SOL2401-CP 240220 | 499.29 | 21590.28 |
| FEB 21 | EFT ACH Master  UBER USA 6787 EDI PAYMNTFEB 18 | 153.14 | 21743.42 |

- Continued -

FCCU First Community Credit Union

310 10th St SE | PO Box 2180
Jamestown, ND 58401-280
myFCCU.com

Account Number: *****5797
Statement End Date: 02-29-24
Page: 5 of 8

| Date | Transaction Description | Amount | Balance |
|---|---|---:|---:|
| FEB 21 | EFT ACH Master  UBER USA 6787 EDI PAYMNTFEB 18 | 139.47 | 21882.89 |
| FEB 21 | EFT ACH Master  UBER USA 6787 EDI PAYMNTFEB 18 | 57.51 | 21940.40 |
| FEB 21 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022024 | 640.51 | 22580.91 |
| FEB 21 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022024 | 234.33 | 22815.24 |
| FEB 21 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022024 | 534.49 | 23349.73 |
| FEB 21 | EFT ACH Master  MerchPayout SV948662240369SD1300 | 939.77 | 24289.50 |
| FEB 21 | EFT ACH Master  MerchPayout SV948662240369SD1300 | 542.45 | 24831.95 |
| FEB 21 | EFT ACH Master  MerchPayout SV948662240369SD1300 | 592.68 | 25424.63 |
| FEB 22 | EFT ACH Master  DoorDash, Inc. REd River | 81.49 | 25506.12 |
| FEB 22 | EFT ACH Master  ERBERT AND GERBEACH 240222 | -898.64 | 24607.48 |
| FEB 22 | EFT ACH Master  ERBERT AND GERBEACH 240222 | -867.21 | 23740.27 |
| FEB 22 | EFT ACH Master  ERBERT AND GERBEACH 240222 | -672.41 | 23067.86 |
| FEB 22 | EFT ACH Master  COKE HIGH COUNTRCOKE HIGH | -852.80 | 22215.06 |
| FEB 22 | EFT ACH Master  MN DEPT OF REVENMN Rev pay240222 | -3997.00 | 18218.06 |
| FEB 22 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022124 | 320.44 | 18538.50 |
| FEB 22 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022124 | 481.28 | 19019.78 |
| FEB 22 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022124 | 528.95 | 19548.73 |
| FEB 22 | EFT ACH Master  MerchPayout SV958662240369SD1300 | 846.33 | 20395.06 |
| FEB 22 | EFT ACH Master  MerchPayout SV958662240369SD1300 | 660.08 | 21055.14 |
| FEB 22 | EFT ACH Master  MerchPayout SV958662240369SD1300 | 675.73 | 21730.87 |
| FEB 23 | EFT ACH Master  GRUBHUB INC Feb Actvty | 141.52 | 21872.39 |
| FEB 23 | EFT ACH Master  GRUBHUB INC Feb Actvty | 31.68 | 21904.07 |
| FEB 23 | EFT DACOTAH PAPER CO  DACOTAH PAPER CO2/22 ach 240223 | -462.15 | 21441.92 |
| FEB 23 | EFT ACH Master  DoorDash, Inc. Red River | 954.02 | 22395.94 |
| FEB 23 | EFT ACH Master  DoorDash, Inc. Red River | 1798.05 | 24193.99 |
| FEB 23 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022224 | 265.00 | 24458.99 |
| FEB 23 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022224 | 855.68 | 25314.67 |
| FEB 23 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022224 | 474.02 | 25788.69 |
