# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>RED RIVER SUBS, INC D/BA/ ERBERT AND GERBERT S FARGO, D/B/A ERBERT AND GERBERT S BISMARCK, D/B/A ERBERT AND GERBERT S MOORHEAD | CASE NO: 24-30010<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11 |

On 3/29/2024, I did cause a copy of the following documents, described below,

Notice and First Interim Fee Application Thomas Kapusta Subchapter V Trustee

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/29/2024

/s/ Thomas Kapusta
Thomas Kapusta
Subchapter V Trustee

PO Box 90624
Sioux Falls, SD  57109
605 376 6715
tkapusta@aol.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 24-30010 |
|---|---|
| RED RIVER SUBS, INC D/BA/ ERBERT AND GERBERT S FARGO, D/B/A ERBERT AND GERBERT S BISMARCK, D/B/A ERBERT AND GERBERT S MOORHEAD | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 3/29/2024, a copy of the following documents, described below,

Notice and First Interim Fee Application Thomas Kapusta Subchapter V Trustee

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/29/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Kapusta

PO Box 90624
Sioux Falls, SD  57109

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | UNDELIVERABLE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-30010<br>DISTRICT OF NORTH DAKOTA<br>THU MAR 28 13-2-17 PST 2024 | 931 ON 9TH  LLC | DFI 300 BROADWAY  LLC<br>ATTN  CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO  ND 58107-1389 |
| EXCLUDE<br>~~(U)EG FRANCHISE SYSTEMS INC~~ | PROVIDENT PARTNERS  LLC<br>PO BOX 9377<br>FARGO  ND 58106-9377 | DEBTOR<br>RED RIVER SUBS  INC<br>300 BROADWAY N<br>FARGO  ND 58102-4709 |
| EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~655 1ST AVENUE NORTH  SUITE 210~~<br>~~FARGO  ND 58102-4932~~ | 931 ON 9TH  LLC<br>CO ALEXANDER S KELSCH<br>KELSCH RUFF KRANDA NAGLE  LUDWIG<br>PO BOX 1266<br>MANDAN  ND 58554-7266 | 931 ON 9TH  LLC<br>4007 STATE ST STE 10<br>BISMARCK  ND 58503-0689 |
| ARAMARK SERVICES  INC<br>5880 NOLENSVILLE PIKE<br>NASHVILLE  TN 37211-6502 | ARAMARK SERVICES  INC<br>CO C T CORPORATION SYSTEM<br>120 W SWEET AVE<br>BISMARCK  ND 58504-5566 | AVENUE RIGHT  INC<br>15 BROADWAY N SUITE 301<br>FARGO  ND 58102-4907 |
| AVENUE RIGHT  INC<br>CO KAREN WHITE<br>15 BROADWAY N SUITE 301<br>FARGO  ND 58102-4907 | COCA COLA BOTTLING COMPANY HIGH COUNTRY<br>2150 COCA COLA LANE<br>RAPID CITY  SD 57702-9358 | DFI 300 BROADWAY LLC<br>210 BROADWAY N SUITE 300<br>FARGO  ND 58102-4771 |
| DFI 300 BROADWAY LLC<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND  58107-1389 | E  G FRANCHISE SYSTEMS  INC<br>800 WISCONSIN ST MAILBOX 74BDLG D2<br>SUITE 315<br>EAU CLAIRE  WI 54703-3611 | EG FRANCHISE SYSTEMS INC<br>CO JOHN M KRINGS  JR<br>KALER DOELING  PLLP<br>PO BOX 9231<br>FARGO  ND 58106-9231 |
| FIRST COMMUNITY CREDIT UNION<br>310 10TH ST SE<br>JAMESTOWN  ND 58401-5555 | INSTANT CHECKMATE  LLC<br>3111 CAMINO DEL RIO N SUITE 400<br>SAN DIEGO  CA 92108-5724 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| MIDCO<br>ATTN LEGAL<br>4020 CAYMAN ST<br>SIOUX FALLS  SD 57107-0181 | MIDCONTINENT COMMUNICATIONS<br>3901 N LOUISE AVE<br>SIOUX FALLS  SD 57107-0112 | MIDWEST COMMUNICATIONS  INC<br>904 GRAND AVE<br>WAUSAU  WI 54403-6420 |
| MIDWEST COMMUNICATIONS  INC<br>CO C T CORPORATION SYSTEM<br>120 W SWEET AVE<br>BISMARCK  ND 58504-5566 | MIKE ALLMENDINGER<br>210 BROADWAY N SUITE 300<br>FARGO  ND 58102-4771 | MINNESOTA DEPARTMENT OF REVENUE<br>600 ROBERT ST N<br>SAINT PAUL  MN 55146-1176 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
MONTANA DAKOTA UTILITIES CO          (P)MONTANA DAKOTA UTILITIES CO    (P)MOORHEAD PUBLIC SERVICE
CO C T CORPORATION SYSTEM            PO BOX 5600                       PO BOX 779
120 W SWEET AVE                      BISMARK ND 58506-5600             MOORHEAD MN 56561-0779
BISMARCK   ND 58504-5566


