|  | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 |
|---|---|---|---|---|---|
| Moorhead | $52,343.08 | $63,049.90 | $57,917.28 | $49,737.41 | $60,262.08 |
| South | $37,976.30 | $46,667.25 | $51,586.63 | $51,375.16 | $56,416.83 |
| Broadway | $29,438.73 | $40,126.09 | $34,463.59 | $35,085.81 | $39,484.14 |
| Total Sales | $119,758.11 | $149,843.24 | $143,967.49 | $136,198.38 | $156,163.04 |
|  |  |  |  |  |  |
| Sysco | $34,131.06 | $42,705.32 | $41,030.74 | $38,816.54 | $44,506.47 |
| Coke | $3,592.74 | $3,746.08 | $3,599.19 | $3,404.96 | $3,904.08 |
| Dacotah Paper | $1,796.37 | $2,247.65 | $2,159.51 | $2,042.98 | $2,342.45 |
| TOTAL FOOD | $39,520.18 | $48,699.05 | $46,789.44 | $44,264.47 | $50,752.99 |
|  |  |  |  |  |  |
| Payroll | $29,939.53 | $35,962.38 | $35,991.87 | $34,049.59 | $37,479.13 |
| Payroll Tax | $7,484.88 | $8,990.59 | $8,997.97 | $8,512.40 | $9,369.78 |
| Medical | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| WCI | $324.00 | $324.00 | $324.00 | $324.00 | $324.00 |
| UI | $383.00 | $383.00 | $383.00 | $383.00 | $383.00 |
| TOTAL LABOR | $40,631.41 | $48,159.97 | $48,196.84 | $45,768.99 | $50,055.91 |
|  |  |  |  |  |  |
| Rent | $9,790.19 | $9,790.19 | $9,790.19 | $9,790.19 | $9,790.19 |
| Utilities | $2,700.00 | $2,500.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| Phone | $795.81 | $795.81 | $795.81 | $795.81 | $795.81 |
| Supplies | $2,395.16 | $4,495.30 | $4,319.02 | $4,085.95 | $4,684.89 |
| Repairs | $1,000.00 | $5,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 | $390.00 | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| DoorDash | $5,987.91 | $7,492.16 | $7,198.37 | $6,809.92 | $7,808.15 |
| Insurance | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 | $161.25 | $161.25 | $161.25 |
| Delivery Expense | $1,782.00 | $1,944.00 | $1,765.50 | $1,380.00 | $1,813.50 |
| Royalty | $9,580.65 | $11,987.46 | $11,517.40 | $10,895.87 | $12,493.04 |
| CC Fees | $3,592.74 | $4,495.30 | $4,319.02 | $4,085.95 | $4,684.89 |
| Total Expense | $122,872.30 | $150,455.49 | $143,487.85 | $135,673.41 | $150,675.63 |
| Income/Loss | -$3,114.19 | -$612.25 | $479.64 | $524.97 | $5,487.41 |
|  |  |  |  |  |  |
| Sales Tax MN | $4,124.63 | $4,968.33 | $4,563.88 | $3,919.31 | $4,748.65 |
| Sales Tax ND | $5,056.13 | $6,509.50 | $6,453.77 | $6,484.57 | $7,192.57 |

|  | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 |
|---|---|---|---|---|---|
| Moorhead | $58,148.78 | $68,081.48 | $58,609.50 | $52,008.47 | $50,748.32 |
| South | $51,408.55 | $53,944.53 | $50,372.47 | $55,403.10 | $57,031.37 |
| Broadway | $39,801.89 | $45,296.58 | $36,258.23 | $35,102.66 | $35,577.57 |
| Total Sales | $149,359.21 | $167,322.59 | $145,240.20 | $142,514.23 | $143,357.26 |
|  |  |  |  |  |  |
| Sysco | $42,567.38 | $47,686.94 | $41,393.46 | $40,616.55 | $40,856.82 |
| Coke | $3,733.98 | $4,183.06 | $3,631.01 | $3,562.86 | $3,583.93 |
| Dacotah Paper | $2,240.39 | $2,509.84 | $2,178.60 | $2,137.71 | $2,150.36 |
| TOTAL FOOD | $48,541.74 | $54,379.84 | $47,203.07 | $46,317.12 | $46,591.11 |
|  |  |  |  |  |  |
| Payroll | $35,846.21 | $40,157.42 | $36,310.05 | $36,341.13 | $35,839.31 |
| Payroll Tax | $8,961.55 | $10,039.36 | $9,077.51 | $9,085.28 | $8,959.83 |
| Medical | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| WCI | $324.00 | $324.00 | $324.00 | $324.00 | $324.00 |
| UI | $383.00 | $383.00 | $383.00 | $383.00 | $383.00 |
| TOTAL LABOR | $48,014.76 | $53,403.78 | $48,594.56 | $48,633.41 | $48,006.14 |
|  |  |  |  |  |  |
| Rent | $9,790.19 | $9,790.19 | $9,790.19 | $9,790.19 | $9,790.19 |
| Utilities | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 | $2,700.00 |
