| Class | Claim Number | Claimant | Amount | Secured Sum | Priority Sum | Undisputed Sum |
|---|---|---|---|---|---|---|
| 1 | n/a | First Community Credit Union | $62,905.15 | $62,905.15 | $0.00 | $62,905.15 |
| 2 | 10 | Sysco Corporation | $27,009.00 | $0.00 | $0.00 | $0.00 |
| 2 | n/a | Coca Cola Bottling Company High Country | $7,689.56 | $0.00 | $0.00 | $0.00 |
| 3 | 2 | DFI 300 Broadway LLC | $21,002.89 | $0.00 | $21,002.89 | $21,002.89 |
| 3 | 6 | Westwood Management, LLC | $6,629.00 | $0.00 | $6,629.00 | $6,629.00 |
| 3 | 9 | Provident Partners, L.L.C. | $7,273.00 | $0.00 | $7,273.00 | $7,273.00 |
| 3 | n/a | E & G Franchising Systems, Inc. | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | n/a | First Community Credit Union | $265,917.14 | $0.00 | $0.00 | $265,917.14 |
| 4 | 1 | Midwest Communications, Inc. | $3,380.31 | $0.00 | $0.00 | $3,380.31 |
| 4 | 3 | Montana-Dakota Utilities Co. | $2,444.62 | $0.00 | $0.00 | $2,444.62 |
| 4 | 4 | Plunkett's Pest Control, Inc. | $707.90 | $0.00 | $0.00 | $707.90 |
| 4 | 8 | Mr. Squeegee Window Cleaning, Inc. | $1,120.00 | $0.00 | $0.00 | $1,120.00 |
| 4 | n/a | 931 on 9th LLC | $7,654.80 | $0.00 | $0.00 | $7,654.80 |
| 4 | n/a | Aramark Services, Inc. | $6,009.79 | $0.00 | $0.00 | $6,009.79 |
| 4 | n/a | Avenue Right, Inc. | $2,800.00 | $0.00 | $0.00 | $2,800.00 |
| 4 | n/a | eMedia Networks, Inc. | $405.00 | $0.00 | $0.00 | $405.00 |
| 4 | n/a | Midcontinent Communications | $500.00 | $0.00 | $0.00 | $500.00 |
| 4 | n/a | Moorhead Public Service | $1,846.31 | $0.00 | $0.00 | $1,846.31 |
| 4 | n/a | Northstar Plumbing LLC | $225.00 | $0.00 | $0.00 | $225.00 |
| 4 | n/a | Red River Refrigeration, Inc. | $6,457.99 | $0.00 | $0.00 | $6,457.99 |
| 4 | n/a | T&R Lock LLC | $123.00 | $0.00 | $0.00 | $123.00 |
| 4 | n/a | Triton Imaging Systems | $132.67 | $0.00 | $0.00 | $132.67 |
| 4 | n/a | West Central Initiative | $10,000.00 | $0.00 | $0.00 | $10,000.00 |
| 4 | n/a | Williams & Schiller, PC | $6,000.00 | $0.00 | $0.00 | $6,000.00 |
| 5 | n/a | Todd Beedy | $232,421.80 | $0.00 | $0.00 | $232,421.80 |
| Tax | 5 | Minnesota Department of Revenue | $3,200.00 | $0.00 | $3,200.00 | $3,200.00 |
| Tax | 7 | Internal Revenue Service | $8,536.69 | $0.00 | $8,536.69 | $8,536.69 |