| Month | Admin | First Community Credit Union | DFI 300 Broadway LLC | Westwood Management, LLC | Provident Partners, L.L.C. | Internal Revenue Service | Minnesota Department of Revenue | Total Plan Payments | Projected Income | Income Net of Plan Payments | Reserve Cushion |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jun-24 | $500.00 | $0.00 | $1,750.24 | $552.42 | $606.08 | $0.00 | $0.00 | $3,408.74 | $479.64 | -$2,929.10 | $0.00 |
| July-24 | $500.00 | $0.00 | $1,750.24 | $552.42 | $606.08 | $0.00 | $0.00 | $3,408.74 | $524.97 | -$2,883.77 | $0.00 |
| August-24 | $500.00 | $0.00 | $1,750.24 | $552.42 | $606.08 | $0.00 | $0.00 | $3,408.74 | $5,487.41 | $2,078.67 | $0.00 |
| September-24 | $500.00 | $0.00 | $1,750.24 | $552.42 | $606.08 | $0.00 | $0.00 | $3,408.74 | $4,309.70 | $900.96 | $0.00 |
| October-24 | $500.00 | $0.00 | $1,750.24 | $552.42 | $606.08 | $0.00 | $0.00 | $3,408.74 | $3,295.40 | -$113.34 | $0.00 |
| November-24 | $500.00 | $0.00 | $1,750.24 | $552.42 | $606.08 | $0.00 | $0.00 | $3,408.74 | -$56.32 | -$3,465.06 | $0.00 |
| December-24 | $500.00 | $0.00 | $1,750.24 | $552.42 | $606.08 | $0.00 | $0.00 | $3,408.74 | -$1,338.19 | -$4,746.93 | $0.00 |
| January-25 | $500.00 | $0.00 | $1,750.24 | $552.42 | $606.08 | $0.00 | $0.00 | $3,408.74 | -$188.09 | -$3,596.83 | $0.00 |
| February-25 | $500.00 | $0.00 | $1,750.24 | $552.42 | $606.08 | $0.00 | $0.00 | $3,408.74 | -$1,274.39 | -$4,683.13 | $0.00 |
| March-25 | $500.00 | $0.00 | $1,750.24 | $552.42 | $606.08 | $0.00 | $0.00 | $3,408.74 | -$1,979.16 | -$5,387.90 | $0.00 |
| April-25 | $0.00 | $0.00 | $1,750.24 | $552.42 | $606.08 | $0.00 | $0.00 | $2,908.74 | -$1,996.57 | -$4,905.31 | $0.00 |
| May-25 | $0.00 | $0.00 | $1,750.25 | $552.38 | $606.12 | $0.00 | $0.00 | $2,908.75 | -$480.96 | -$3,389.71 | $0.00 |
| June-25 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $2,424.53 | $342.85 | $342.85 |
| July-25 | $0.00 | $900.00 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $1,262.34 | $1,396.53 | $134.19 | $477.04 |
| August-25 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $4,595.35 | $2,513.67 | $2,990.71 |
| September-25 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $3,438.48 | $1,356.80 | $4,347.51 |
| October-25 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $4,460.69 | $2,379.01 | $6,726.52 |
| November-25 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $2,716.08 | $634.40 | $7,360.92 |
| December-25 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $2,265.12 | $183.44 | $7,544.36 |
| January-26 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $2,543.00 | $461.32 | $8,005.68 |
| February-26 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $1,288.01 | -$793.67 | $7,212.01 |
| March-26 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $478.60 | -$1,603.08 | $5,608.93 |
| April-26 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | -$1,468.21 | -$3,549.89 | $2,059.04 |
| May-26 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $1,735.74 | -$345.94 | $1,713.10 |
| June-26 | $0.00 | $2,600.00 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,962.34 | $3,101.16 | $138.82 | $1,851.92 |
| July-26 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $2,025.58 | -$56.10 | $1,795.82 |
| August-26 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $5,346.67 | $3,264.99 | $5,060.81 |
| September-26 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $4,148.13 | $2,066.45 | $7,127.26 |
| October-26 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $5,280.36 | $3,198.68 | $10,325.94 |
| November-26 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $3,400.50 | $1,318.82 | $11,644.76 |
| December-26 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $2,932.85 | $851.17 | $12,495.93 |
| January-27 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $3,215.90 | $1,134.22 | $13,630.15 |
| February-27 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $1,913.81 | -$167.87 | $13,462.28 |
| March-27 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $1,075.18 | -$1,006.50 | $12,455.78 |
| April-27 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | -$2,107.14 | -$4,188.82 | $8,266.96 |
| May-27 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $1,025.80 | -$1,055.88 | $7,211.08 |
| June-27 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $2,400.06 | $318.38 | $7,529.46 |
| July-27 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $1,344.44 | -$737.24 | $6,792.22 |
| August-27 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $4,614.27 | $2,532.59 | $9,324.81 |
| September-27 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $3,433.20 | $1,351.52 | $10,676.33 |
| October-27 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $4,519.30 | $2,437.62 | $13,113.95 |
| November-27 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $2,696.14 | $614.46 | $13,728.41 |
| December-27 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $2,235.49 | $153.81 | $13,882.22 |
| January-28 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $2,516.37 | $434.69 | $14,316.91 |
| February-28 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $1,234.03 | -$847.65 | $13,469.26 |
| March-28 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $407.65 | -$1,674.03 | $11,795.23 |
| April-28 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | -$1,759.65 | -$3,841.33 | $7,953.90 |
| May-28 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $1,517.10 | -$564.58 | $7,389.32 |
| June-28 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $2,859.82 | $778.14 | $8,167.46 |
| July-28 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $1,768.17 | -$313.51 | $7,853.95 |
| August-28 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $5,130.59 | $3,048.91 | $10,902.86 |
| September-28 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $3,917.96 | $1,836.28 | $12,739.14 |
| October-28 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $263.60 | $98.74 | $2,081.68 | $5,087.96 | $3,006.28 | $15,745.42 |
| November-28 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $254.04 | $98.60 | $2,071.98 | $3,161.81 | $1,089.83 | $16,835.25 |
| December-28 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,719.34 | $2,688.51 | $969.17 | $17,804.42 |
| January-29 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,719.34 | $2,973.30 | $1,253.96 | $19,058.38 |
| February-29 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,719.34 | $1,655.30 | -$64.04 | $18,994.34 |

| Month | Admin | First Community Credit Union | DFI 300 Broadway LLC | Westwood Management, LLC | Provident Partners, L.L.C. | Internal Revenue Service | Minnesota Department of Revenue | Total Plan Payments | Projected Income | Income Net of Plan Payments | Reserve Cushion |
|---|---|---|---|---|---|---|---|---|---|---|---|
| March-29 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,719.34 | $806.80 | -$912.54 | $18,081.80 |
| April-29 | $0.00 | $1,719.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,719.34 | -$1,759.65 | -$3,478.99 | $14,602.81 |
| May-29 | $0.00 | $1,720.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,720.52 | $1,517.10 | -$203.42 | $14,399.39 |