| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| January-24 | $8,536.69 | $0.00 | -$56.91 | $56.91 | $8,593.60 |
| February-24 | $8,593.60 | $0.00 | -$57.29 | $57.29 | $8,650.89 |
| March-24 | $8,650.89 | $0.00 | -$57.67 | $57.67 | $8,708.56 |
| April-24 | $8,708.56 | $0.00 | -$58.06 | $58.06 | $8,766.62 |
| May-24 | $8,766.62 | $0.00 | -$58.44 | $58.44 | $8,825.06 |
| June-24 | $8,825.06 | $0.00 | -$58.83 | $58.83 | $8,883.89 |
| July-24 | $8,883.89 | $0.00 | -$59.23 | $59.23 | $8,943.12 |
| July-24 | $8,943.12 | $0.00 | -$59.62 | $59.62 | $9,002.74 |
| August-24 | $9,002.74 | $0.00 | -$60.02 | $60.02 | $9,062.76 |
| September-24 | $9,062.76 | $0.00 | -$60.42 | $60.42 | $9,123.18 |
| October-24 | $9,123.18 | $0.00 | -$60.82 | $60.82 | $9,184.00 |
| November-24 | $9,184.00 | $0.00 | -$61.23 | $61.23 | $9,245.23 |
| December-24 | $9,245.23 | $0.00 | -$61.63 | $61.63 | $9,306.86 |
| January-25 | $9,306.86 | $0.00 | -$62.05 | $62.05 | $9,368.91 |
| February-25 | $9,368.91 | $0.00 | -$62.46 | $62.46 | $9,431.37 |
| March-25 | $9,431.37 | $0.00 | -$62.88 | $62.88 | $9,494.25 |
| April-25 | $9,494.25 | $0.00 | -$63.30 | $63.30 | $9,557.55 |
| May-25 | $9,557.55 | $0.00 | -$63.72 | $63.72 | $9,621.27 |
| June-25 | $9,621.27 | $263.60 | $199.46 | $64.14 | $9,421.81 |
| July-25 | $9,421.81 | $263.60 | $200.79 | $62.81 | $9,221.02 |
| August-25 | $9,221.02 | $263.60 | $202.13 | $61.47 | $9,018.89 |
| September-25 | $9,018.89 | $263.60 | $203.47 | $60.13 | $8,815.42 |
| October-25 | $8,815.42 | $263.60 | $204.83 | $58.77 | $8,610.59 |
| November-25 | $8,610.59 | $263.60 | $206.20 | $57.40 | $8,404.39 |
| December-25 | $8,404.39 | $263.60 | $207.57 | $56.03 | $8,196.82 |
| January-26 | $8,196.82 | $263.60 | $208.95 | $54.65 | $7,987.87 |
| February-26 | $7,987.87 | $263.60 | $210.35 | $53.25 | $7,777.52 |
| March-26 | $7,777.52 | $263.60 | $211.75 | $51.85 | $7,565.77 |
| April-26 | $7,565.77 | $263.60 | $213.16 | $50.44 | $7,352.61 |
| May-26 | $7,352.61 | $263.60 | $214.58 | $49.02 | $7,138.03 |
| June-26 | $7,138.03 | $263.60 | $216.01 | $47.59 | $6,922.02 |
| July-26 | $6,922.02 | $263.60 | $217.45 | $46.15 | $6,704.57 |
| August-26 | $6,704.57 | $263.60 | $218.90 | $44.70 | $6,485.67 |
| September-26 | $6,485.67 | $263.60 | $220.36 | $43.24 | $6,265.31 |
| October-26 | $6,265.31 | $263.60 | $221.83 | $41.77 | $6,043.48 |
| November-26 | $6,043.48 | $263.60 | $223.31 | $40.29 | $5,820.17 |
| December-26 | $5,820.17 | $263.60 | $224.80 | $38.80 | $5,595.37 |
| January-27 | $5,595.37 | $263.60 | $226.30 | $37.30 | $5,369.07 |
| February-27 | $5,369.07 | $263.60 | $227.81 | $35.79 | $5,141.26 |
| March-27 | $5,141.26 | $263.60 | $229.32 | $34.28 | $4,911.94 |
| May-27 | $4,911.94 | $263.60 | $230.85 | $32.75 | $4,681.09 |
| May-27 | $4,681.09 | $263.60 | $232.39 | $31.21 | $4,448.70 |
| June-27 | $4,448.70 | $263.60 | $233.94 | $29.66 | $4,214.76 |
| July-27 | $4,214.76 | $263.60 | $235.50 | $28.10 | $3,979.26 |
| August-27 | $3,979.26 | $263.60 | $237.07 | $26.53 | $3,742.19 |
| September-27 | $3,742.19 | $263.60 | $238.65 | $24.95 | $3,503.54 |
| October-27 | $3,503.54 | $263.60 | $240.24 | $23.36 | $3,263.30 |
| November-27 | $3,263.30 | $263.60 | $241.84 | $21.76 | $3,021.46 |
| December-27 | $3,021.46 | $263.60 | $243.46 | $20.14 | $2,778.00 |
| January-28 | $2,778.00 | $263.60 | $245.08 | $18.52 | $2,532.92 |
| February-28 | $2,532.92 | $263.60 | $246.71 | $16.89 | $2,286.21 |
| March-28 | $2,286.21 | $263.60 | $248.36 | $15.24 | $2,037.85 |
| April-28 | $2,037.85 | $263.60 | $250.01 | $13.59 | $1,787.84 |
| May-28 | $1,787.84 | $263.60 | $251.68 | $11.92 | $1,536.16 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| June-28 | $1,536.16 | $263.60 | $253.36 | $10.24 | $1,282.80 |
| July-28 | $1,282.80 | $263.60 | $255.05 | $8.55 | $1,027.75 |
| August-28 | $1,027.75 | $263.60 | $256.75 | $6.85 | $771.00 |
| September-28 | $771.00 | $263.60 | $258.46 | $5.14 | $512.54 |
| October-28 | $512.54 | $263.60 | $260.18 | $3.42 | $252.36 |
| November-28 | $252.36 | $254.04 | $252.36 | $1.68 | $0.00 |