| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| January-24 | $3,200.00 | $0.00 | -$21.33 | $21.33 | $3,221.33 |
| February-24 | $3,221.33 | $0.00 | -$21.48 | $21.48 | $3,242.81 |
| March-24 | $3,242.81 | $0.00 | -$21.62 | $21.62 | $3,264.43 |
| April-24 | $3,264.43 | $0.00 | -$21.76 | $21.76 | $3,286.19 |
| May-24 | $3,286.19 | $0.00 | -$21.91 | $21.91 | $3,308.10 |
| June-24 | $3,308.10 | $0.00 | -$22.05 | $22.05 | $3,330.15 |
| July-24 | $3,330.15 | $0.00 | -$22.20 | $22.20 | $3,352.35 |
| July-24 | $3,352.35 | $0.00 | -$22.35 | $22.35 | $3,374.70 |
| August-24 | $3,374.70 | $0.00 | -$22.50 | $22.50 | $3,397.20 |
| September-24 | $3,397.20 | $0.00 | -$22.65 | $22.65 | $3,419.85 |
| October-24 | $3,419.85 | $0.00 | -$22.80 | $22.80 | $3,442.65 |
| November-24 | $3,442.65 | $0.00 | -$22.95 | $22.95 | $3,465.60 |
| December-24 | $3,465.60 | $0.00 | -$23.10 | $23.10 | $3,488.70 |
| January-25 | $3,488.70 | $0.00 | -$23.26 | $23.26 | $3,511.96 |
| February-25 | $3,511.96 | $0.00 | -$23.41 | $23.41 | $3,535.37 |
| March-25 | $3,535.37 | $0.00 | -$23.57 | $23.57 | $3,558.94 |
| April-25 | $3,558.94 | $0.00 | -$23.73 | $23.73 | $3,582.67 |
| May-25 | $3,582.67 | $0.00 | -$23.88 | $23.88 | $3,606.55 |
| June-25 | $3,606.55 | $98.74 | $74.70 | $24.04 | $3,531.85 |
| July-25 | $3,531.85 | $98.74 | $75.19 | $23.55 | $3,456.66 |
| August-25 | $3,456.66 | $98.74 | $75.70 | $23.04 | $3,380.96 |
| September-25 | $3,380.96 | $98.74 | $76.20 | $22.54 | $3,304.76 |
| October-25 | $3,304.76 | $98.74 | $76.71 | $22.03 | $3,228.05 |
| November-25 | $3,228.05 | $98.74 | $77.22 | $21.52 | $3,150.83 |
| December-25 | $3,150.83 | $98.74 | $77.73 | $21.01 | $3,073.10 |
| January-26 | $3,073.10 | $98.74 | $78.25 | $20.49 | $2,994.85 |
| February-26 | $2,994.85 | $98.74 | $78.77 | $19.97 | $2,916.08 |
| March-26 | $2,916.08 | $98.74 | $79.30 | $19.44 | $2,836.78 |
| April-26 | $2,836.78 | $98.74 | $79.83 | $18.91 | $2,756.95 |
| May-26 | $2,756.95 | $98.74 | $80.36 | $18.38 | $2,676.59 |
| June-26 | $2,676.59 | $98.74 | $80.90 | $17.84 | $2,595.69 |
| July-26 | $2,595.69 | $98.74 | $81.44 | $17.30 | $2,514.25 |
| August-26 | $2,514.25 | $98.74 | $81.98 | $16.76 | $2,432.27 |
| September-26 | $2,432.27 | $98.74 | $82.52 | $16.22 | $2,349.75 |
| October-26 | $2,349.75 | $98.74 | $83.07 | $15.67 | $2,266.68 |
| November-26 | $2,266.68 | $98.74 | $83.63 | $15.11 | $2,183.05 |
| December-26 | $2,183.05 | $98.74 | $84.19 | $14.55 | $2,098.86 |
| January-27 | $2,098.86 | $98.74 | $84.75 | $13.99 | $2,014.11 |
| February-27 | $2,014.11 | $98.74 | $85.31 | $13.43 | $1,928.80 |
| March-27 | $1,928.80 | $98.74 | $85.88 | $12.86 | $1,842.92 |
| May-27 | $1,842.92 | $98.74 | $86.45 | $12.29 | $1,756.47 |
| May-27 | $1,756.47 | $98.74 | $87.03 | $11.71 | $1,669.44 |
| June-27 | $1,669.44 | $98.74 | $87.61 | $11.13 | $1,581.83 |
| July-27 | $1,581.83 | $98.74 | $88.19 | $10.55 | $1,493.64 |
| August-27 | $1,493.64 | $98.74 | $88.78 | $9.96 | $1,404.86 |
| September-27 | $1,404.86 | $98.74 | $89.37 | $9.37 | $1,315.49 |
| October-27 | $1,315.49 | $98.74 | $89.97 | $8.77 | $1,225.52 |
| November-27 | $1,225.52 | $98.74 | $90.57 | $8.17 | $1,134.95 |
| December-27 | $1,134.95 | $98.74 | $91.17 | $7.57 | $1,043.78 |
| January-28 | $1,043.78 | $98.74 | $91.78 | $6.96 | $952.00 |
| February-28 | $952.00 | $98.74 | $92.39 | $6.35 | $859.61 |
| March-28 | $859.61 | $98.74 | $93.01 | $5.73 | $766.60 |
| April-28 | $766.60 | $98.74 | $93.63 | $5.11 | $672.97 |
| May-28 | $672.97 | $98.74 | $94.25 | $4.49 | $578.72 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| June-28 | $578.72 | $98.74 | $94.88 | $3.86 | $483.84 |
| July-28 | $483.84 | $98.74 | $95.51 | $3.23 | $388.33 |
| August-28 | $388.33 | $98.74 | $96.15 | $2.59 | $292.18 |
| September-28 | $292.18 | $98.74 | $96.79 | $1.95 | $195.39 |
| October-28 | $195.39 | $98.74 | $97.44 | $1.30 | $97.95 |
| November-28 | $97.95 | $98.60 | $97.95 | $0.65 | $0.00 |