| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| January-24 | $62,905.15 | $0.00 | -$419.37 | $419.37 | $63,324.52 |
| February-24 | $63,324.52 | $0.00 | -$422.16 | $422.16 | $63,746.68 |
| March-24 | $63,746.68 | $0.00 | -$424.98 | $424.98 | $64,171.66 |
| April-24 | $64,171.66 | $0.00 | -$427.81 | $427.81 | $64,599.47 |
| May-24 | $64,599.47 | $0.00 | -$430.66 | $430.66 | $65,030.13 |
| June-24 | $65,030.13 | $0.00 | -$433.53 | $433.53 | $65,463.66 |
| July-24 | $65,463.66 | $0.00 | -$436.42 | $436.42 | $65,900.08 |
| August-24 | $65,900.08 | $0.00 | -$439.33 | $439.33 | $66,339.41 |
| September-24 | $66,339.41 | $0.00 | -$442.26 | $442.26 | $66,781.67 |
| October-24 | $66,781.67 | $0.00 | -$445.21 | $445.21 | $67,226.88 |
| November-24 | $67,226.88 | $0.00 | -$448.18 | $448.18 | $67,675.06 |
| December-24 | $67,675.06 | $0.00 | -$451.17 | $451.17 | $68,126.23 |
| January-25 | $68,126.23 | $0.00 | -$454.17 | $454.17 | $68,580.40 |
| February-25 | $68,580.40 | $0.00 | -$457.20 | $457.20 | $69,037.60 |
| March-25 | $69,037.60 | $0.00 | -$460.25 | $460.25 | $69,497.85 |
| April-25 | $69,497.85 | $0.00 | -$463.32 | $463.32 | $69,961.17 |
| May-25 | $69,961.17 | $0.00 | -$466.41 | $466.41 | $70,427.58 |
| June-25 | $70,427.58 | $1,719.34 | $1,249.82 | $469.52 | $69,177.76 |
| July-25 | $69,177.76 | $900.00 | $438.81 | $461.19 | $68,738.95 |
| August-25 | $68,738.95 | $1,719.34 | $1,261.08 | $458.26 | $67,477.87 |
| September-25 | $67,477.87 | $1,719.34 | $1,269.49 | $449.85 | $66,208.38 |
| October-25 | $66,208.38 | $1,719.34 | $1,277.95 | $441.39 | $64,930.43 |
| November-25 | $64,930.43 | $1,719.34 | $1,286.47 | $432.87 | $63,643.96 |
| December-25 | $63,643.96 | $1,719.34 | $1,295.05 | $424.29 | $62,348.91 |
| January-26 | $62,348.91 | $1,719.34 | $1,303.68 | $415.66 | $61,045.23 |
| February-26 | $61,045.23 | $1,719.34 | $1,312.37 | $406.97 | $59,732.86 |
| March-26 | $59,732.86 | $1,719.34 | $1,321.12 | $398.22 | $58,411.74 |
| April-26 | $58,411.74 | $1,719.34 | $1,329.93 | $389.41 | $57,081.81 |
| May-26 | $57,081.81 | $1,719.34 | $1,338.79 | $380.55 | $55,743.02 |
| June-26 | $55,743.02 | $2,600.00 | $2,228.38 | $371.62 | $53,514.64 |
| July-26 | $53,514.64 | $1,719.34 | $1,362.58 | $356.76 | $52,152.06 |
| August-26 | $52,152.06 | $1,719.34 | $1,371.66 | $347.68 | $50,780.40 |
| September-26 | $50,780.40 | $1,719.34 | $1,380.80 | $338.54 | $49,399.60 |
| October-26 | $49,399.60 | $1,719.34 | $1,390.01 | $329.33 | $48,009.59 |
| November-26 | $48,009.59 | $1,719.34 | $1,399.28 | $320.06 | $46,610.31 |
| December-26 | $46,610.31 | $1,719.34 | $1,408.60 | $310.74 | $45,201.71 |
| January-27 | $45,201.71 | $1,719.34 | $1,418.00 | $301.34 | $43,783.71 |
| February-27 | $43,783.71 | $1,719.34 | $1,427.45 | $291.89 | $42,356.26 |
| March-27 | $42,356.26 | $1,719.34 | $1,436.96 | $282.38 | $40,919.30 |
| April-27 | $40,919.30 | $1,719.34 | $1,446.54 | $272.80 | $39,472.76 |
| May-27 | $39,472.76 | $1,719.34 | $1,456.19 | $263.15 | $38,016.57 |
| June-27 | $38,016.57 | $1,719.34 | $1,465.90 | $253.44 | $36,550.67 |
| July-27 | $36,550.67 | $1,719.34 | $1,475.67 | $243.67 | $35,075.00 |
| August-27 | $35,075.00 | $1,719.34 | $1,485.51 | $233.83 | $33,589.49 |
| September-27 | $33,589.49 | $1,719.34 | $1,495.41 | $223.93 | $32,094.08 |
| October-27 | $32,094.08 | $1,719.34 | $1,505.38 | $213.96 | $30,588.70 |
| November-27 | $30,588.70 | $1,719.34 | $1,515.42 | $203.92 | $29,073.28 |
| December-27 | $29,073.28 | $1,719.34 | $1,525.52 | $193.82 | $27,547.76 |
| January-28 | $27,547.76 | $1,719.34 | $1,535.69 | $183.65 | $26,012.07 |
| February-28 | $26,012.07 | $1,719.34 | $1,545.93 | $173.41 | $24,466.14 |
| March-28 | $24,466.14 | $1,719.34 | $1,556.23 | $163.11 | $22,909.91 |
| April-28 | $22,909.91 | $1,719.34 | $1,566.61 | $152.73 | $21,343.30 |
| May-28 | $21,343.30 | $1,719.34 | $1,577.05 | $142.29 | $19,766.25 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| June-28 | $19,766.25 | $1,719.34 | $1,587.56 | $131.78 | $18,178.69 |
| July-28 | $18,178.69 | $1,719.34 | $1,598.15 | $121.19 | $16,580.54 |
| August-28 | $16,580.54 | $1,719.34 | $1,608.80 | $110.54 | $14,971.74 |
| September-28 | $14,971.74 | $1,719.34 | $1,619.53 | $99.81 | $13,352.21 |
| October-28 | $13,352.21 | $1,719.34 | $1,630.33 | $89.01 | $11,721.88 |
| November-28 | $11,721.88 | $1,719.34 | $1,641.19 | $78.15 | $10,080.69 |
| December-28 | $10,080.69 | $1,719.34 | $1,652.14 | $67.20 | $8,428.55 |
| January-29 | $8,428.55 | $1,719.34 | $1,663.15 | $56.19 | $6,765.40 |
| February-29 | $6,765.40 | $1,719.34 | $1,674.24 | $45.10 | $5,091.16 |
| March-29 | $5,091.16 | $1,719.34 | $1,685.40 | $33.94 | $3,405.76 |
| April-29 | $3,405.76 | $1,719.34 | $1,696.63 | $22.71 | $1,709.13 |
| May-29 | $1,709.13 | $1,720.52 | $1,709.13 | $11.39 | $0.00 |