IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Case No. 24-30010 |
| ) | (Chapter 11) |
| RED RIVER SUBS, INC. ) | |
| ) | |
| Debtor. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2024, I caused a copy of Red River Subs, Inc.'s Plan of Reorganization (DE #78), alongside a copy of this Honorable Court's Scheduling Order (DE #73) to be served, via First Class Mail, postage prepaid, on the following parties:

Red River Subs, Inc.
300 Broadway N.
Fargo, ND 58102-4709

931 ON 9TH, LLC
c/o ALEXANDER S. KELSCH
KELSCH RUFF KRANDA NAGLE & LUDWIG
PO BOX 1266
MANDAN, ND 58554-7266

931 on 9th, LLC
4007 State St Ste 10
Bismarck, ND 58503-0689

Aramark Services, Inc.
5880 Nolensville Pike
Nashville, TN 37211-6502

Aramark Services, Inc.
c/o C T Corporation System
120 W Sweet Ave
Bismarck, ND 58504-5566

Avenue Right, Inc.
15 Broadway N
Suite 301
Fargo, ND 58102-4907

Avenue Right, Inc.
c/o Karen White
15 Broadway N
Suite 301
Fargo, ND 58102-4907

Coca Cola Bottling Company High Country
2150 Coca Cola Lane
Rapid City, SD 57702-9358

Instant Checkmate, LLC
3111 Camino Del Rio N
Suite 400
San Diego, CA 92108-5724

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

1

Midco
Attn: Legal
4020 Cayman St.
Sioux Falls, SD 57107-0181

Midcontinent Communications
3901 N Louise Ave
Sioux Falls, SD 57107-0112

Midwest Communications, Inc.
904 Grand Ave
Wausau, WI 54403-6420

Midwest Communications, Inc.
c/o C T Corporation System
120 W Sweet Ave
Bismarck, ND 58504-5566

Mike Allmendinger
210 Broadway N Suite 300
Fargo, ND 58102-4771

Minnesota Department of Revenue
600 Robert St N
Saint Paul, MN 55146-1176

Montana Dakota Utilities Co.
c/o C T Corporation System
120 W Sweet Ave.
Bismarck, ND 58504-5566

MONTANA DAKOTA UTILITIES CO
PO BOX 5600
BISMARK ND 58506-5600

MOORHEAD PUBLIC SERVICE
PO BOX 779
MOORHEAD MN 56561-0779

Mr. Squeegee Window Cleaning, Inc.
3332 Franklin Ave Ste 3
Bismarck, ND 58503-7503

Mr. Squeegee Window Cleaning, Inc.
c/o Matthew Liudahl
5312 Shoal Dr
PO Box 49
Bismarck, ND 58502-0049

North Dakota Office of State Tax Commiss
600 E. Boulevard Ave.
Dept. 127
Bismarck, ND 58505-0602

Northstar Plumbing LLC
3039 Ridge Dr E
West Fargo, ND 58078-7803

Plunkett's Pest Control, Inc.
40 NE 52nd Way
Minneapolis, MN 55421-1014

Plunkett's Pest Control, Inc.
c/o C T Corporation System
120 W Sweet Ave
Bismarck, ND 58504-5566

Punchh
1875 S Grant St #810
San Mateo, CA 94402-7048

Red River Refrigeration, Inc.
160 8th Avenue NW
West Fargo, ND 58078-1048

Revel Systems
88 1st Street
2nd Floor
San Francisco, CA 94105-2506

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415-1320

Sysco Corporation
1390 Enclave Pkwy
Houston, TX 77077-2099

Sysco Corporation
c/o Corporation Service Company
418 N 2nd St.
Bismarck, ND 58501-3826

T&R Lock LLC
c/o Anthony Lyle Bunnis
1001 23rd St S
Ste D
Fargo, ND 58103-2952

T&R Lock LLC
d/b/a Lynn Johnson Lock & Key Service
1001 23rd St S
Ste D
Fargo, ND 58103-2952

Todd Beedy
4434 4th St S
Moorhead, MN 56560-6750

Triton Imaging Systems
175 Shoreline Ct
Richmond, CA 94804-7434

West Central Initiative
1000 Western Avenue
Fergus Falls, MN 56537-4805

Williams & Schiller, PC
708 W. Superior St.
Suite A
Sandpoint, ID 83864-1633

Williams & Schiller, PC
c/o Mark Schiller, Registered Agent
4631 40th Ave S. 150
Fargo, ND 58104-4441

eMedia Networks, Inc.
1917 W 4th Ave.
Box 503 Vancouver, BC V6J 1M7, Canada

Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109-0624

I FURTHER CERTIFY that on this 15th day of April, 2024, I caused a copy of Red River Subs, Inc.'s Plan of Reorganization (DE #78), alongside a copy of this Honorable Court's Scheduling Order (DE #73), and a Class 1 Ballot, to be served, via First Class Mail, postage prepaid, on the following party:

First Community Credit Union
310 10th St SE
Jamestown, ND 58401-5555

I FURTHER CERTIFY that on this 15th day of April, 2024, I caused a copy of Red River Subs, Inc.'s Plan of Reorganization (DE #78), alongside a copy of this Honorable Court's

Scheduling Order (DE #73), and a Class 3 Ballot, to be served, via First Class Mail, postage prepaid, on the following parties:

DFI 300 Broadway, LLC
Attn: Caren W. Stanley
Vogel Law Firm
PO Box 1389
Fargo, ND 58107-1389

Provident Partners, LLC
P.O. Box 9377
Fargo, ND 58106-9377

DFI 300 Broadway LLC
210 Broadway N
Suite 300
Fargo, ND 58102-4771

E & G Franchise Systems, Inc.
800 Wisconsin St.
Mailbox 74Bdlg D2
Suite 315
Eau Claire, WI 54703-3611

E&G Franchise Systems Inc.
c/o John M. Krings, Jr.
Kaler Doeling, PLLP
PO Box 9231
Fargo, ND 58106-9231

Provident Partners, L.L.C.
7226 Maple Lane
Horace, ND 58047-4711

Provident Partners, LLC
c/o Michael L. Gust
ABST Law, P.C.
4132 30th Avenue South, Suite 100
Fargo, ND 58104-8407

Westwood Management, LLC
1022 Valley St
Wahpeton, ND 58075-3710

Respectfully Submitted,

Dated: April 15, 2024       By:   /s/ Maurice B. VerStandig
                                  Maurice B. VerStandig, Esq.
                                  The Dakota Bankruptcy Firm
                                  1630 1st Avenue N
                                  Suite B PMB 24
                                  Fargo, North Dakota 58102-4246
                                  Phone: (701) 394-3215
                                  mac@dakotabankruptcy.com
                                  *Counsel for the Debtor*

4