# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bankruptcy No. 24-30010 |
| | Chapter 11 – Subchapter V |
| Red River Subs, Inc., | |
| d/b/a Erbert and Gerbert's – Fargo, | |
| d/b/a Erbert and Gerbert's – Bismarck, | |
| d/b/a Erbert and Gerbert's – Moorhead, | |
| Debtor. | |
| _____/ | |
| IN THE MATTER OF: | |
| | |
| Confirmation Hearing of Debtor's Chapter 11 Sub V | |
| Plan filed April 12, 2024. (Doc. 78) | |
| _____/ | |

## ORDER GRANTING CONTINUANCE
## AND RESCHEDULING HEARING

The Debtor filed a motion to continue the hearing scheduled for <u>May 23, 2024</u>.

The Court finds cause for granting the continuance.

IT IS ORDERED that the hearing on Confirmation of Debtor's Chapter 11 Subchapter V Plan (Doc. 78) shall be continued to **<u>Thursday, June 13, 2024, at 2:00 p.m.</u>** <u>in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u>.

Dated: April 18, 2024.

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically April 18, 2024, to Attorney Maurice VerStandig for service on creditors.