# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bankruptcy No. 24-30010 |
| | Chapter 11 – Subchapter V |
| Red River Subs, Inc., | |
| d/b/a Erbert and Gerbert's – Fargo, | |
| d/b/a Erbert and Gerbert's – Bismarck, | |
| d/b/a Erbert and Gerbert's – Moorhead, | |
| Debtor. | |
| _____/ | |
| IN THE MATTER OF: | |
| Confirmation Hearing of Debtor's Chapter 11 Sub V Plan filed April 12, 2024. (Doc. 78) | |
| _____/ | |

## AMENDED ORDER GRANTING CONTINUANCE
## AND RESCHEDULING HEARING

The Debtor filed a motion to continue the hearing scheduled for <u>May 23, 2024</u>. The Court finds cause for granting the continuance.

IT IS ORDERED that the hearing on Confirmation of Debtor's Chapter 11 Subchapter V Plan (Doc. 78) shall be continued to **<u>Thursday, June 13, 2024, at 2:00 p.m.</u>** <u>in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u>.

Deadline to submit ballots to accept or reject plan and to file written objections to plan remains **<u>Monday, May 13, 2024</u>**. Deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation remains **<u>Tuesday, May 21, 2024</u>**.

1

If the Court receives no timely-filed objections (or if all objections are withdrawn) and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy Code are met, the Court may confirm the plan without a hearing.

Dated: April 18, 2024.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically April 18, 2024, to Attorney Maurice VerStandig for service on creditors.