United States Bankruptcy Court
District of North Dakota

In re:  Case No. 24-30010-skh
Red River Subs, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3  User: admin  Page 1 of 2
Date Rcvd: Apr 18, 2024  Form ID: pdf2some  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

**Recip ID**    **Recipient Name and Address**
db    + Red River Subs, Inc., 300 Broadway N., Fargo, ND 58102-4709

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

**Name**    **Email Address**

Alexander S. Kelsch
    on behalf of Creditor 931 on 9th  LLC alexk@kelschlaw.com, aruff@kelschlaw.com;kelsch.alexanders.b@notify.bestcase.com

Caren W. Stanley
    on behalf of Interested Party DFI 300 Broadway  LLC cstanley@vogellaw.com, jnona@vogellaw.com;sthompson@vogellaw.com;kjohnson@vogellaw.com;jshares@vogellaw.com

John M Krings, Jr.
    on behalf of Creditor E&G Franchise Systems Inc. john@kaler-doeling.com janae@kaler-doeling.com

Maurice VerStandig
    on behalf of Debtor Red River Subs  Inc. mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
    on behalf of Creditor Provident Partners  LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Robert B. Raschke

District/off: 0868-3 | User: admin | Page 2 of 2
Date Rcvd: Apr 18, 2024 | Form ID: pdf2some | Total Noticed: 1

Sarah J. Wencil
    USTPRegion12.SX.ECF@usdoj.gov
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Thomas Kapusta
    tkapusta@aol.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Red River Subs, Inc.,<br>d/b/a Erbert and Gerbert's – Fargo,<br>d/b/a Erbert and Gerbert's – Bismarck,<br>d/b/a Erbert and Gerbert's – Moorhead,<br><br>                                    Debtor.<br>_____/<br>IN THE MATTER OF:<br><br>Confirmation Hearing of Debtor's Chapter 11 Sub V<br>Plan filed April 12, 2024. (Doc. 78)<br>_____/ | Bankruptcy No. 24-30010<br>Chapter 11 – Subchapter V |

**AMENDED ORDER GRANTING CONTINUANCE**
**AND RESCHEDULING HEARING**

The Debtor filed a motion to continue the hearing scheduled for <u>May 23, 2024</u>. The Court finds cause for granting the continuance.

IT IS ORDERED that the hearing on Confirmation of Debtor's Chapter 11 Subchapter V Plan (Doc. 78) shall be continued to **<u>Thursday, June 13, 2024, at 2:00 p.m.</u>** <u>in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u>.

Deadline to submit ballots to accept or reject plan and to file written objections to plan remains **<u>Monday, May 13, 2024</u>**. Deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation remains **<u>Tuesday, May 21, 2024</u>**.

1

If the Court receives no timely-filed objections (or if all objections are withdrawn) and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy Code are met, the Court may confirm the plan without a hearing.

Dated:  April 18, 2024.

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically April 18, 2024, to Attorney Maurice VerStandig for service on creditors.

2