IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30010 |
| | ) | (Chapter 11) |
| RED RIVER SUBS, INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April, 2024, I caused a copy of the Amended Order Granting Continuance and Rescheduling Hearing (DE #82) to be served, via First Class Mail, postage prepaid, on all parties on the attached mailing matrix.

                                      Respectfully Submitted,

Dated: April 22, 2024      By:   /s/ Maurice B. VerStandig
                                           Maurice B. VerStandig, Esq.
                                           The Dakota Bankruptcy Firm
                                           1630 1st Avenue N
                                           Suite B PMB 24
                                           Fargo, North Dakota 58102-4246
                                           Phone: (701) 394-3215
                                           mac@dakotabankruptcy.com
                                           *Counsel for the Debtor*