USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not Served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-30010
DISTRICT OF NORTH DAKOTA
MON APR 22 10-36-37 PST 2024

UNDELIVERABLE

931 ON 9TH   LLC

DFI 300 BROADWAY   LLC
ATTN   CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO   ND 58107-1389

EXCLUDE

~~(U)EG FRANCHISE SYSTEMS INC~~

PROVIDENT PARTNERS   LLC
PO BOX 9377
FARGO   ND 58106-9377

DEBTOR

RED RIVER SUBS   INC
300 BROADWAY N
FARGO   ND 58102-4709

EXCLUDE

~~US BANKRUPTCY COURT~~
~~655 1ST AVENUE NORTH   SUITE 210~~
~~FARGO   ND 58102-4932~~

931 ON 9TH   LLC
CO ALEXANDER S KELSCH
KELSCH RUFF KRANDA NAGLE   LUDWIG
PO BOX 1266
MANDAN   ND 58554-7266

931 ON 9TH   LLC
4007 STATE ST STE 10
BISMARCK   ND 58503-0689

ARAMARK SERVICES   INC
5880 NOLENSVILLE PIKE
NASHVILLE   TN 37211-6502

ARAMARK SERVICES   INC
CO C T CORPORATION SYSTEM
120 W SWEET AVE
BISMARCK   ND 58504-5566

AVENUE RIGHT   INC
15 BROADWAY N SUITE 301
FARGO   ND 58102-4907

AVENUE RIGHT   INC
CO KAREN WHITE
15 BROADWAY N SUITE 301
FARGO   ND 58102-4907

COCA COLA BOTTLING COMPANY HIGH COUNTRY
2150 COCA COLA LANE
RAPID CITY   SD 57702-9358

DFI 300 BROADWAY LLC
210 BROADWAY N SUITE 300
FARGO   ND 58102-4771

DFI 300 BROADWAY LLC
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO ND   58107-1389

E   G FRANCHISE SYSTEMS   INC
800 WISCONSIN ST MAILBOX 74BDLG D2
SUITE 315
EAU CLAIRE   WI 54703-3611

EG FRANCHISE SYSTEMS INC
CO JOHN M KRINGS   JR
KALER DOELING   PLLP
PO BOX 9231
FARGO   ND 58106-9231

FIRST COMMUNITY CREDIT UNION
310 10TH ST SE
JAMESTOWN   ND 58401-5555

INSTANT CHECKMATE   LLC
3111 CAMINO DEL RIO N SUITE 400
SAN DIEGO   CA 92108-5724

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA   PA 19101-7346

MIDCO
ATTN LEGAL
4020 CAYMAN ST
SIOUX FALLS   SD 57107-0181

MIDCONTINENT COMMUNICATIONS
3901 N LOUISE AVE
SIOUX FALLS   SD 57107-0112

MIDWEST COMMUNICATIONS   INC
904 GRAND AVE
WAUSAU   WI 54403-6420

MIDWEST COMMUNICATIONS   INC
CO C T CORPORATION SYSTEM
120 W SWEET AVE
BISMARCK   ND 58504-5566

MIKE ALLMENDINGER
210 BROADWAY N SUITE 300
FARGO   ND 58102-4771

MINNESOTA DEPARTMENT OF REVENUE
600 ROBERT ST N
SAINT PAUL   MN 55146-1176

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE are not Served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MONTANA DAKOTA UTILITIES CO<br>CO C T CORPORATION SYSTEM<br>120 W SWEET AVE<br>BISMARCK   ND 58504-5566 | (P)MONTANA DAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARK ND 58506-5600 | (P)MOORHEAD PUBLIC SERVICE<br>PO BOX 779<br>MOORHEAD MN 56561-0779 |
| MR SQUEEGEE WINDOW CLEANING   INC<br>3332 FRANKLIN AVE STE 3<br>BISMARCK   ND 58503-7503 | MR SQUEEGEE WINDOW CLEANING   INC<br>CO MATTHEW LIUDAHL<br>5312 SHOAL DR PO BOX 49<br>BISMARCK   ND 58502-0049 | NORTH DAKOTA OFFICE OF STATE TAX COMMISS<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK   ND 58505-0602 |
| NORTHSTAR PLUMBING LLC<br>3039 RIDGE DR E<br>WEST FARGO   ND 58078-7803 | PLUNKETTS PEST CONTROL   INC<br>40 NE 52ND WAY<br>MINNEAPOLIS   MN 55421-1014 | PLUNKETTS PEST CONTROL   INC<br>CO C T CORPORATION SYSTEM<br>120 W SWEET AVE<br>BISMARCK   ND 58504-5566 |
| PROVIDENT PARTNERS   LLC<br>7226 MAPLE LANE<br>HORACE   ND 58047-4711 | PROVIDENT PARTNERS   LLC<br>CO MICHAEL L GUST<br>ABST LAW   PC<br>4132 30TH AVENUE SOUTH   SUITE 100<br>FARGO   ND 58104-8407 | PUNCHH<br>1875 S GRANT ST 810<br>SAN MATEO   CA 94402-7048 |
| RED RIVER REFRIGERATION   INC<br>160 8TH AVENUE NW<br>WEST FARGO   ND 58078-1048 | REVEL SYSTEMS<br>88 1ST STREET 2ND FLOOR<br>SAN FRANCISCO   CA 94105-2506 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH ST<br>MINNEAPOLIS   MN 55415-1320 |
| SYSCO CORPORATION<br>1390 ENCLAVE PKWY<br>HOUSTON   TX 77077-2099 | SYSCO CORPORATION<br>CO CORPORATION SERVICE COMPANY<br>418 N 2ND ST<br>BISMARCK   ND 58501-3826 | TR LOCK LLC<br>CO ANTHONY LYLE BUNNIS<br>1001 23RD ST S STE D<br>FARGO   ND 58103-2952 |
| TR LOCK LLC<br>DBA LYNN JOHNSON LOCK   KEY SERVICE<br>1001 23RD ST S STE D<br>FARGO   ND 58103-2952 | TODD BEEDY<br>4434 4TH ST S<br>MOORHEAD   MN 56560-6750 | TRITON IMAGING SYSTEMS<br>175 SHORELINE CT<br>RICHMOND   CA 94804-7434 |
| WEST CENTRAL INITIATIVE<br>1000 WESTERN AVENUE<br>FERGUS FALLS   MN 56537-4805 | WESTWOOD MANAGEMENT   LLC<br>1022 VALLEY ST<br>WAHPETON   ND 58075-3710 | WILLIAMS   SCHILLER   PC<br>708 W SUPERIOR ST SUITE A<br>SANDPOINT   ID 83864-1633 |
| WILLIAMS   SCHILLER   PC<br>CO MARK SCHILLER   REGISTERED AGENT<br>4631 40TH AVE S 150<br>FARGO   ND 58104-4441 | CANADA<br>EMEDIA NETWORKS   INC<br>1917 W 4TH AVE<br>BOX 503 VANCOUVER   BC V6J 1M7   CANADA | MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO   ND 58102-4246 |

USPS FIRST CLASS MAILING RECIPIENTS: Served via First Class USPS Mail Service.
Parties with names struck through or labeled CM/ECF SERVICE are not Served via First Class USPS Mail Service.

```
ROBERT B RASCHKE                    THOMAS KAPUSTA
ASSISTANT US TRUSTEE                PO BOX 90624
SUITE 1015 US COURTHOUSE            SIOUX FALLS  SD 57109-0624
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320
```