IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30010 |
| | ) | (Chapter 11) |
| RED RIVER SUBS, INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF MOTION TO EXTEND PERIOD OF
TIME TO ACCEPT OR REJECT NONRESIDENTIAL LEASES**

NOTICE IS HEREBY GIVEN that Red River Subs, Inc. ("Red River Subs" or the "Debtor") has filed a motion to extend, by 90 days, the time period in which Red River Subs may accept or reject nonresidential leases of real property. The motion is focused on the three leases utilized by Red River Subs to operate sandwich and soup restaurants in the Fargo/Moorhead area. A copy of the motion was served via CM/ECF on May 13, 2024.

NOTICE IS FURTHER GIVEN that written objections to the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the service of this notice. Any objections not filed and served may be deemed waived.

*[Signature on Following Page]*

1

|  |  |  |
|---|---|---|
|  |  | Respectfully Submitted, |
| Dated: May 13, 2024 | By: | /s/ Maurice B. VerStandig |
|  |  | Maurice B. VerStandig, Esq. |
|  |  | The Dakota Bankruptcy Firm |
|  |  | 1630 1st Avenue N |
|  |  | Suite B PMB 24 |
|  |  | Fargo, North Dakota 58102-4246 |
|  |  | Phone: (701) 394-3215 |
|  |  | mac@dakotabankruptcy.com |
|  |  | *Counsel for the Debtor* |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of May, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig