IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30010 |
| | ) | (Chapter 11) |
| RED RIVER SUBS, INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### NOTICE REGARDING EXHIBITS IN SUPPORT OF CONFIRMATION

Comes now Red River Subs, Inc. (the "Debtor" or "Red River Subs"), by and through undersigned counsel, pursuant to the Amended Order Granting Continuance and Rescheduling Hearing (DE #82), and notes as follows:

At a hearing on confirmation of Red River Subs, Inc.'s Subchapter V Plan of Reorganization (the "Plan," as found at DE #78), the Debtor intends to introduce the following exhibits:

1. Financial projections, as found at DE #78-1 (Exhibit A to the Plan);

2. A schedule of creditors and their respective classifications, as found at DE #78-2 (Exhibit B to the Plan);

3. A schedule of proposed payments, as found at DE #78-3 (Exhibit C to the Plan); and

4. A redline document, to be filed prior to the confirmation hearing, demonstrating proposed amendments to the Plan aimed at ensuring the Plan may be confirmed consensually, with said proposed amendments to be uniformly beneficial to one or more creditors and with no proposed amendments having any adverse impact upon the interests of any creditors or other parties in interest (excepting the Debtor). This exhibit will be solely demonstrative in nature and will not be offered as having any evidentiary value.

|  |  |  |
|---|---|---|
|  |  | Respectfully Submitted, |
| Dated: May 21, 2024 | By: | /s/ Maurice B. VerStandig |
|  |  | Maurice B. VerStandig, Esq. |
|  |  | The Dakota Bankruptcy Firm |
|  |  | 1630 1st Avenue N |
|  |  | Suite B PMB 24 |
|  |  | Fargo, North Dakota 58102-4246 |
|  |  | Phone: (701) 394-3215 |
|  |  | mac@dakotabankruptcy.com |
|  |  | *Counsel for the Debtor* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of May, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig