# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

Red River Subs, Inc.,
d/b/a Erbert and Gerbert's – Fargo,
d/b/a Erbert and Gerbert's – Bismarck,
d/b/a Erbert and Gerbert's – Moorhead,

                              Debtor.

Bankruptcy No. 24-30010
Chapter 11 – Subchapter V

On May 13, 2024, Debtor filed a Motion to Extend Period of Time to Accept or Reject Nonresidential Leases. Doc. 89. Debtor served notice of the motion on interested parties. The Court received no objections. **IT IS ORDERED** that the Motion to Extend Period of Time to Accept or Reject Nonresidential Leases is **GRANTED**. The deadline for Debtor to accept or reject unexpired nonresidential leases is extended for 90 days.

Dated this 31st day of May 2024.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court