IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30010 |
| | ) | (Chapter 11) |
| RED RIVER SUBS, INC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### Class 1 Ballot for Accepting or Rejecting Plan of Reorganization

Red River Subs, Inc. has filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 1 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1ˢᵗ Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before May 13, 2024, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### Acceptance or Rejection of the Plan

The undersigned, the holder of a Class 1 claim against the Debtor:

*Check one box only*

    ☒ **Accepts the plan**

    ☐ **Rejects the plan**

**[Signature page follows]**

*1 of 2*

Dated: May 10, 2024

Print or type name: First Community Credit Union

Signature: By: _____
Gregory W. Tschider, Jr.

Title (if corporation or partnership) Attorney

Address: Crowley Fleck PLLP
PO Box 2798
Bismarck, ND 58502

Return this ballot to:

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com