UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Red River Subs, Inc. | ) | |
| d/b/a Erbert and Gerbert's - Fargo, | ) | Case No. 24-30010 |
| d/b/a Erbert and Gerbert's – Bismarck, | ) | |
| d/b/a Erbert and Gerbert's – Moorhead, | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtor | ) | |

MOTION TO APPEAR BY VIDEO CONFERENCE

Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5000-2 allowing him to appear via video conference for Hearing on Confirmation of Debtor's Amended Plan of Reorganization scheduled on Thursday, June 13, 2024, at 2:00pm.

The Subchapter V Trustee has not filed an objection to the Plan. Travel for the motion would be difficult and not cost effective.

WHEREFORE, Trustee requests that he be allowed to appear via video conference.

Dated: June 10, 2024

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Red River Subs, Inc. | ) | |
| d/b/a Erbert and Gerbert's - Fargo, | ) | Case No. 24-30010 |
| d/b/a Erbert and Gerbert's – Bismarck, | ) | |
| d/b/a Erbert and Gerbert's – Moorhead, | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| Debtor | ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:  June 10, 2024

/s/ Thomas Kapusta
Thomas Kapusta