UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| Red River Subs, Inc | Bankr. No. 24-30010 |
| *dba* **Erbert and Gerbert's - Fargo**<br>*dba* **Erbert and Gerbert's - Bismarck**<br>*dba* **Erbert and Gerbert's - Moorhead** | Chapter 11 |
| Debtor. | |

**MOTION TO APPEAR BY TELEPHONE**

Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing her to appear by telephone on Thursday June 13, 2024 at 2:00 p.m. for the confirmation hearing.

1. The U.S. Trustee filed and objection that has been resolved in the Amended Chapter 11 Small Business Subchapter V Plan (Doc. 92). The U.S. Trustee does not anticipate submitting exhibits or examining witnesses.

2. Travel to Fargo, North Dakota would be unduly burdensome and expensive.

WHEREFORE, Counsel requests that the United States Trustee be allowed to

appear by telephone.

Dated: June 11, 2024                MARY R. JENSEN
                                    ACTING U.S. TRUSTEE REGION 12

                                    /s/ Sarah J. Wencil
                                    Sarah J. Wencil
                                    Office of the U.S. Trustee
                                    Suite 1015 U.S. Courthouse
                                    300 South Fourth St.
                                    Minneapolis, MN 55415
                                    Telephone: (612) 334-1366
                                    Sarah.J.Wencil@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

| | |
|---|---|
| Red River Subs, Inc | Bankr. No. 24-30010 |
| *dba* **Erbert and Gerbert's - Fargo**<br>*dba* **Erbert and Gerbert's - Bismarck**<br>*dba* **Erbert and Gerbert's - Moorhead** | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:  June 11, 2024

/s/ Sarah J. Wencil<br>
Sarah J. Wencil