IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-30010 |
| | ) | (Chapter 11) |
| RED RIVER SUBS, INC. | ) | |
| | ) | |
|       Debtor. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that in addition to being served on all parties receiving notice through this Honorable Court's CM/ECF system, a copy of the Amended Order Confirming Red River Subs, Inc.'s Amended Subchapter V Plan of Reorganization (DE #104) is being served via First Class Mail, postage prepaid, on the 24th day of June, 2024, upon all parties on the attached mailing matrix.

                                                                            Respectfully Submitted,

Dated: June 23, 2024                By:    <u>/s/ Maurice B. VerStandig</u>
                                                                  Maurice B. VerStandig, Esq.
                                                                  The Dakota Bankruptcy Firm
                                                                  1630 1st Avenue N
                                                                  Suite B PMB 24
                                                                  Fargo, North Dakota 58102-4246
                                                                  Phone: (701) 394-3215
                                                                  mac@dakotabankruptcy.com
                                                                  *Counsel for the Reorganized Debtor*

1