| | | |
|---|---|---|
| Label Matrix for local noticing<br>0868-3<br>Case 24-30010<br>District of North Dakota<br>Fargo<br>Sun Jun 23 22:03:11 CDT 2024 | 931 on 9th, LLC | DFI 300 Broadway, LLC<br>Attn: Caren W. Stanley<br>Vogel Law Firm<br>PO Box 1389<br>Fargo, ND 58107-1389 |
| Provident Partners, LLC<br>P.O. Box 9377<br>Fargo, ND 58106-9377 | Red River Subs, Inc.<br>300 Broadway N.<br>Fargo, ND 58102-4709 | U.S. BANKRUPTCY COURT<br>655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102-4932 |
| 931 ON 9TH, LLC<br>c/o ALEXANDER S. KELSCH<br>KELSCH RUFF KRANDA NAGLE & LUDWIG<br>PO BOX 1266<br>MANDAN, ND 58554-7266 | 931 on 9th, LLC<br>4007 State St Ste 10<br>Bismarck, ND 58503-0689 | Aramark Services, Inc.<br>5880 Nolensville Pike<br>Nashville, TN 37211-6502 |
| Aramark Services, Inc.<br>c/o C T Corporation System<br>120 W Sweet Ave<br>Bismarck, ND 58504-5566 | Avenue Right, Inc.<br>15 Broadway N Suite 301<br>Fargo, ND 58102-4907 | Avenue Right, Inc.<br>c/o Karen White<br>15 Broadway N Suite 301<br>Fargo, ND 58102-4907 |
| Coca Cola Bottling Company High Country<br>2150 Coca Cola Lane<br>Rapid City, SD 57702-9358 | DFI 300 Broadway LLC<br>210 Broadway N Suite 300<br>Fargo, ND 58102-4771 | DFI 300 Broadway LLC<br>c/o Caren W. Stanley<br>Vogel Law Firm<br>PO Box 1389<br>Fargo ND  58107-1389 |
| E & G Franchise Systems, Inc.<br>800 Wisconsin St. Mailbox 74Bdlg D2<br>Suite 315<br>Eau Claire, WI 54703-3611 | E&G Franchise Systems Inc.<br>c/o John M. Krings, Jr.<br>Kaler Doeling, PLLP<br>PO Box 9231<br>Fargo, ND 58106-9231 | First Community Credit Union<br>310 10th St SE<br>Jamestown, ND 58401-5555 |
| Instant Checkmate, LLC<br>3111 Camino Del Rio N Suite 400<br>San Diego, CA 92108-5724 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Midco<br>Attn: Legal<br>4020 Cayman St.<br>Sioux Falls, SD 57107-0181 |
| Midcontinent Communications<br>3901 N Louise Ave<br>Sioux Falls, SD 57107-0112 | Midwest Communications, Inc.<br>904 Grand Ave<br>Wausau, WI 54403-6420 | Midwest Communications, Inc.<br>c/o C T Corporation System<br>120 W Sweet Ave<br>Bismarck, ND 58504-5566 |
| Mike Allmendinger<br>210 Broadway N Suite 300<br>Fargo, ND 58102-4771 | Minnesota Department of Revenue<br>600 Robert St N<br>Saint Paul, MN 55146-1176 | Montana Dakota Utilities Co.<br>c/o C T Corporation System<br>120 W Sweet Ave.<br>Bismarck, ND 58504-5566 |
| (p)MONTANA DAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARK ND 58506-5600 | (p)MOORHEAD PUBLIC SERVICE<br>PO BOX 779<br>MOORHEAD MN 56561-0779 | Mr. Squeegee Window Cleaning, Inc.<br>3332 Franklin Ave Ste 3<br>Bismarck, ND 58503-7503 |

| | | |
|---|---|---|
| Mr. Squeegee Window Cleaning, Inc.<br>c/o Matthew Liudahl<br>5312 Shoal Dr PO Box 49<br>Bismarck, ND 58502-0049 | ND Office of State Tax Commissioner<br>600 E. Boulevard Ave. Dept. 127<br>Bismarck, ND 58505-0602 | Northstar Plumbing LLC<br>3039 Ridge Dr E<br>West Fargo, ND 58078-7803 |
| Plunkett's Pest Control, Inc.<br>40 NE 52nd Way<br>Minneapolis, MN 55421-1014 | Plunkett's Pest Control, Inc.<br>c/o C T Corporation System<br>120 W Sweet Ave<br>Bismarck, ND 58504-5566 | Provident Partners, L.L.C.<br>7226 Maple Lane<br>Horace, ND 58047-4711 |
| Provident Partners, LLC<br>c/o Michael L. Gust<br>ABST Law, P.C.<br>4132 30th Avenue South, Suite 100<br>Fargo, ND 58104-8407 | Punchh<br>1875 S Grant St #810<br>San Mateo, CA 94402-7048 | Red River Refrigeration, Inc.<br>160 8th Avenue NW<br>West Fargo, ND 58078-1048 |
| Revel Systems<br>88 1st Street 2nd Floor<br>San Francisco, CA 94105-2506 | Sarah J. Wencil<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth St.<br>Minneapolis, MN 55415-1320 | Sysco Corporation<br>1390 Enclave Pkwy<br>Houston, TX 77077-2099 |
| Sysco Corporation<br>c/o Corporation Service Company<br>418 N 2nd St.<br>Bismarck, ND 58501-3826 | T&R Lock LLC<br>c/o Anthony Lyle Bunnis<br>1001 23rd St S Ste D<br>Fargo, ND 58103-2952 | T&R Lock LLC<br>d/b/a Lynn Johnson Lock & Key Service<br>1001 23rd St S Ste D<br>Fargo, ND 58103-2952 |
| Todd Beedy<br>4434 4th St S<br>Moorhead, MN 56560-6750 | Triton Imaging Systems<br>175 Shoreline Ct<br>Richmond, CA 94804-7434 | West Central Initiative<br>1000 Western Avenue<br>Fergus Falls, MN 56537-4805 |
| Westwood Management, LLC<br>1022 Valley St<br>Wahpeton, ND 58075-3710 | Williams & Schiller, PC<br>708 W. Superior St. Suite A<br>Sandpoint, ID 83864-1633 | Williams & Schiller, PC<br>c/o Mark Schiller, Registered Agent<br>4631 40th Ave S. 150<br>Fargo, ND 58104-4441 |
| eMedia Networks, Inc.<br>1917 W 4th Ave.<br>Box 503 Vancouver, BC V6J 1M7, Canada | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 | Robert B. Raschke<br>Assistant U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| Thomas Kapusta<br>PO Box 90624<br>Sioux Falls, SD 57109-0624 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Montana-Dakota Utilities Co.
400 N 4th St.
Bismarck, ND 58501

Moorhead Public Service
PO Box 779
Moorhead, MN 56561

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)E&G Franchise Systems Inc.

End of Label Matrix
Mailable recipients    54
Bypassed recipients     1
Total                  55