# The VerStandig Law Firm, LLC

**INVOICE**

9812 Falls Road, #114-160
Potomac, MD 20854

Invoice # 10937
Date: 06/24/2024
Due On: 07/24/2024

Red River Subs, Inc.
4434 4TH ST S
MOORHEAD, MN 56560

## 00397-Red River Subs, Inc.

## Case Administration

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 01/13/2024 | E-mail copies of petition, schedules, depository account motion, and employment application to client, S. Wencil, and J. Krings, notifying latter two of case's filing | 0.10 | $400.00 | $40.00 |
| Service | 01/14/2024 | Continue drafting critical vendor motion (commenced drafting pre-petition) | 0.40 | $400.00 | $160.00 |
| Service | 01/14/2024 | Research and draft motion to stay state court litigation | 1.50 | $400.00 | $600.00 |
| Service | 01/14/2024 | Call with client re status of first day motions, need to draft budget, and anticipated timeline for filings | 0.10 | $400.00 | $40.00 |
| Service | 01/14/2024 | Exchange e-mails with T. Kapusta re terms of agreement for payment of retainer and monthly replenishments | 0.10 | $400.00 | $40.00 |
| Service | 01/15/2024 | Continue drafting cash collateral motion (commenced pre-petition), including review of budget and formatting of supporting exhibits | 1.20 | $400.00 | $480.00 |
| Service | 01/15/2024 | Review and revise critical vendor motion | 0.40 | $400.00 | $160.00 |
| Service | 01/15/2024 | Draft and file motion to expedite | 0.30 | $400.00 | $120.00 |
| Service | 01/15/2024 | Call with client to review budget for cash collateral motion | 0.30 | $400.00 | $120.00 |
| Expense | 01/16/2024 | Reimbursable expenses: Mail order setting first day hearings to matrix | 1.00 | $66.99 | $66.99 |
| Service | 01/16/2024 | Review court order on motion to expedite | 0.10 | $400.00 | $40.00 |
| Service | 01/16/2024 | Coordinate service of order granting in part, and denying in part, motion to expedite | 0.10 | $400.00 | $40.00 |
| Service | 01/17/2024 | E-mail to landlords and credit union attaching first day motions and court order expediting same | 0.10 | $400.00 | $40.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/19/2024 | Attend hearing on first day motions and argue same | 1.00 | $400.00 | $400.00 |
| Service | 01/19/2024 | Calls with client (1 minute, 13 minutes and 11 minutes) to further prepare for first day hearings | 0.50 | $400.00 | $200.00 |
| Service | 01/19/2024 | Call with J. Krings re debtor financials, operations history, franchise norms for expense categories, and efforts to pinpoint areas where operations can be economically streamlined through reorganizational process | 0.30 | $400.00 | $120.00 |
| Service | 01/19/2024 | Review motions and exhibits in preparation for first day hearings, preparing outline for and notes for testimony to be adduced | 1.20 | $400.00 | $480.00 |
| Service | 01/21/2024 | Draft Section 1187 notice, review tax return to ensure SSNs are redacted, and file small business documents | 0.30 | $400.00 | $120.00 |
| Service | 02/01/2024 | Call with T. Beedy re keys to Bismarck location, [redacted] and credit union claims | 0.20 | $400.00 | $80.00 |
| Service | 02/02/2024 | Call with counsel for credit union re T. Beedy engaging personal counsel and next steps | 0.10 | $400.00 | $40.00 |
| Service | 02/02/2024 | Review order approving trustee retainer, draft check to trustee, draft cover letter, and send same to trustee via FedEx | 0.10 | $400.00 | $40.00 |
| Service | 02/15/2024 | E-mail to client in advance of meeting of creditors, updating as to negotiations with 25th St. landlord | 0.10 | $400.00 | $40.00 |
| Service | 02/15/2024 | Attend meeting of creditors | 0.70 | $400.00 | $280.00 |
| Service | 03/05/2024 | Attend status conference (telephonically) | 0.10 | $400.00 | $40.00 |
| Service | 03/07/2024 | Review proposed lease from M. Gust (counsel for Provident Partners), forward same to client for review and comment, and e-mail M. Gust re sections potentially needing attention or modification | 1.40 | $400.00 | $560.00 |
| Service | 03/23/2024 | Review bank statements and prepare January 2024 MOR | 0.80 | $400.00 | $320.00 |
| Service | 03/23/2024 | Review bank statements and draft February operating report | 0.50 | $400.00 | $200.00 |
| Service | 04/30/2024 | Call with T. Beedy re lease negotiations on Broadway, potential landlord-centric plumbing issue - and correlative concerns about a short-term building closure - in MN, discussions with franchisor, and information needed for MORs | 0.40 | $400.00 | $160.00 |
| Service | 06/08/2024 | Review client bank statements for March, April and May and draft operating reports for each month, creating running tally of financials in Excel to double-check veracity of numbers | 0.90 | $400.00 | $360.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/08/2024 | E-mail to client re operating reports and forthcoming confirmation hearing | 0.10 | $400.00 | $40.00 |
| Service | 06/09/2024 | Review ballots, draft summary of same, check appropriate citations to Bankruptcy Code, and file same | 0.40 | $400.00 | $160.00 |
| | | | **Subtotal** | | **$5,586.99** |

