# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>RED RIVER SUBS, INC D/BA/ ERBERT AND GERBERT S FARGO, D/B/A ERBERT AND GERBERT S BISMARCK, D/B/A ERBERT AND GERBERT S MOORHEAD | CASE NO: 24-30010<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11 |

On 6/27/2024, I did cause a copy of the following documents, described below,

Final Application and Notice for Subchapter V Trustee Fees and Expenses

tkapusta@aol.com

tkapusta@aol.com

tkapusta@aol.com

tkapusta@aol.com

tkapusta@aol.com

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/27/2024

/s/ Thomas Kapusta
Thomas Kapusta
Subchapter V Trustee
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD  57109
605 376 6715
tkapusta@aol.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

RED RIVER SUBS, INC D/BA/ ERBERT AND GERBERT S  FARGO, D/B/A ERBERT AND GERBERT S  BISMARCK, D/B/A ERBERT AND GERBERT S  MOORHEAD

CASE NO: 24-30010

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 11

On 6/27/2024, a copy of the following documents, described below,

Final Application and Notice for Subchapter V Trustee Fees and Expenses

tkapusta@aol.com

tkapusta@aol.com

tkapusta@aol.com

tkapusta@aol.com

tkapusta@aol.com

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/27/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD  57109

Case 24-30010    Doc 111-1    Filed 06/27/24    Entered 06/27/24 09:30:40    Desc certificate of service    Page 3 of 5

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (U) and those listed below are not served via First Class USPS Mail Service.

CASE INFO                                UNDELIVERABLE
 LABEL MATRIX FOR LOCAL NOTICING         931 ON 9TH  LLC                        DFI 300 BROADWAY  LLC
NCRS ADDRESS DOWNLOAD                                                           ATTN  CAREN W STANLEY
CASE 24-30010                                                                   VOGEL LAW FIRM
DISTRICT OF NORTH DAKOTA                                                        PO BOX 1389
THU JUN 27 6-36-46 PST 2024                                                     FARGO  ND 58107-1389


EXCLUDE
(U)EG FRANCHISE SYSTEMS INC              PROVIDENT PARTNERS   LLC              RED RIVER SUBS  INC
                                         PO BOX 9377                           300 BROADWAY N
                                         FARGO  ND 58106-9377                  FARGO  ND 58102-4709


EXCLUDE
US BANKRUPTCY COURT                      931 ON 9TH  LLC                       931 ON 9TH  LLC
655 1ST AVENUE NORTH  SUITE 210          CO ALEXANDER S KELSCH                 4007 STATE ST STE 10
FARGO  ND 58102-4932                     KELSCH RUFF KRANDA NAGLE  LUDWIG      BISMARCK  ND 58503-0689
                                         PO BOX 1266
                                         MANDAN  ND 58554-7266


ARAMARK SERVICES  INC                    ARAMARK SERVICES  INC                 AVENUE RIGHT  INC
5880 NOLENSVILLE PIKE                    CO C T CORPORATION SYSTEM             15 BROADWAY N SUITE 301
NASHVILLE  TN 37211-6502                 120 W SWEET AVE                       FARGO  ND 58102-4907
                                         BISMARCK  ND 58504-5566


AVENUE RIGHT  INC                        COCA COLA BOTTLING COMPANY HIGH COUNTRY  DFI 300 BROADWAY LLC
CO KAREN WHITE                           2150 COCA COLA LANE                   210 BROADWAY N SUITE 300
15 BROADWAY N SUITE 301                  RAPID CITY  SD 57702-9358             FARGO  ND 58102-4771
FARGO  ND 58102-4907


DFI 300 BROADWAY LLC                     E  G FRANCHISE SYSTEMS  INC           EG FRANCHISE SYSTEMS INC
CO CAREN W STANLEY                       800 WISCONSIN ST MAILBOX 74BDLG D2    CO JOHN M KRINGS  JR
VOGEL LAW FIRM                           SUITE 315                             KALER DOELING  PLLP
PO BOX 1389                              EAU CLAIRE  WI 54703-3611             PO BOX 9231
FARGO ND  58107-1389                                                           FARGO  ND 58106-9231


FIRST COMMUNITY CREDIT UNION             INSTANT CHECKMATE  LLC                INTERNAL REVENUE SERVICE
310 10TH ST SE                           3111 CAMINO DEL RIO N SUITE 400       PO BOX 7346
JAMESTOWN  ND 58401-5555                 SAN DIEGO  CA 92108-5724              PHILADELPHIA  PA 19101-7346


MIDCO                                    MIDCONTINENT COMMUNICATIONS           MIDWEST COMMUNICATIONS  INC
ATTN LEGAL                               3901 N LOUISE AVE                     904 GRAND AVE
4020 CAYMAN ST                           SIOUX FALLS  SD 57107-0112            WAUSAU  WI 54403-6420
SIOUX FALLS  SD 57107-0181