| FEB 23 | EFT ACH Master  MerchPayout SV968662240369SD1300 | 1078.51 | 26867.20 |
| FEB 23 | EFT ACH Master  MerchPayout SV968662240369SD1300 | 910.03 | 27777.23 |
| FEB 23 | EFT ACH Master  MerchPayout SV968662240369SD1300 | 879.39 | 28656.62 |
| FEB 26 | EFT ACH Master  WCI RED RIVER 240226 | -324.07 | 28332.55 |
| FEB 26 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022324 | 338.17 | 28670.72 |
| FEB 26 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022324 | 565.71 | 29236.43 |
| FEB 26 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022324 | 296.76 | 29533.19 |
| FEB 26 | EFT ACH Master  DoorDash, Inc. REd River | 151.63 | 29684.82 |
| FEB 26 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022424 | 786.59 | 30471.41 |
| FEB 26 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022424 | 2141.66 | 32613.07 |
| FEB 26 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022424 | 391.97 | 33005.04 |
| FEB 26 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022524 | 294.20 | 33299.24 |
| FEB 26 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022524 | 97.10 | 33396.34 |
| FEB 26 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022524 | 619.20 | 34015.54 |
| FEB 26 | EFT ACH Master  MerchPayout SV9T8662240369240225 | 1306.44 | 35321.98 |
| FEB 26 | EFT ACH Master  MerchPayout SV9T8662240369240225 | 1063.51 | 36385.49 |
| FEB 26 | EFT ACH Master  MerchPayout SV9T8662240369240225 | 1517.83 | 37903.32 |
| FEB 26 | EFT ACH Master  MerchPayout SV9T8662240369240225 | 1029.79 | 38933.11 |
| FEB 26 | EFT ACH Master  MerchPayout SV9T8662240369240225 | 899.06 | 39832.17 |
| FEB 26 | EFT ACH Master  MerchPayout SV9T8662240369240225 | 623.39 | 40455.56 |
| FEB 26 | EFT ACH Master  MerchPayout SV928662240369SD1300 | 563.78 | 41019.34 |
| FEB 26 | EFT ACH Master  MerchPayout SV928662240369SD1300 | 471.56 | 41490.90 |
| FEB 26 | EFT ACH Master  MerchPayout SV928662240369SD1300 | 722.21 | 42213.11 |
| FEB 26 | SHARE DRAFT 10780 TRACE#: 00100820 | -114.28 | 42098.83 |
| FEB 27 | EFT ACH Master  DoorDash, Inc. REd River | 383.94 | 42482.77 |
| FEB 27 | EFT ACH Master  RED RIVER SUBS ACH Offset240226 | -14257.98 | 28224.79 |
| FEB 27 | EFT ACH Master  Sysco CorporatioPayment | -5065.15 | 23159.64 |
| FEB 27 | EFT ACH Master  Sysco CorporatioPayment | -2967.95 | 20191.69 |
| FEB 27 | EFT ACH Master  Sysco CorporatioPayment | -1806.53 | 18385.16 |
| FEB 27 | EFT ACH Master  UBER USA 6787 EDI PAYMNTFEB 25 | 159.46 | 18544.62 |
| FEB 27 | EFT ACH Master  UBER USA 6787 EDI PAYMNTFEB 25 | 117.99 | 18662.61 |
| FEB 27 | EFT ACH Master  UBER USA 6787 EDI PAYMNTFEB 25 | 108.72 | 18771.33 |