MR SQUEEGEE WINDOW CLEANING  INC     MR SQUEEGEE WINDOW CLEANING  INC  NORTH DAKOTA OFFICE OF STATE TAX
3332 FRANKLIN AVE STE 3              CO MATTHEW LIUDAHL                COMMISS
BISMARCK   ND 58503-7503             5312 SHOAL DR PO BOX 49           600 E BOULEVARD AVE DEPT 127
                                     BISMARCK   ND 58502-0049          BISMARCK   ND 58505-0602


NORTHSTAR PLUMBING LLC               PLUNKETTS PEST CONTROL  INC       PLUNKETTS PEST CONTROL  INC
3039 RIDGE DR E                      40 NE 52ND WAY                    CO C T CORPORATION SYSTEM
WEST FARGO   ND 58078-7803           MINNEAPOLIS   MN 55421-1014       120 W SWEET AVE
                                                                       BISMARCK   ND 58504-5566


PROVIDENT PARTNERS   LLC             PROVIDENT PARTNERS   LLC          PUNCHH
7226 MAPLE LANE                      CO MICHAEL L GUST                 1875 S GRANT ST 810
HORACE   ND 58047-4711               ABST LAW  PC                      SAN MATEO   CA 94402-7048
                                     4132 30TH AVENUE SOUTH  SUITE 100
                                     FARGO   ND 58104-8407


RED RIVER REFRIGERATION  INC         REVEL SYSTEMS                     SARAH J WENCIL
160 8TH AVENUE NW                    88 1ST STREET 2ND FLOOR           OFFICE OF THE US TRUSTEE
WEST FARGO   ND 58078-1048           SAN FRANCISCO   CA 94105-2506     SUITE 1015 US COURTHOUSE
                                                                       300 SOUTH FOURTH ST
                                                                       MINNEAPOLIS   MN 55415-1320


SYSCO CORPORATION                    SYSCO CORPORATION                 TR LOCK LLC
1390 ENCLAVE PKWY                    CO CORPORATION SERVICE COMPANY    CO ANTHONY LYLE BUNNIS
HOUSTON   TX 77077-2099              418 N 2ND ST                      1001 23RD ST S STE D
                                     BISMARCK   ND 58501-3826          FARGO   ND 58103-2952


TR LOCK LLC                          TODD BEEDY                        TRITON IMAGING SYSTEMS
DBA LYNN JOHNSON LOCK  KEY SERVICE   4434 4TH ST S                     175 SHORELINE CT
1001 23RD ST S STE D                 MOORHEAD   MN 56560-6750          RICHMOND   CA 94804-7434
FARGO   ND 58103-2952


WEST CENTRAL INITIATIVE              WESTWOOD MANAGEMENT   LLC         WILLIAMS  SCHILLER  PC
1000 WESTERN AVENUE                  1022 VALLEY ST                    708 W SUPERIOR ST SUITE A
FERGUS FALLS   MN 56537-4805         WAHPETON   ND 58075-3710          SANDPOINT   ID 83864-1633


                                                CANADA
WILLIAMS  SCHILLER  PC               EMEDIA NETWORKS  INC              MAURICE VERSTANDIG
CO MARK SCHILLER  REGISTERED AGENT   1917 W 4TH AVE                    THE DAKOTA BANKRUPTCY FIRM
4631 40TH AVE S 150                  BOX 503 VANCOUVER  BC V6J 1M7  CANADA  1630 1ST AVENUE N
FARGO   ND 58104-4441                                                  SUITE B PMB 24
                                                                       FARGO   ND 58102-4246
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ROBERT B RASCHKE                    THOMAS KAPUSTA
ASSISTANT US TRUSTEE                PO BOX 90624
SUITE 1015 US COURTHOUSE            SIOUX FALLS  SD 57109-0624
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320
```