| Phone | $795.81 | $795.81 | $795.81 | $795.81 | $795.81 |
| Supplies | $4,480.78 | $5,019.68 | $4,357.21 | $4,275.43 | $4,300.72 |
| Repairs | $1,000.00 | $3,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 | $390.00 | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| DoorDash | $7,467.96 | $10,457.66 | $9,077.51 | $8,907.14 | $8,959.83 |
| Insurance | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 | $161.25 | $161.25 | $161.25 |
| Delivery Expense | $1,732.50 | $1,978.50 | $1,705.50 | $1,660.50 | $1,536.00 |
| Royalty | $11,948.74 | $13,385.81 | $11,619.22 | $11,401.14 | $11,468.58 |
| CC Fees | $4,480.78 | $5,019.68 | $4,357.21 | $4,275.43 | $4,300.72 |
| Total Expense | $145,049.51 | $164,027.19 | $145,296.52 | $143,852.42 | $143,545.35 |
| Income/Loss | $4,309.70 | $3,295.40 | -$56.32 | -$1,338.19 | -$188.09 |
|  |  |  |  |  |  |
| Sales Tax MN | $4,582.12 | $5,364.82 | $4,618.43 | $4,098.27 | $3,998.97 |
| Sales Tax ND | $6,840.78 | $7,443.08 | $6,497.30 | $6,787.93 | $6,945.67 |

|  | Feb-25 | Mar-25 |
|---|---|---|
| Moorhead | $51,310.18 | $49,312.10 |
| South | $50,610.51 | $49,745.83 |
| Broadway | $33,747.16 | $31,839.54 |
| Total Sales | $135,667.85 | $130,897.47 |
|  |  |  |
| Sysco | $38,665.34 | $37,305.78 |
| Coke | $3,391.70 | $3,272.44 |
| Dacotah Paper | $2,035.02 | $1,963.46 |
| TOTAL FOOD | $44,092.05 | $42,541.68 |
|  |  |  |
| Payroll | $33,916.96 | $32,724.37 |
| Payroll Tax | $8,479.24 | $8,181.09 |
| Medical | $2,500.00 | $2,500.00 |
| WCI | $324.00 | $324.00 |
| UI | $383.00 | $383.00 |
| TOTAL LABOR | $45,603.20 | $44,112.46 |
|  |  |  |
| Rent | $9,790.19 | $9,790.19 |
| Utilities | $2,700.00 | $2,700.00 |
| Phone | $795.81 | $795.81 |
| Supplies | $4,070.04 | $3,926.92 |
| Repairs | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 |
| DoorDash | $8,479.24 | $8,181.09 |
| Insurance | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 |
| Delivery Expense | $1,392.00 | $1,333.50 |
| Royalty | $10,853.43 | $10,471.80 |
| CC Fees | $4,070.04 | $3,926.92 |
| Total Expense | $136,942.25 | $132,876.62 |
| Income/Loss | -$1,274.39 | -$1,979.16 |
|  |  |  |
| Sales Tax MN | $4,043.24 | $3,885.79 |
| Sales Tax ND | $6,326.83 | $6,118.90 |

|  | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 |
|---|---|---|---|---|---|
| Moorhead | 53,651.66 | 64,626.15 | 59,365.21 | 50,980.85 | 61,768.63 |
| South | 38,925.70 | 47,833.93 | 52,876.29 | 52,659.53 | 57,827.25 |
| Broadway | 30,174.70 | 41,129.24 | 35,325.18 | 35,962.96 | 40,471.24 |
| Total Sales | 122,752.06 | 153,589.32 | 147,566.68 | 139,603.34 | 160,067.12 |
|  |  |  |  |  |  |
| Sysco | $34,984.34 | $43,772.96 | $42,056.50 | $39,786.95 | $45,619.13 |
| Coke | $3,682.56 | $4,607.68 | $4,427.00 | $4,188.10 | $4,802.01 |
| Dacotah Paper | $1,841.28 | $2,303.84 | $2,213.50 | $2,094.05 | $2,401.01 |
| TOTAL FOOD | $40,508.18 | $50,684.47 | $48,697.00 | $46,069.10 | $52,822.15 |
|  |  |  |  |  |  |
| Payroll | $30,688.02 | $38,397.33 | $36,891.67 | $34,900.83 | $40,016.78 |
| Payroll Tax | $7,672.00 | $9,599.33 | $9,222.92 | $8,725.21 | $10,004.19 |
| Medical | $2,650.00 | $2,650.00 | $2,650.00 | $2,650.00 | $2,650.00 |
| WCI | $324.00 | $324.00 | $324.00 | $324.00 | $324.00 |
| UI | $383.00 | $383.00 | $383.00 | $383.00 | $383.00 |
| TOTAL LABOR | $41,717.02 | $51,353.66 | $49,471.59 | $46,983.04 | $53,377.97 |
|  |  |  |  |  |  |
| Rent | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Utilities | $2,754.00 | $2,550.00 | $2,754.00 | $2,754.00 | $2,754.00 |
| Phone | $795.81 | $795.81 | $795.81 | $795.81 | $795.81 |
| Supplies | $2,455.04 | $3,071.79 | $2,951.33 | $2,792.07 | $3,201.34 |