## 00398-Red River Subs, Inc.

## Plan and Disclosure Statement

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 04/08/2024 | Begin drafting plan; Review docket and claims register in support of drafting | 1.30 | $400.00 | $520.00 |
| Service | 04/11/2024 | Call with T. Beedy re need to draft projections, factors to consider, general concepts underlying plan, and overview of claims register | 0.50 | $400.00 | $200.00 |
| Service | 04/11/2024 | Continue work on plan draft, including creation of supporting exhibits | 2.40 | $400.00 | $960.00 |
| Service | 04/12/2024 | Call with T. Beedy to review projections and draft plan, including detailed review of plan provisions, discussion of potential mark down of secured claim of credit union, discussion of interest rates, and discussion of whether or not there could be funds to pay general unsecured creditors | 1.20 | $400.00 | $480.00 |
| Service | 04/12/2024 | Review and revise plan and exhibits; Finalize and file same | 1.80 | $400.00 | $720.00 |
| Service | 04/12/2024 | Call with C. Stanley re treatment of landlord under plan | 0.10 | $400.00 | $40.00 |
| Service | 04/12/2024 | Call with J. Krings re provisions to be included in plan and franchisor's perspective on key issues | 0.20 | $400.00 | $80.00 |
| Service | 04/12/2024 | Call with T. Kapusta to preview portions of plan prior to filing | 0.10 | $400.00 | $40.00 |
| Service | 04/12/2024 | Call with S. Wencil to preview unusual component of plan prior to filing and solicit UST's input on same | 0.10 | $400.00 | $40.00 |
| Service | 04/13/2024 | Coordinate service of plan, scheduling order, and ballots; E-mail courtesy copies of ballots to counsel of record for Class 3 creditors | 0.20 | $400.00 | $80.00 |
| Service | 04/13/2024 | Draft certificate of service for plan, scheduling order, and ballots | 0.20 | $400.00 | $80.00 |
| Expense | 04/15/2024 | Mailing: Service of plan, ballots, and scheduling order | 1.00 | $266.56 | $266.56 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/13/2024 | Call with C. Stanley re post-petition rent, client's position on plan, and status of balloting | 0.10 | $400.00 | $40.00 |
| Service | 05/13/2024 | Draft and file motion to extend deadline to assume/reject nonresidential leases | 1.80 | $400.00 | $720.00 |
| Service | 05/21/2024 | Prepare and file exhibit list for confirmation hearing | 0.20 | $400.00 | $80.00 |
| Service | 06/09/2024 | Review objection from UST and notes from agreement with credit union; Draft amended plan, together with explanatory cover document, and file same | 0.50 | $400.00 | $200.00 |
| Service | 06/09/2024 | Call with T. Beedy re operating reports and forthcoming confirmation hearing | 0.10 | $400.00 | $40.00 |
| Service | 06/13/2024 | Attend confirmation hearing | 0.20 | $400.00 | $80.00 |
| Service | 06/17/2024 | Review confirmation order and amendment thereto; Review Sections 1191 and 1129 to per court's finding re non-consensuality | 0.20 | $400.00 | $80.00 |
| Service | 06/23/2024 | Coordinate service of confirmation order | 0.10 | $400.00 | $40.00 |
| Expense | 06/24/2024 | Mailing: Mailing of confirmation order | 1.00 | $71.59 | $71.59 |

| | | |
|---|---|---|
| | Subtotal | $4,858.15 |

## 00399-Red River Subs, Inc.

## Claims Administration and Objections

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 01/23/2024 | Review e-mail from C. Stanley re stub rent (de minimis time); Review case law in Eighth Circuit on partial months and Collier section discussing same (.6); Respond to e-mail (.1) | 0.70 | $400.00 | $280.00 |

| | | |
|---|---|---|
| | Subtotal | $280.00 |

## 00400-Red River Subs, Inc.

## Fee and Employment Applications

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 01/14/2024 | Draft motion to pay retainer to trustee in exchange for provision of additional time to pay admin claim under plan | 1.10 | $400.00 | $440.00 |

Invoice # 10937 - 06/24/2024

|  |  |
|---|---|
| **Subtotal** | **$440.00** |
| **Total** | **$11,165.14** |