MIDWEST COMMUNICATIONS  INC              MIKE ALLMENDINGER                     MINNESOTA DEPARTMENT OF REVENUE
CO C T CORPORATION SYSTEM                210 BROADWAY N SUITE 300              600 ROBERT ST N
120 W SWEET AVE                          FARGO  ND 58102-4771                  SAINT PAUL  MN 55146-1176
BISMARCK  ND 58504-5566
```

USPS FIRST CLASS MAILING REQUIREMENTS: certify/attest service
Parties with names struck through or labeled (N)(P) or (N) were not served via a First Class USPS Mail Service.

| | | |
|---|---|---|
| MONTANA DAKOTA UTILITIES CO<br>CO C T CORPORATION SYSTEM<br>120 W SWEET AVE<br>BISMARCK   ND 58504-5566 | (P)MONTANA DAKOTA UTILITIES CO<br>PO BOX 5600<br>BISMARK ND 58506-5600 | (P)MOORHEAD PUBLIC SERVICE<br>PO BOX 779<br>MOORHEAD MN 56561-0779 |
| MR SQUEEGEE WINDOW CLEANING   INC<br>3332 FRANKLIN AVE STE 3<br>BISMARCK   ND 58503-7503 | MR SQUEEGEE WINDOW CLEANING   INC<br>CO MATTHEW LIUDAHL<br>5312 SHOAL DR PO BOX 49<br>BISMARCK   ND 58502-0049 | ND OFFICE OF STATE TAX COMMISSIONER<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK   ND 58505-0602 |
| NORTHSTAR PLUMBING LLC<br>3039 RIDGE DR E<br>WEST FARGO   ND 58078-7803 | PLUNKETTS PEST CONTROL   INC<br>40 NE 52ND WAY<br>MINNEAPOLIS   MN 55421-1014 | PLUNKETTS PEST CONTROL   INC<br>CO C T CORPORATION SYSTEM<br>120 W SWEET AVE<br>BISMARCK   ND 58504-5566 |
| PROVIDENT PARTNERS   LLC<br>7226 MAPLE LANE<br>HORACE   ND 58047-4711 | PROVIDENT PARTNERS   LLC<br>CO MICHAEL L GUST<br>ABST LAW   PC<br>4132 30TH AVENUE SOUTH   SUITE 100<br>FARGO   ND 58104-8407 | PUNCHH<br>1875 S GRANT ST 810<br>SAN MATEO   CA 94402-7048 |
| RED RIVER REFRIGERATION   INC<br>160 8TH AVENUE NW<br>WEST FARGO   ND 58078-1048 | REVEL SYSTEMS<br>88 1ST STREET 2ND FLOOR<br>SAN FRANCISCO   CA 94105-2506 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH ST<br>MINNEAPOLIS   MN 55415-1320 |
| SYSCO CORPORATION<br>1390 ENCLAVE PKWY<br>HOUSTON   TX 77077-2099 | SYSCO CORPORATION<br>CO CORPORATION SERVICE COMPANY<br>418 N 2ND ST<br>BISMARCK   ND 58501-3826 | TR LOCK LLC<br>CO ANTHONY LYLE BUNNIS<br>1001 23RD ST S STE D<br>FARGO   ND 58103-2952 |
| TR LOCK LLC<br>DBA LYNN JOHNSON LOCK   KEY SERVICE<br>1001 23RD ST S STE D<br>FARGO   ND 58103-2952 | TODD BEEDY<br>4434 4TH ST S<br>MOORHEAD   MN 56560-6750 | TRITON IMAGING SYSTEMS<br>175 SHORELINE CT<br>RICHMOND   CA 94804-7434 |
| WEST CENTRAL INITIATIVE<br>1000 WESTERN AVENUE<br>FERGUS FALLS   MN 56537-4805 | WESTWOOD MANAGEMENT   LLC<br>1022 VALLEY ST<br>WAHPETON   ND 58075-3710 | WILLIAMS   SCHILLER   PC<br>708 W SUPERIOR ST SUITE A<br>SANDPOINT   ID 83864-1633 |
| WILLIAMS   SCHILLER   PC<br>CO MARK SCHILLER   REGISTERED AGENT<br>4631 40TH AVE S 150<br>FARGO   ND 58104-4441 | CANADA<br>EMEDIA NETWORKS   INC<br>1917 W 4TH AVE<br>BOX 503 VANCOUVER   BC V6J 1M7   CANADA | MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO   ND 58102-4246 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled NOT SERVED were not served via First Class USPS Mail Service.

ROBERT B RASCHKE                        THOMAS KAPUSTA
ASSISTANT US TRUSTEE                    PO BOX 90624
SUITE 1015 US COURTHOUSE                SIOUX FALLS  SD 57109-0624
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320
```