- Continued -

**First Community Credit Union**

310 10th St SE | PO BOX 2180
Jamestown, ND 58401-280
myFCCU.com

Account Number: *****5797
Statement End Date: 02-29-24
Page: 6 of 8

| Date | Transaction Description | Amount | Balance |
|---|---|---|---|
| FEB 27 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022624 | 154.26 | 18925.59 |
| FEB 27 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022624 | 651.66 | 19577.25 |
| FEB 27 | EFT ACH Master  MerchPayout SV938662240369SD1300 | 648.69 | 20225.94 |
| FEB 28 | EFT ACH Master  DoorDash, Inc. REd River | 93.47 | 20319.41 |
| FEB 28 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022724 | 343.67 | 20663.08 |
| FEB 28 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022724 | 342.74 | 21005.82 |
| FEB 28 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022724 | 273.35 | 21279.17 |
| FEB 28 | TRANSFER 2   Internet Access 02/28/2024 14:33 339333. | 1600.00 | 22879.17 |
| FEB 28 | TRANSFER 2   Internet Access 02/28/2024 14:33 339340. | 1300.00 | 24179.17 |
| FEB 28 | TRANSFER 2   Internet Access 02/28/2024 14:34 339347. | 800.00 | 24979.17 |
| FEB 28 | EFT ACH Master  MerchPayout SV948662240369SD1300 | 792.75 | 25771.92 |
| FEB 28 | EFT ACH Master  MerchPayout SV948662240369SD1300 | 1065.87 | 26837.79 |
| FEB 28 | EFT ACH Master  MerchPayout SV948662240369SD1300 | 1574.72 | 28412.51 |
| FEB 29 | EFT ACH Master  ERBERT AND GERBEACH 240229 | -956.52 | 27455.99 |
| FEB 29 | EFT ACH Master  ERBERT AND GERBEACH 240229 | -890.75 | 26565.24 |
| FEB 29 | EFT ACH Master  ERBERT AND GERBEACH 240229 | -644.97 | 25920.27 |
| FEB 29 | EFT ACH Master  DoorDash, Inc. REd River | 97.85 | 26018.12 |
| FEB 29 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022824 | 413.39 | 26431.51 |
| FEB 29 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022824 | 320.54 | 26752.05 |
| FEB 29 | EFT ACH Master  5/3 BANKCARD SYSCOMB. DEP.022824 | 547.91 | 27299.96 |
| FEB 29 | EFT ACH Master  MerchPayout SV958662240369SD1300 | 1063.97 | 28363.93 |
| FEB 29 | EFT ACH Master  MerchPayout SV958662240369SD1300 | 487.49 | 28851.42 |
| FEB 29 | EFT ACH Master  MerchPayout SV958662240369SD1300 | 1084.47 | 29935.89 |
| ENDING BALANCE | | | 29,935.89 |

### Check Summary
*= break in check sequence*

| SD# | Date | Amount |
|---|---|---|
| 10780 | 02-26-24 | 114.28 |
| 13143 * | 02-15-24 | 799.07 |
| 13144 | 02-05-24 | 3314.75 |
| 13145 | 02-09-24 | 2350.00 |

### Check Summary
*= break in check sequence*

| SD# | Date | Amount |
|---|---|---|
| 13146 | 02-06-24 | 4125.94 |
| 13147 | 02-05-24 | 2104.16 |
| 13148 | 02-05-24 | 289.72 |

### Deposits, Dividends and Other Credits

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-01-2024 | 101.69 | 02-05-2024 | 246.38 | 02-06-2024 | 127.98 |
| 02-01-2024 | 783.44 | 02-05-2024 | 754.08 | 02-06-2024 | 591.90 |
| 02-01-2024 | 807.70 | 02-05-2024 | 386.39 | 02-06-2024 | 252.14 |
| 02-01-2024 | 464.71 | 02-05-2024 | 391.13 | 02-06-2024 | 755.68 |
| 02-01-2024 | 1373.40 | 02-05-2024 | 52.02 | 02-06-2024 | 754.29 |
| 02-01-2024 | 1110.83 | 02-05-2024 | 1304.71 | 02-07-2024 | 44.02 |
| 02-01-2024 | 807.05 | 02-05-2024 | 1933.93 | 02-07-2024 | 329.21 |
| 02-02-2024 | 67.14 | 02-05-2024 | 744.13 | 02-07-2024 | 522.59 |
| 02-02-2024 | 92.46 | 02-05-2024 | 1367.93 | 02-07-2024 | 247.48 |
| 02-02-2024 | 995.14 | 02-05-2024 | 1376.53 | 02-07-2024 | 780.34 |
| 02-02-2024 | 2469.59 | 02-05-2024 | 553.63 | 02-07-2024 | 874.86 |
| 02-02-2024 | 39.42 | 02-05-2024 | 374.16 | 02-07-2024 | 691.73 |
| 02-02-2024 | 37.61 | 02-05-2024 | 434.68 | 02-08-2024 | 90.89 |
| 02-02-2024 | 338.06 | 02-05-2024 | 321.37 | 02-08-2024 | 441.15 |
| 02-02-2024 | 499.94 | 02-05-2024 | 911.75 | 02-08-2024 | 558.25 |
| 02-02-2024 | 270.51 | 02-05-2024 | 615.11 | 02-08-2024 | 420.45 |
| 02-02-2024 | 1474.92 | 02-05-2024 | 215.26 | 02-08-2024 | 687.82 |
| 02-02-2024 | 839.61 | 02-06-2024 | 206.92 | 02-08-2024 | 837.93 |
| 02-05-2024 | 79.46 | 02-06-2024 | 286.91 | 02-09-2024 | 22.38 |
| 02-05-2024 | 310.47 | 02-06-2024 | 86.14 | 02-09-2024 | 30.35 |