| Repairs | $1,000.00 | $5,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 | $390.00 | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| DoorDash | $6,137.60 | $7,679.47 | $7,378.33 | $6,980.17 | $8,003.36 |
| Insurance | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 | $161.25 | $161.25 | $161.25 |
| Royalty | $9,820.16 | $12,287.15 | $11,805.33 | $11,168.27 | $12,805.37 |
| Delivery Expense | $1,782.00 | $1,944.00 | $1,765.50 | $1,380.00 | $1,813.50 |
| CC Fees | $3,682.56 | $4,607.68 | $4,427.00 | $4,188.10 | $4,802.01 |
| Total Expense | $124,748.63 | $154,070.27 | $145,142.15 | $138,206.81 | $155,471.77 |
| Income/Loss | -$1,996.57 | -$480.96 | $2,424.53 | $1,396.53 | $4,595.35 |
|  |  |  |  |  |  |
| Sales Tax MN | $4,227.75 | $5,092.54 | $4,677.98 | $4,017.29 | $4,867.37 |
| Sales Tax ND | $5,182.53 | $6,672.24 | $6,615.11 | $6,646.69 | $7,372.39 |

|  | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 |
|---|---|---|---|---|---|
| Moorhead | 59,602.50 | 69,783.52 | 60,074.74 | 53,308.68 | 52,017.03 |
| South | 52,693.76 | 55,293.14 | 51,631.78 | 56,788.18 | 58,457.15 |
| Broadway | 40,796.94 | 46,428.99 | 37,164.69 | 35,980.22 | 36,467.01 |
| Total Sales | 153,093.19 | 171,505.65 | 148,871.21 | 146,077.08 | 146,941.19 |
|  |  |  |  |  |  |
| Sysco | $43,631.56 | $48,879.11 | $42,428.29 | $41,631.97 | $41,878.24 |
| Coke | $4,592.80 | $5,145.17 | $4,466.14 | $4,382.31 | $4,408.24 |
| Dacotah Paper | $2,296.40 | $2,572.58 | $2,233.07 | $2,191.16 | $2,204.12 |
| TOTAL FOOD | $50,520.75 | $56,596.87 | $49,127.50 | $48,205.44 | $48,490.59 |
|  |  |  |  |  |  |
| Payroll | $38,273.30 | $42,876.41 | $37,217.80 | $36,519.27 | $36,735.30 |
| Payroll Tax | $9,568.32 | $10,719.10 | $9,304.45 | $9,129.82 | $9,183.82 |
| Medical | $2,650.00 | $2,650.00 | $2,650.00 | $2,650.00 | $2,650.00 |
| WCI | $324.00 | $324.00 | $324.00 | $324.00 | $324.00 |
| UI | $383.00 | $383.00 | $383.00 | $383.00 | $383.00 |
| TOTAL LABOR | $51,198.62 | $56,952.52 | $49,879.25 | $49,006.09 | $49,276.12 |
|  |  |  |  |  |  |
| Rent | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Utilities | $2,754.00 | $2,754.00 | $2,754.00 | $2,754.00 | $2,754.00 |
| Phone | $795.81 | $795.81 | $795.81 | $795.81 | $795.81 |
| Supplies | $3,061.86 | $3,430.11 | $2,977.42 | $2,921.54 | $2,938.82 |
| Repairs | $1,000.00 | $3,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 | $390.00 | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| DoorDash | $7,654.66 | $8,575.28 | $7,443.56 | $7,303.85 | $7,347.06 |
| Insurance | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 | $161.25 | $161.25 | $161.25 |
| Royalty | $12,247.46 | $13,720.45 | $11,909.70 | $11,686.17 | $11,755.30 |
| Delivery Expense | $1,732.50 | $1,978.50 | $1,705.50 | $1,660.50 | $1,536.00 |
| CC Fees | $4,592.80 | $5,145.17 | $4,466.14 | $4,382.31 | $4,408.24 |
| Total Expense | $149,654.71 | $167,044.96 | $146,155.13 | $143,811.96 | $144,398.19 |
| Income/Loss | $3,438.48 | $4,460.69 | $2,716.08 | $2,265.12 | $2,543.00 |
|  |  |  |  |  |  |
| Sales Tax MN | $4,696.68 | $5,498.94 | $4,733.89 | $4,200.72 | $4,098.94 |
| Sales Tax ND | $7,011.80 | $7,629.16 | $6,659.74 | $6,957.63 | $7,119.31 |

|  | Feb-26 | Mar-26 |
|---|---|---|
| Moorhead | 52,592.93 | 50,544.90 |
| South | 51,875.78 | 50,989.47 |
| Broadway | 34,590.84 | 32,635.53 |
| Total Sales | 139,059.55 | 134,169.90 |
|  |  |  |
| Sysco | $39,631.97 | $38,238.42 |
| Coke | $4,171.79 | $4,025.10 |
| Dacotah Paper | $2,085.89 | $2,012.55 |
| TOTAL FOOD | $45,889.65 | $44,276.07 |
|  |  |  |
| Payroll | $34,764.89 | $33,542.48 |
| Payroll Tax | $8,691.22 | $8,385.62 |
| Medical | $2,650.00 | $2,650.00 |
| WCI | $324.00 | $324.00 |
| UI | $383.00 | $383.00 |
| TOTAL LABOR | $46,813.11 | $45,285.10 |