- Continued -

DocuSign Envelope ID: 82B1021D-865D-4CDC-B2ED-A21B5527AD55

**First Community Credit Union**
310 10th St SE | PO Box 2150
Jamestown, ND 58401-280
myFCCU.com

Account Number: *****5797
Statement End Date: 02-29-24
Page: 7 of 8

| Deposits, Dividends and Other Credits ||
| Date | Amount |
| --- | --- |
| 02-09-2024 | 2535.94 |
| 02-09-2024 | 1310.63 |
| 02-09-2024 | 209.59 |
| 02-09-2024 | 892.36 |
| 02-09-2024 | 326.58 |
| 02-09-2024 | 703.52 |
| 02-09-2024 | 1367.69 |
| 02-09-2024 | 1654.51 |
| 02-12-2024 | 123.94 |
| 02-12-2024 | 751.85 |
| 02-12-2024 | 551.43 |
| 02-12-2024 | 412.73 |
| 02-12-2024 | 42.47 |
| 02-12-2024 | 231.07 |
| 02-12-2024 | 103.40 |
| 02-12-2024 | 1092.41 |
| 02-12-2024 | 856.86 |
| 02-12-2024 | 854.17 |
| 02-12-2024 | 1483.76 |
| 02-12-2024 | 1061.08 |
| 02-12-2024 | 499.31 |
| 02-12-2024 | 459.30 |
| 02-12-2024 | 660.83 |
| 02-12-2024 | 379.49 |
| 02-12-2024 | 1503.01 |
| 02-12-2024 | 177.61 |
| 02-13-2024 | 270.18 |
| 02-13-2024 | 142.13 |
| 02-13-2024 | 21.37 |
| 02-13-2024 | 213.15 |
| 02-13-2024 | 255.31 |
| 02-13-2024 | 244.48 |
| 02-13-2024 | 1100.00 |
| 02-13-2024 | 2400.00 |
| 02-13-2024 | 700.00 |
| 02-13-2024 | 447.42 |
| 02-13-2024 | 1373.58 |
| 02-14-2024 | 129.79 |
| 02-14-2024 | 307.10 |
| 02-14-2024 | 268.32 |
| 02-14-2024 | 325.04 |
| 02-14-2024 | 625.42 |
| 02-14-2024 | 605.60 |
| 02-14-2024 | 650.09 |
| 02-15-2024 | 114.83 |
| 02-15-2024 | 286.65 |
| 02-15-2024 | 539.41 |
| 02-15-2024 | 471.12 |
| 02-15-2024 | 1067.95 |

| Deposits, Dividends and Other Credits ||
| Date | Amount |
| --- | --- |
| 02-15-2024 | 1109.49 |
| 02-15-2024 | 743.72 |
| 02-16-2024 | 25.06 |
| 02-16-2024 | 8.86 |
| 02-16-2024 | 9.12 |
| 02-16-2024 | 919.56 |
| 02-16-2024 | 1924.73 |
| 02-16-2024 | 478.16 |
| 02-16-2024 | 579.78 |
| 02-16-2024 | 310.47 |
| 02-16-2024 | 807.81 |
| 02-16-2024 | 654.71 |
| 02-16-2024 | 1228.51 |
| 02-20-2024 | 109.00 |
| 02-20-2024 | 457.41 |
| 02-20-2024 | 562.45 |
| 02-20-2024 | 471.75 |
| 02-20-2024 | 403.02 |
| 02-20-2024 | 109.36 |
| 02-20-2024 | 340.55 |
| 02-20-2024 | 303.36 |
| 02-20-2024 | 224.24 |
| 02-20-2024 | 320.89 |
| 02-20-2024 | 1305.95 |
| 02-20-2024 | 932.40 |
| 02-20-2024 | 554.84 |
| 02-20-2024 | 780.41 |
| 02-20-2024 | 727.92 |
| 02-20-2024 | 753.00 |
| 02-20-2024 | 396.28 |
| 02-20-2024 | 385.84 |
| 02-20-2024 | 386.87 |
| 02-20-2024 | 1608.05 |
| 02-20-2024 | 668.11 |
| 02-20-2024 | 1479.98 |
| 02-20-2024 | 1112.73 |
| 02-20-2024 | 670.18 |
| 02-21-2024 | 163.78 |
| 02-21-2024 | 499.29 |
| 02-21-2024 | 153.14 |
| 02-21-2024 | 139.47 |
| 02-21-2024 | 57.51 |
| 02-21-2024 | 640.51 |
| 02-21-2024 | 234.33 |
| 02-21-2024 | 534.49 |
| 02-21-2024 | 939.77 |
| 02-21-2024 | 542.45 |
| 02-21-2024 | 592.68 |
| 02-22-2024 | 81.49 |