|  |  |  |
| Rent | $10,000.00 | $10,000.00 |
| Utilities | $2,754.00 | $2,754.00 |
| Phone | $795.81 | $795.81 |
| Supplies | $2,781.19 | $2,683.40 |
| Repairs | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 |
| DoorDash | $6,952.98 | $6,708.50 |
| Insurance | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 |
| Royalty | $11,124.76 | $10,733.59 |
| Delivery Expense | $1,392.00 | $1,333.50 |
| CC Fees | $4,171.79 | $4,025.10 |
| Total Expense | $137,771.54 | $133,691.31 |
| Income/Loss | $1,288.01 | $478.60 |
|  |  |  |
| Sales Tax MN | $4,144.32 | $3,982.94 |
| Sales Tax ND | $6,485.00 | $6,271.88 |

|  | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 |
|---|---|---|---|---|---|
| Moorhead | $54,992.95 | $66,241.80 | $60,849.34 | $52,255.37 | $63,312.85 |
| South | $39,898.84 | $49,029.78 | $54,198.20 | $53,976.02 | $59,272.93 |
| Broadway | $30,929.07 | $42,157.47 | $36,208.31 | $36,862.03 | $41,483.02 |
| Total Sales | $125,820.86 | $157,429.05 | $151,255.85 | $143,093.42 | $164,068.80 |
|  |  |  |  |  |  |
| Sysco | $35,858.95 | $44,867.28 | $43,107.92 | $40,781.63 | $46,759.61 |
| Coke | $3,585.89 | $4,486.73 | $4,310.79 | $4,078.16 | $4,675.96 |
| Dacotah Paper | $1,887.31 | $2,361.44 | $2,268.84 | $2,146.40 | $2,461.03 |
| TOTAL FOOD | $41,332.15 | $51,715.44 | $49,687.55 | $47,006.19 | $53,896.60 |
|  |  |  |  |  |  |
| Payroll | $31,455.22 | $39,357.26 | $37,813.96 | $35,773.36 | $41,017.20 |
| Payroll Tax | $7,863.80 | $9,839.32 | $9,453.49 | $8,943.34 | $10,254.30 |
| Medical | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 |
| WCI | $324.00 | $324.00 | $324.00 | $324.00 | $324.00 |
| UI | $383.00 | $383.00 | $383.00 | $383.00 | $383.00 |
| TOTAL LABOR | $42,826.02 | $52,703.58 | $50,774.45 | $48,223.69 | $54,778.50 |
|  |  |  |  |  |  |
| Rent | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Utilities | $2,809.08 | $2,601.00 | $2,809.08 | $2,809.08 | $2,809.08 |
| Phone | $795.81 | $795.81 | $795.81 | $795.81 | $795.81 |
| Supplies | $2,516.42 | $3,148.58 | $3,025.12 | $2,861.87 | $3,281.38 |
| Repairs | $1,000.00 | $3,500.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 | $390.00 | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| DoorDash | $6,291.04 | $7,871.45 | $7,562.79 | $7,154.67 | $8,203.44 |
| Insurance | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 | $161.25 | $161.25 | $161.25 |
| Royalty | $10,065.67 | $12,594.32 | $12,100.47 | $11,447.47 | $13,125.50 |
| Delivery Expense | $1,782.00 | $1,944.00 | $1,765.50 | $1,380.00 | $1,813.50 |
| CC Fees | $3,774.63 | $4,722.87 | $4,537.68 | $4,292.80 | $4,922.06 |
| Total Expense | $127,289.07 | $155,693.31 | $148,154.69 | $141,067.84 | $158,722.12 |
| Income/Loss | -$1,468.21 | $1,735.74 | $3,101.16 | $2,025.58 | $5,346.67 |
|  |  |  |  |  |  |
| Sales Tax MN | $4,333.44 | $5,219.85 | $4,794.93 | $4,117.72 | $4,989.05 |
| Sales Tax ND | $5,312.09 | $6,839.04 | $6,780.49 | $6,812.85 | $7,556.70 |

|  | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 |
|---|---|---|---|---|---|
| Moorhead | $61,092.56 | $71,528.10 | $61,576.61 | $54,641.40 | $53,317.45 |
| South | $54,011.10 | $56,675.47 | $52,922.58 | $58,207.89 | $59,918.58 |
| Broadway | $41,816.86 | $47,589.72 | $38,093.81 | $36,879.73 | $37,378.68 |
| Total Sales | $156,920.52 | $175,793.29 | $152,592.99 | $149,729.01 | $150,614.72 |
|  |  |  |  |  |  |
| Sysco | $44,722.35 | $50,101.09 | $43,489.00 | $42,672.77 | $42,925.20 |
| Coke | $4,472.23 | $5,010.11 | $4,348.90 | $4,267.28 | $4,292.52 |
| Dacotah Paper | $2,353.81 | $2,636.90 | $2,288.89 | $2,245.94 | $2,259.22 |
| TOTAL FOOD | $51,548.39 | $57,748.10 | $50,126.80 | $49,185.98 | $49,476.94 |