| Deposits, Dividends and Other Credits ||
| Date | Amount |
| --- | --- |
| 02-22-2024 | 320.44 |
| 02-22-2024 | 481.28 |
| 02-22-2024 | 528.95 |
| 02-22-2024 | 846.33 |
| 02-22-2024 | 660.08 |
| 02-22-2024 | 675.73 |
| 02-23-2024 | 141.52 |
| 02-23-2024 | 31.68 |
| 02-23-2024 | 954.02 |
| 02-23-2024 | 1798.05 |
| 02-23-2024 | 265.00 |
| 02-23-2024 | 855.68 |
| 02-23-2024 | 474.02 |
| 02-23-2024 | 1078.51 |
| 02-23-2024 | 910.03 |
| 02-23-2024 | 879.39 |
| 02-26-2024 | 338.17 |
| 02-26-2024 | 565.71 |
| 02-26-2024 | 296.76 |
| 02-26-2024 | 151.63 |
| 02-26-2024 | 786.59 |
| 02-26-2024 | 2141.66 |
| 02-26-2024 | 391.97 |
| 02-26-2024 | 294.20 |
| 02-26-2024 | 97.10 |
| 02-26-2024 | 619.20 |
| 02-26-2024 | 1306.44 |
| 02-26-2024 | 1063.51 |
| 02-26-2024 | 1517.83 |
| 02-26-2024 | 1029.79 |
| 02-26-2024 | 899.06 |
| 02-26-2024 | 623.39 |
| 02-26-2024 | 563.78 |
| 02-26-2024 | 471.56 |
| 02-26-2024 | 722.21 |
| 02-27-2024 | 383.94 |
| 02-27-2024 | 159.46 |
| 02-27-2024 | 117.99 |
| 02-27-2024 | 108.72 |
| 02-27-2024 | 154.26 |
| 02-27-2024 | 651.66 |
| 02-27-2024 | 648.69 |
| 02-28-2024 | 93.47 |
| 02-28-2024 | 343.67 |
| 02-28-2024 | 342.74 |
| 02-28-2024 | 273.35 |
| 02-28-2024 | 1600.00 |
| 02-28-2024 | 1300.00 |
| 02-28-2024 | 800.00 |

- Continued -

**FCCU First Community Credit Union**

310 10th St SE | PO Box 2180
Jamestown, ND 58401-280
myFCCU.com

| | |
|---|---|
| Account Number: | *****5797 |
| Statement End Date: | 02-29-24 |
| Page: | 8 of 8 |

| Deposits, Dividends and Other Credits ||
|---|---|
| Date | Amount |
| 02-28-2024 | 792.75 |
| 02-28-2024 | 1065.87 |
| 02-28-2024 | 1574.72 |
| 02-29-2024 | 97.85 |

| Deposits, Dividends and Other Credits ||
|---|---|
| Date | Amount |
| 02-29-2024 | 413.39 |
| 02-29-2024 | 320.54 |
| 02-29-2024 | 547.91 |
| 02-29-2024 | 1063.97 |