|  |  |  |  |  |  |
| Payroll | $39,230.13 | $43,948.32 | $38,148.25 | $37,432.25 | $37,653.68 |
| Payroll Tax | $9,807.53 | $10,987.08 | $9,537.06 | $9,358.06 | $9,413.42 |
| Medical | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 |
| WCI | $324.00 | $324.00 | $324.00 | $324.00 | $324.00 |
| UI | $383.00 | $383.00 | $383.00 | $383.00 | $383.00 |
| TOTAL LABOR | $52,544.66 | $58,442.40 | $51,192.31 | $50,297.32 | $50,574.10 |
|  |  |  |  |  |  |
| Rent | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Utilities | $2,809.08 | $2,809.08 | $2,809.08 | $2,809.08 | $2,809.08 |
| Phone | $795.81 | $795.81 | $795.81 | $795.81 | $795.81 |
| Supplies | $3,138.41 | $3,515.87 | $3,051.86 | $2,994.58 | $3,012.29 |
| Repairs | $1,000.00 | $3,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 | $390.00 | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| DoorDash | $7,846.03 | $8,789.66 | $7,629.65 | $7,486.45 | $7,530.74 |
| Insurance | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 | $161.25 | $161.25 | $161.25 |
| Royalty | $12,553.64 | $14,063.46 | $12,207.44 | $11,978.32 | $12,049.18 |
| Delivery Expense | $1,732.50 | $1,978.50 | $1,705.50 | $1,660.50 | $1,536.00 |
| CC Fees | $4,707.62 | $5,273.80 | $4,577.79 | $4,491.87 | $4,518.44 |
| Total Expense | $152,772.39 | $170,512.93 | $149,192.48 | $146,796.16 | $147,398.83 |
| Income/Loss | $4,148.13 | $5,280.36 | $3,400.50 | $2,932.85 | $3,215.90 |
|  |  |  |  |  |  |
| Sales Tax MN | $4,814.09 | $5,636.41 | $4,852.24 | $4,305.74 | $4,201.42 |
| Sales Tax ND | $7,187.10 | $7,819.89 | $6,826.23 | $7,131.57 | $7,297.30 |

|  | Feb-27 | Mar-27 |
|---|---|---|
| Moorhead | $53,907.76 | $51,808.53 |
| South | $53,172.67 | $52,264.21 |
| Broadway | $35,455.61 | $33,451.42 |
| Total Sales | $142,536.04 | $137,524.15 |
|  |  |  |
| Sysco | $40,622.77 | $39,194.38 |
| Coke | $4,062.28 | $3,919.44 |
| Dacotah Paper | $2,138.04 | $2,062.86 |
| TOTAL FOOD | $46,823.09 | $45,176.68 |
|  |  |  |
| Payroll | $35,634.01 | $34,381.04 |
| Payroll Tax | $8,908.50 | $8,595.26 |
| Medical | $2,800.00 | $2,800.00 |
| WCI | $324.00 | $324.00 |
| UI | $383.00 | $383.00 |
| TOTAL LABOR | $48,049.51 | $46,483.30 |
|  |  |  |
| Rent | $10,000.00 | $10,000.00 |
| Utilities | $2,809.08 | $2,809.08 |
| Phone | $795.81 | $795.81 |
| Supplies | $2,850.72 | $2,750.48 |
| Repairs | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 |
| DoorDash | $7,126.80 | $6,876.21 |
| Insurance | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 |
| Royalty | $11,402.88 | $11,001.93 |
| Delivery Expense | $1,392.00 | $1,333.50 |
| CC Fees | $4,276.08 | $4,125.72 |
| Total Expense | $140,622.23 | $136,448.97 |
| Income/Loss | $1,913.81 | $1,075.18 |
|  |  |  |
| Sales Tax MN | $4,247.93 | $4,082.51 |
| Sales Tax ND | $6,647.12 | $6,428.67 |

|  | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 |
|---|---|---|---|---|---|
| Moorhead | $56,367.77 | $67,897.85 | $62,370.58 | $53,561.75 | $64,895.67 |
| South | $40,896.32 | $50,255.52 | $55,553.15 | $55,325.42 | $60,754.75 |
| Broadway | $31,702.30 | $43,211.41 | $37,113.51 | $37,783.58 | $42,520.10 |
| Total Sales | $128,966.39 | $161,364.78 | $155,037.24 | $146,670.76 | $168,170.52 |
|  |  |  |  |  |  |
| Sysco | $36,755.42 | $45,988.96 | $44,185.61 | $41,801.17 | $47,928.60 |
| Coke | $3,740.03 | $4,679.58 | $4,496.08 | $4,253.45 | $4,876.94 |
| Dacotah Paper | $1,934.50 | $2,420.47 | $2,325.56 | $2,200.06 | $2,522.56 |
| TOTAL FOOD | $42,429.94 | $53,089.01 | $51,007.25 | $48,254.68 | $55,328.10 |
|  |  |  |  |  |  |
| Payroll | $32,886.43 | $41,148.02 | $39,534.50 | $37,401.04 | $42,883.48 |
| Payroll Tax | $8,221.61 | $10,287.00 | $9,883.62 | $9,350.26 | $10,720.87 |