| Deposits, Dividends and Other Credits ||
|---|---|
| Date | Amount |
| 02-29-2024 | 487.49 |
| 02-29-2024 | 1084.47 |

| | | |
|---|---|---|
| **Total Dividends** | 0 | 0.00 |
| **Total Deposits and Other Credits** | 217 | 135043.89 |

| Withdrawals, Fees and Other Debits ||
|---|---|
| Date | Amount |
| 02-01-2024 | -15.00 |
| 02-01-2024 | -929.53 |
| 02-01-2024 | -993.24 |
| 02-01-2024 | -664.64 |
| 01-31-2024 | -283.62 |
| 02-01-2024 | -100.00 |
| 02-02-2024 | -906.80 |
| 02-02-2024 | -4372.76 |
| 02-02-2024 | -477.00 |
| 02-02-2024 | -340.00 |
| 02-02-2024 | -534.51 |
| 02-02-2024 | -395.12 |
| 02-02-2024 | -753.48 |
| 02-02-2024 | -788.93 |
| 02-02-2024 | -130.00 |
| 02-02-2024 | -130.00 |
| 02-02-2024 | -130.00 |
| 02-02-2024 | -130.00 |
| 02-05-2024 | -161.25 |
| 02-05-2024 | -2.10 |
| 02-05-2024 | -3169.66 |
| 02-05-2024 | -365.00 |
| 02-05-2024 | -1397.41 |
| 02-05-2024 | -488.00 |

| Withdrawals, Fees and Other Debits ||
|---|---|
| Date | Amount |
| 02-05-2024 | -488.00 |
| 02-05-2024 | -488.00 |
| 02-05-2024 | -545.29 |
| 01-31-2024 | -482.35 |
| 01-31-2024 | -423.18 |
| 01-31-2024 | -65.50 |
| 01-31-2024 | -190.68 |
| 01-31-2024 | -462.31 |
| 02-07-2024 | -328.86 |
| 02-08-2024 | -1076.33 |
| 02-08-2024 | -1059.73 |
| 02-08-2024 | -523.11 |
| 02-09-2024 | -635.46 |
| 02-13-2024 | -14746.72 |
| 02-13-2024 | -4100.53 |
| 02-13-2024 | -6066.32 |
| 02-13-2024 | -2005.17 |
| 02-13-2024 | -3768.74 |
| 02-15-2024 | -750.07 |
| 02-16-2024 | -801.88 |
| 02-16-2024 | -4044.51 |
| 02-16-2024 | -266.42 |
| 02-16-2024 | -339.58 |
| 02-16-2024 | -191.60 |

| Withdrawals, Fees and Other Debits ||
|---|---|
| Date | Amount |
| 02-16-2024 | -65.00 |
| 02-16-2024 | -1015.05 |
| 02-16-2024 | -953.12 |
| 02-16-2024 | -526.80 |
| 02-16-2024 | -363.32 |
| 02-20-2024 | -2377.19 |
| 02-20-2024 | -4620.50 |
| 02-20-2024 | -3255.65 |
| 02-20-2024 | -423.00 |
| 02-22-2024 | -898.64 |
| 02-22-2024 | -867.21 |
| 02-22-2024 | -672.41 |
| 02-22-2024 | -852.80 |
| 02-22-2024 | -3997.00 |
| 02-23-2024 | -462.15 |
| 02-26-2024 | -324.07 |
| 02-27-2024 | -14257.98 |
| 02-27-2024 | -5065.15 |
| 02-27-2024 | -2967.95 |
| 02-27-2024 | -1806.53 |
| 02-29-2024 | -956.52 |
| 02-29-2024 | -890.75 |
| 02-29-2024 | -644.97 |

| | | |
|---|---|---|
| **Total Fees** | 1 | -15.00 |
| **Total withdrawal and Other Debits** | 70 | -109757.15 |

### Dividend Summary

| Account Number | New Balance | Dividends YTD |
|---|---|---|
| 1 | 0.00 | 0.00 |
| 2 | 29,935.89 | 0.00 |
| Total Dividends YTD: | **$0.00** | |

*- End of Statement -*