| Medical | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 |
| WCI | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| UI | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| TOTAL LABOR | $44,833.04 | $55,160.02 | $53,143.12 | $50,476.30 | $57,329.35 |
|  |  |  |  |  |  |
| Rent | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Utilities | $2,893.35 | $2,679.03 | $2,893.35 | $2,893.35 | $2,893.35 |
| Phone | $825.00 | $825.00 | $825.00 | $825.00 | $825.00 |
| Supplies | $2,579.33 | $3,227.30 | $3,100.74 | $2,933.42 | $3,363.41 |
| Repairs | $1,000.00 | $3,500.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 | $390.00 | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| DoorDash | $6,448.32 | $8,068.24 | $7,751.86 | $7,333.54 | $8,408.53 |
| Insurance | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 | $161.25 | $161.25 | $161.25 |
| Royalty | $10,317.31 | $12,909.18 | $12,402.98 | $11,733.66 | $13,453.64 |
| Delivery Expense | $1,782.00 | $1,944.00 | $1,765.50 | $1,380.00 | $1,813.50 |
| CC Fees | $3,868.99 | $4,840.94 | $4,651.12 | $4,400.12 | $5,045.12 |
| Total Expense | $131,073.53 | $160,338.97 | $152,637.18 | $145,326.32 | $163,556.25 |
| Income/Loss | -$2,107.14 | $1,025.80 | $2,400.06 | $1,344.44 | $4,614.27 |
|  |  |  |  |  |  |
| Sales Tax MN | $4,441.78 | $5,350.35 | $4,914.80 | $4,220.67 | $5,113.78 |
| Sales Tax ND | $5,444.90 | $7,010.02 | $6,950.00 | $6,983.18 | $7,745.61 |

|  | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-28 |
|---|---|---|---|---|---|
| Moorhead | $62,619.88 | $73,316.31 | $63,116.02 | $56,007.43 | $54,650.39 |
| South | $55,361.38 | $58,092.36 | $54,245.64 | $59,663.08 | $61,416.55 |
| Broadway | $42,862.28 | $48,779.46 | $39,046.15 | $37,801.72 | $38,313.15 |
| Total Sales | $160,843.54 | $180,188.13 | $156,407.81 | $153,472.24 | $154,380.09 |
|  |  |  |  |  |  |
| Sysco | $45,840.41 | $51,353.62 | $44,576.23 | $43,739.59 | $43,998.33 |
| Coke | $4,664.46 | $5,225.46 | $4,535.83 | $4,450.69 | $4,477.02 |
| Dacotah Paper | $2,412.65 | $2,702.82 | $2,346.12 | $2,302.08 | $2,315.70 |
| TOTAL FOOD | $52,917.52 | $59,281.89 | $51,458.17 | $50,492.37 | $50,791.05 |
|  |  |  |  |  |  |
| Payroll | $41,015.10 | $45,947.97 | $39,883.99 | $39,135.42 | $39,366.92 |
| Payroll Tax | $10,253.78 | $11,486.99 | $9,971.00 | $9,783.86 | $9,841.73 |
| Medical | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 | $2,950.00 |
| WCI | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| UI | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| TOTAL LABOR | $54,993.88 | $61,159.96 | $53,579.99 | $52,644.28 | $52,933.65 |
|  |  |  |  |  |  |
| Rent | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Utilities | $2,893.35 | $2,893.35 | $2,893.35 | $2,893.35 | $2,893.35 |
| Phone | $825.00 | $825.00 | $825.00 | $825.00 | $825.00 |
| Supplies | $3,216.87 | $3,603.76 | $3,128.16 | $3,069.44 | $3,087.60 |
| Repairs | $1,000.00 | $3,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 | $390.00 | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| DoorDash | $8,042.18 | $9,009.41 | $7,820.39 | $7,673.61 | $7,719.00 |
| Insurance | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 | $161.25 | $161.25 | $161.25 |
| Royalty | $12,867.48 | $14,415.05 | $12,512.62 | $12,277.78 | $12,350.41 |
| Delivery Expense | $1,732.50 | $1,978.50 | $1,705.50 | $1,660.50 | $1,536.00 |
| CC Fees | $4,825.31 | $5,405.64 | $4,692.23 | $4,604.17 | $4,631.40 |
| Total Expense | $157,410.34 | $175,668.82 | $153,711.67 | $151,236.75 | $151,863.72 |
| Income/Loss | $3,433.20 | $4,519.30 | $2,696.14 | $2,235.49 | $2,516.37 |
|  |  |  |  |  |  |
| Sales Tax MN | $4,934.45 | $5,777.33 | $4,973.54 | $4,413.39 | $4,306.45 |
| Sales Tax ND | $7,366.77 | $8,015.39 | $6,996.88 | $7,309.86 | $7,479.73 |

|  | Feb-28 | Mar-28 |
|---|---|---|
| Moorhead | $55,255.45 | $53,103.74 |
| South | $54,501.99 | $53,570.82 |
| Broadway | $36,342.00 | $34,287.70 |
| Total Sales | $146,099.44 | $140,962.26 |
|  |  |  |
| Sysco | $41,638.34 | $40,174.24 |
| Coke | $4,236.88 | $4,087.91 |
| Dacotah Paper | $2,191.49 | $2,114.43 |
| TOTAL FOOD | $48,066.72 | $46,376.58 |
|  |  |  |
| Payroll | $37,255.36 | $35,945.38 |
| Payroll Tax | $9,313.84 | $8,986.34 |
| Medical | $2,950.00 | $2,950.00 |
| WCI | $375.00 | $375.00 |
| UI | $400.00 | $400.00 |
| TOTAL LABOR | $50,294.20 | $48,656.72 |
|  |  |  |
| Rent | $10,000.00 | $10,000.00 |
| Utilities | $2,893.35 | $2,893.35 |
| Phone | $825.00 | $825.00 |
| Supplies | $2,921.99 | $2,819.25 |
| Repairs | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 |
| DoorDash | $7,304.97 | $7,048.11 |
| Insurance | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 |
| Royalty | $11,687.96 | $11,276.98 |
| Delivery Expense | $1,392.00 | $1,333.50 |
| CC Fees | $4,382.98 | $4,228.87 |
| Total Expense | $144,865.41 | $140,554.61 |
| Income/Loss | $1,234.03 | $407.65 |
|  |  |  |
| Sales Tax MN | $4,354.13 | $4,184.57 |
| Sales Tax ND | $6,813.30 | $6,589.39 |

|  | Apr-28 | May-28 | Jun-28 | Jul-28 | Aug-28 |
|---|---|---|---|---|---|
| Moorhead | $57,776.97 | $69,595.29 | $63,929.84 | $54,900.79 | $66,518.06 |
| South | $41,918.72 | $51,511.91 | $56,941.98 | $56,708.56 | $62,273.62 |
| Broadway | $32,494.85 | $44,291.69 | $38,041.35 | $38,728.17 | $43,583.10 |
| Total Sales | $132,190.55 | $165,398.90 | $158,913.18 | $150,337.53 | $172,374.78 |
|  |  |  |  |  |  |
| Sysco | $37,674.31 | $47,138.69 | $45,290.25 | $42,846.20 | $49,126.81 |
| Coke | $3,833.53 | $4,796.57 | $4,608.48 | $4,359.79 | $4,998.87 |
| Dacotah Paper | $1,982.86 | $2,480.98 | $2,383.70 | $2,255.06 | $2,585.62 |
| TOTAL FOOD | $43,490.69 | $54,416.24 | $52,282.43 | $49,461.05 | $56,711.30 |
|  |  |  |  |  |  |
| Payroll | $33,708.59 | $42,176.72 | $40,522.86 | $38,336.07 | $43,955.57 |
| Payroll Tax | $8,427.15 | $10,544.18 | $10,130.71 | $9,584.02 | $10,988.89 |
| Medical | $3,100.00 | $3,100.00 | $3,100.00 | $3,100.00 | $3,100.00 |
| WCI | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| UI | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| TOTAL LABOR | $46,010.74 | $56,595.90 | $54,528.57 | $51,795.09 | $58,819.46 |
|  |  |  |  |  |  |
| Rent | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Utilities | $2,951.22 | $2,732.61 | $2,951.22 | $2,951.22 | $2,951.22 |
| Phone | $825.00 | $825.00 | $825.00 | $825.00 | $825.00 |
| Supplies | $2,643.81 | $3,307.98 | $3,178.26 | $3,006.75 | $3,447.50 |
| Repairs | $1,000.00 | $3,500.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 | $390.00 | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| DoorDash | $6,609.53 | $8,269.94 | $7,945.66 | $7,516.88 | $8,618.74 |
| Insurance | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 | $161.25 | $161.25 | $161.25 |
| Royalty | $10,575.24 | $13,231.91 | $12,713.05 | $12,027.00 | $13,789.98 |
| Delivery Expense | $1,782.00 | $1,944.00 | $1,765.50 | $1,380.00 | $1,813.50 |
| CC Fees | $3,965.72 | $4,961.97 | $4,767.40 | $4,510.13 | $5,171.24 |
| Total Expense | $133,950.19 | $163,881.80 | $156,053.35 | $148,569.36 | $167,244.19 |
| Income/Loss | -$1,759.65 | $1,517.10 | $2,859.82 | $1,768.17 | $5,130.59 |
|  |  |  |  |  |  |
| Sales Tax MN | $4,552.82 | $5,484.11 | $5,037.67 | $4,326.18 | $5,241.62 |
| Sales Tax ND | $5,581.02 | $7,185.27 | $7,123.75 | $7,157.75 | $7,939.25 |

|  | Sep-28 | Oct-28 | Nov-28 | Dec-28 | Jan-29 |
|---|---|---|---|---|---|
| Moorhead | $64,185.37 | $75,149.22 | $64,693.92 | $57,407.62 | $56,016.65 |
| South | $56,745.42 | $59,544.66 | $55,601.78 | $61,154.66 | $62,951.96 |
| Broadway | $43,933.84 | $49,998.95 | $40,022.30 | $38,746.76 | $39,270.98 |
| Total Sales | $164,864.63 | $184,692.83 | $160,318.01 | $157,309.04 | $158,239.59 |
|  |  |  |  |  |  |
| Sysco | $46,986.42 | $52,637.46 | $45,690.63 | $44,833.08 | $45,098.28 |
| Coke | $4,781.07 | $5,356.09 | $4,649.22 | $4,561.96 | $4,588.95 |
| Dacotah Paper | $2,472.97 | $2,770.39 | $2,404.77 | $2,359.64 | $2,373.59 |
| TOTAL FOOD | $54,240.46 | $60,763.94 | $52,744.62 | $51,754.67 | $52,060.83 |
|  |  |  |  |  |  |
| Payroll | $42,040.48 | $47,096.67 | $40,881.09 | $40,113.81 | $40,351.10 |
| Payroll Tax | $10,510.12 | $11,774.17 | $10,220.27 | $10,028.45 | $10,087.77 |
| Medical | $3,100.00 | $3,100.00 | $3,100.00 | $3,100.00 | $3,100.00 |
| WCI | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| UI | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| TOTAL LABOR | $56,425.60 | $62,745.84 | $54,976.36 | $54,017.26 | $54,313.87 |
|  |  |  |  |  |  |
| Rent | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 |
| Utilities | $2,951.22 | $2,951.22 | $2,951.22 | $2,951.22 | $2,951.22 |
| Phone | $825.00 | $825.00 | $825.00 | $825.00 | $825.00 |
| Supplies | $3,297.29 | $3,693.86 | $3,206.36 | $3,146.18 | $3,164.79 |
| Repairs | $1,000.00 | $3,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 | $255.00 | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 | $390.00 | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| DoorDash | $8,243.23 | $9,234.64 | $8,015.90 | $7,865.45 | $7,911.98 |
| Insurance | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 | $161.25 | $161.25 | $161.25 |
| Royalty | $13,189.17 | $14,775.43 | $12,825.44 | $12,584.72 | $12,659.17 |
| Delivery Expense | $1,732.50 | $1,978.50 | $1,705.50 | $1,660.50 | $1,536.00 |
| CC Fees | $4,945.94 | $5,540.78 | $4,809.54 | $4,719.27 | $4,747.19 |
| Total Expense | $160,946.66 | $179,605.46 | $157,156.20 | $154,620.53 | $155,266.29 |
| Income/Loss | $3,917.96 | $5,087.37 | $3,161.81 | $2,688.51 | $2,973.30 |
|  |  |  |  |  |  |
| Sales Tax MN | $5,057.81 | $5,921.76 | $5,097.88 | $4,523.72 | $4,414.11 |
| Sales Tax ND | $7,550.94 | $8,215.77 | $7,171.81 | $7,492.61 | $7,666.72 |

|  | Feb-29 | Mar-29 |
|---|---|---|
| Moorhead | $56,636.84 | $54,431.33 |
| South | $55,864.54 | $54,910.09 |
| Broadway | $37,250.55 | $35,144.89 |
| Total Sales | $149,751.92 | $144,486.31 |
|  |  |  |
| Sysco | $42,679.30 | $41,178.60 |
| Coke | $4,342.81 | $4,190.10 |
| Dacotah Paper | $2,246.28 | $2,167.29 |
| TOTAL FOOD | $49,268.38 | $47,536.00 |
|  |  |  |
| Payroll | $38,186.74 | $36,844.01 |
| Payroll Tax | $9,546.69 | $9,211.00 |
| Medical | $3,100.00 | $3,100.00 |
| WCI | $375.00 | $375.00 |
| UI | $400.00 | $400.00 |
| TOTAL LABOR | $51,608.43 | $49,930.01 |
|  |  |  |
| Rent | $10,000.00 | $10,000.00 |
| Utilities | $2,951.22 | $2,951.22 |
| Phone | $825.00 | $825.00 |
| Supplies | $2,995.04 | $2,889.73 |
| Repairs | $1,000.00 | $1,000.00 |
| POS Expense | $1,500.00 | $1,500.00 |
| Itsacheckmate | $255.00 | $255.00 |
| Punchh | $390.00 | $390.00 |
| Zuppler | $375.00 | $375.00 |
| DoorDash | $7,487.60 | $7,224.32 |
| Insurance | $1,415.00 | $1,415.00 |
| Life Insurance | $161.25 | $161.25 |
| Royalty | $11,980.15 | $11,558.90 |
| Delivery Expense | $1,392.00 | $1,333.50 |
| CC Fees | $4,492.56 | $4,334.59 |
| Total Expense | $148,096.62 | $143,679.51 |
| Income/Loss | $1,655.30 | $806.80 |
|  |  |  |
| Sales Tax MN | $4,462.98 | $4,289.19 |
| Sales Tax ND | $6,983.63 | $6,754.12 |